# US District Court Civil Docket

## U.S. District - New York Southern
## (Foley Square)

## 1:07cv11382

# Hwd Victoria Strategies Portfolio et al v. The Republic of Argentina

This case was retrieved from the court on Wednesday, July 19, 2017

| Date | # | Proceeding Text | Source |
|------|---|-----------------|--------|
| 12/19/2007 | 1 | | |
| 12/19/2007 | | SUMMONS ISSUED as to The Republic of Argentina. (laq) (Entered: 12/20/2007) | |
| 12/19/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus.(laq) (mbe). (Entered: 12/20/2007) | |
| 12/19/2007 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 1:07-cv-2788. (laq) (Entered: 12/20/2007) | |
| 12/19/2007 | | Case Designated ECF. (laq) (Entered: 12/20/2007) | |
| 12/27/2007 | 3 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. The Republic of Argentina served on 12/27/2007, answer due 1/16/2008. Service was accepted by Roberto Barrientos, Vice President of Banco de la Nacion Argentina. Document filed by HWD Victoria Strategies Portfolio; HWB Renten Portfolio Plus; HWB Quo Vadis; HWB Alexandra Strategies Portfolio; Victoria Strategies Portfolio Ltd.; HWB Portfolio Plus. (Alter, Regina) (Entered: 12/27/2007) | |
| 01/09/2008 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 01/14/2008) | |
| 01/09/2008 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 01/14/2008) | |
| 01/14/2008 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 01/14/2008) | |
| 02/25/2008 | 5 | ANSWER to Complaint. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 02/25/2008) | |
| 02/27/2008 | 6 | CERTIFICATE OF SERVICE of Andrew M. Scott of Answer of Defendant on February 25, 2008. Service was made by First Class Mail. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 02/27/2008) | |

| 04/22/2008 | 7 | ORDER TO SHOW CAUSE: Defendant shall show cause as to why an order should not be made and entered subject to (b) below, preliminary restraining and enjoining pursuant to Fed. R. Civ. P. 64 and 65(a) as set forth in this order. Show Cause Hearing set for 4/30/2008 at 10:30 AM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/22/08) (js) (Entered: 04/23/2008) |
|---|---|---|
| 06/06/2008 | 8 | NOTICE OF APPEAL from 7 Order to Show Cause. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 653433. Copies mailed to attorney(s) of record: Dreier LLP. (tp) (Entered: 06/11/2008) |
| 06/11/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 8 Notice of Appeal. (tp) (Entered: 06/11/2008) |
| 06/11/2008 | | Transmission of Notice of Appeal to the District Judge re: 8 Notice of Appeal. (tp) (Entered: 06/11/2008) |
| 06/11/2008 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2 Rule 7.1 Corporate Disclosure Statement, filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 5 Answer to Complaint filed by The Republic of Argentina, 1 Complaint, filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 4 Notice of Case Assignment/Reassignment, 6 Certificate of Service Other filed by The Republic of Argentina, 7 Order to Show Cause, filed by HWB Alexandra Strategies Portfolio, 3 Summons Returned Executed, filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 8 Notice of Appeal filed by The Republic of Argentina were transmitted to the U.S. Court of Appeals. (tp) (Entered: 06/11/2008) |
| 07/03/2008 | 9 | MOTION for Summary Judgment. Document filed by HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus.(Alter, Regina) (Entered: 07/03/2008) |
| 07/03/2008 | 10 | RULE 56.1 STATEMENT. Document filed by HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus. (Alter, Regina) (Entered: 07/03/2008) |
| 07/03/2008 | 11 | MEMORANDUM OF LAW in Support re: 9 MOTION for Summary Judgment.. Document filed by HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus. (Alter, Regina) (Entered: 07/03/2008) |
| 07/03/2008 | 12 | DECLARATION of Regina M. Alter in Support re: 9 MOTION for Summary Judgment.. Document filed by HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online, # 6 Online, # 7 Online, # 8 Online, # 9 Online, # 10 Online, # 11 Online, # 12 Online, # 13 Online, # 14 Online, # 15 Online, # 16 Online, # 17 Online, # 18 Online, # 19 Online, # 20 Online, # 21 Online, # 22 Online, # 23 Online, # 24 Online, # 25 Online, # 26 Online (Entered: 07/03/2008) |
| 07/03/2008 | 13 | DECLARATION of Roby Haas - Renten in Support re: 9 MOTION for Summary Judgment.. Document filed by HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online (Entered: 07/03/2008) |
| 07/25/2008 | 14 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Alvin K. Hellerstein on 7/24/08)- Part I (tro) |

(Entered: 08/01/2008)

| | | |
|---|---|---|
| 09/23/2008 | 15 | DECLARATION of Roby Haas in further support - Renten with annexed exhibits in Support re: 9 MOTION for Summary Judgment.. Document filed by HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online (Entered: 09/23/2008) |
| 09/23/2008 | 16 | DECLARATION of Willem Adriaanse in further support - Victoria Ltd. with annexed exhibits in Support re: 9 MOTION for Summary Judgment.. Document filed by HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus. (Alter, Regina) (Entered: 09/23/2008) |
| 11/06/2008 | 17 | ORDER TO SHOW CAUSE filed by Juan Eduardo Colombo, Estela Isabel Delgado, Carla Nanni, Maurizio Petroni, Roberto Akman, Liliana Edith Genni, Marcella Dolcetti, Nava Tellade, Gabriele Dolcetti, Arnoldo Dolcetti, Luca Mullazzani, Carlo Cigolini, HWB Victoria Strategies Portfolio, Gunther Braun, HWB Renten Portfolio Plus, HWB Ouo Vadis, HWB Alexandra Strategies Portfolio, NW Global Strategies, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus, HWD Victoria Strategies Portfolio, HWB Quo Vadis, Alejandro Alberto Etcheto, Susana Alicia Monkes, Alberto Haber, Helmut Hageman, Crista Irene Brandes, Francisco Miguel Molinari. LET THE DEFENDANT HEREIN SHOW CAUSE, before Judge Thomas P. Griesa Room 26B, at the United States Courthouse located at 500 Pear Street, New York, on the 14th day of November, 2008 at 4:30 pm, or as soon thereafter as counsel may be heard, why an order should not be made and entered, granting an attachment on any present future or contingent interest of the Republic of Argentina, Citibank, N.A., Standard Americas, Inc., Standard New York, Inc., Standard New York Securities, Inc. and/or any potential garnishee subsequently determined through discovery to be within the jurisdiction of the Court, with respect to any property in the United States (whether real or personal, tangible or intangible, presently existing or hereafter arising) which could be assigned or transferred, including but not limited to cash, deposits, real property, instruments, securities, security entitlements, security accounts, equity interests, claims, and contractual rights, and interests of any kind in the foregoing, held or maintained in the name of or for the use or benefit in the manner that is set forth in this order. (Signed by Judge Thomas P. Griesa on 11/6/08) (pl) (Entered: 11/07/2008) |
| 11/06/2008 | 18 | ORDER TO SHOW CAUSE defendant shall show cause as to why an order should not be made and entered regarding procedures to be followed that govern the handling of this order to show cause. Show Cause Hearing set for 11/14/2008 at 04:30 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 11/6/08) (mme) (Entered: 11/07/2008) |
| 11/11/2008 | 19 | AFFIDAVIT OF SERVICE of Order to Show Cause and Declaration of Joel A. Chernov served on Cleary, Gottlieb, Steen &amp; Hamilton, attorneys for defendant on November 6, 2008. Document filed by HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus. (Chernov, Joel) (Entered: 11/11/2008) |
| 11/20/2008 | 20 | DECLARATION of Roby Haas in further support - Renten with annexed exhibits in Support re: 9 MOTION for Summary Judgment.. Document filed by HWB Renten Portfolio Plus. (Alter, Regina) (Entered: 11/20/2008) |
| 11/20/2008 | 21 | DECLARATION of Roby Haas in further support - Quo with annexed exhibits in Support re: 9 MOTION for Summary Judgment.. Document filed by HWB Quo Vadis. (Alter, Regina) (Entered: 11/20/2008) |
| 11/20/2008 | 22 | DECLARATION of Roby Haas in further support - Alexandra with annexed exhibits in Support re: 9 MOTION for Summary Judgment.. Document filed by HWB Alexandra Strategies Portfolio. (Alter, Regina) (Entered: 11/20/2008) |

MILBERG_000000104

| | | |
|---|---|---|
| 11/20/2008 | 23 | DECLARATION of Roby Haas in further support - HWB Victoria with annexed exhibits in Support re: 9 MOTION for Summary Judgment.. Document filed by HWD Victoria Strategies Portfolio. (Alter, Regina) (Entered: 11/20/2008) |
| 11/20/2008 | 24 | DECLARATION of Roby Haas in further support - Portfolio with annexed exhibits in Support re: 9 MOTION for Summary Judgment.. Document filed by HWD Victoria Strategies Portfolio. (Alter, Regina) (Entered: 11/20/2008) |
| 11/21/2008 | 25 | NOTICE OF APPEAL from 17 Order to Show Cause. Document filed by Administracion Nacional de Seguridad Social. Filing fee $ 455.00, receipt number E 670561. (nd) (Entered: 11/24/2008) |
| 11/24/2008 | | Transmission of Notice of Appeal to the District Judge re: 25 Notice of Appeal. (nd) (Entered: 11/24/2008) |
| 11/24/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 25 Notice of Appeal. (nd) (Entered: 11/24/2008) |
| 11/24/2008 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 18 Order to Show Cause, filed by HWB Alexandra Strategies Portfolio, 2 Rule 7.1 Corporate Disclosure Statement, filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 9 MOTION for Summary Judgment. filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 5 Answer to Complaint filed by The Republic of Argentina, 21 Declaration in Support of Motion filed by HWB Quo Vadis, 15 Declaration in Support of Motion,, filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 12 Declaration in Support of Motion,,,,,, filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 24 Declaration in Support of Motion filed by HWD Victoria Strategies Portfolio, 1 Complaint, filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 20 Declaration in Support of Motion filed by HWB Renten Portfolio Plus, 10 Rule 56.1 Statement filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 23 Declaration in Support of Motion filed by HWD Victoria Strategies Portfolio, 22 Declaration in Support of Motion filed by HWB Alexandra Strategies Portfolio, 19 Affidavit of Service Other, filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 11 Memorandum of Law in Support of Motion, filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 25 Notice of Appeal filed by Administracion Nacional de Seguridad Social, 4 Notice of Case Assignment/Reassignment, 6 Certificate of Service Other filed by The Republic of Argentina, 16 Declaration in Support of Motion, filed by HWB Renten Portfolio Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio, HWB Quo Vadis, HWD Victoria Strategies Portfolio, HWB Portfolio Plus, 17 Order to Show Cause,,,,,,, filed by Carlo Cigolini, Alejandro Alberto Etcheto, HWB Alexandra Strategies Portfolio, Arnoldo Dolcetti, Luca Mullazzani, Maurizio Petroni, Gunther Braun, Carla Nanni, Crista Irene Brandes, NW Global Strategies, Liliana Edith Genni, Victoria Strategies Portfolio Ltd., HWB Victoria Strategies Portfolio, Roberto Akman, Estela Isabel Delgado, Gabriele Dolcetti, HWB Portfolio Plus, Helmut Hageman, Susana Alicia Monkes, Nava Tellade, HWB Quo Vadis, Alberto Haber, Marcella Dolcetti, HWB Renten Portfolio Plus, HWB Ouo Vadis, Juan Eduardo Colombo, Francisco Miguel Molinari, HWD Victoria Strategies Portfolio, 7 Order to Show Cause, filed by HWB Alexandra Strategies Portfolio, 3 Summons Returned Executed, filed by HWB Alexandra Strategies Portfolio, Victoria Strategies |

MILBERG_000000105

Portfolio Ltd., HWB Portfolio Plus, HWB Quo Vadis, HWB Renten Portfolio Plus, HWD Victoria Strategies Portfolio, 13 Declaration in Support of Motion,, filed by HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio, HWB Portfolio Plus, HWB Quo Vadis, HWB Renten Portfolio Plus, HWD Victoria Strategies Portfolio, 8 Notice of Appeal filed by The Republic of Argentina, 14 Protective Order were transmitted to the U.S. Court of Appeals. (nd) (Entered: 11/24/2008)

| | | |
|---|---|---|
| 12/11/2008 | 26 | ORDER: The Clerk of the Court is directed to make entries on the dockets of the cases listed in the Annex to this order that indicate that the following documents, which were filed in the above-captioned cases, also apply to the cases listed in the Annex: The documents filed as entry nos. 49, 50, 51, 52, 53, 58, 60, and 63 on the docket of case 07-cv-2715; and The documents filed as entry nos. 47, 49, 50, and 51 on the docket of case 07-cv-11327; and The court's opinion dated December 11, 2008, which has been filed under case 07-cv-2715. (Signed by Judge Thomas P. Griesa on 12/11/2008) (kkc) (Entered: 12/12/2008) |
| 12/11/2008 | 27 | OPINION # 96854. The court holds that the various forms of process described in this opinion, which were authorized as to the FJP Funds located in New York and any ANSES property located in New York, were legally valid at the time they were ordered by the court and remain legally valid, for the reasons set forth in this opinion. The process as to FJP Funds remains in effect now that the assets of these funds are transferred to ANSES pursuant to the new law. This holding is based on the record now before the court. It appears that more discovery will take place, resulting in further development of the facts. This may make additional rulings of the court necessary. However, the court deemed it essential to issue an opinion now on the basis of the present record, and it is doing so. Plaintiffs are directed to submit, on notice, proposed orders specifically dealing with the various motions which have been made. (Signed by Judge Thomas P. Griesa on 12/11/08) (mme) (Entered: 12/24/2008) |
| 12/18/2008 | 28 | AMENDED NOTICE OF APPEAL re: 25 Notice of Appeal, 27 Memorandum &amp; Opinion,,, 17 Order to Show Cause. Document filed by Administracion Nacional de Seguridad Social. (nd) (Entered: 12/30/2008) |
| 12/30/2008 | | Transmission of Notice of Appeal to the District Judge re: 28 Amended Notice of Appeal. (nd) (Entered: 12/30/2008) |
| 12/30/2008 | | Transmission of Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 28 Amended Notice of Appeal. (nd) (Entered: 12/30/2008) |
| 01/06/2009 | 29 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi, Jr. dated 12/22/08 re: Counsel submits a Stipulation and Proposed Order entered into by the Republic of Argentina, interested non-party ANSES, and the plaintiffs represented by Dreier LLP in the forty-nine cases listed in Annex A (herein). Plaintiffs in the Dreier Cases moved by Order to Show Cause on 11/6/08 regarding Argentine pension fund assets and obtained orders similar to the 10/29/08 Aurelius Order and 11/7/08 NML Orders, which the Republic and ANSES are currently appealing (among other related orders). Plaintiffs, the Republic, and ANSES have agreed that the outcome of the appeals referenced in the stipulation (e.g., Aurelius Capital Partners, LP, et al. v. Republic of Argentina, 07 Civ. 2715 (TPG); NML Capital Ltd. v. Republic of Argentina, 05 Civ. 2434 (TPG)) shall apply to the Dreier Cases. The parties to the stipulation respectfully request that the Court "So Order" the stipulation, and further Order by endorsing this letter that the Clerk of the Court shall docket the stipulation in each of the forty-nine cases listed in Annex A. ENDORSEMENT: SO ORDERED. (Signed by Judge Thomas P. Griesa on 1/5/09) (tro) (Entered: 01/06/2009) |
| 01/06/2009 | 30 | STIPULATION AND ORDER: Any decision by the Court of Appeals with respect to the Appeals or Consolidated Appeals shall apply with equal force to the Additional Orders. To the |

extent any decision by the Court of Appeals with respect to the Appeals or Consolidated Appeals distinguishes between prejudgment plaintiffs and post-judgment plaintiffs, such distinction shall apply with equal force to the Additional Orders. The parties and interested non-party ANSES shall take any and all necessary steps with respect to the Additional Orders to effect any decision issued by the Court of Appeals with respect to the Appeals or Consolidated Appeals. (Signed by Judge Thomas P. Griesa on 1/5/09) (tro) (Entered: 01/06/2009)

| 01/22/2009 | 31 | STIPULATION AND ORDER IT IS HEREBY STIPULATED AND AGREED THAT: Any decision by the Court of Appeals with respect to the Appeals or Consolidated Appeals shall apply with equal force to the Additional Orders; To the extent any decision by the Court of Appeals with respect to the Appeals or Consolidated Appeals distinguishes between prejudgment plaintiffs and post-judgment plaintiffs, such distinction shall apply with equal force to the Additional Orders; The plaintiffs in the above-captioned actions and the Fund Managers shall take any and all necessary steps with respect to the Additional Orders to effect any decision issued by the Court of Appeals with respect to the Appeals or Consolidated Appeals. (Signed by Judge Thomas P. Griesa on 1/16/09) (mme) (Entered: 01/23/2009) |

| 02/06/2009 | 32 | ORDER AND OPINION #97044: The motion for summary judgment is granted. Judgment will be entered for the principal amount of the bonds issued under the 1994 FAA plus accrued interest The parties shall consult with one another concerning the form of the judgment and the amounts of interest that should be awarded in the judgment. If the parties are able to reach agreement, they shall jointly submit an agreed proposed judgment to the Court to be entered on a date agreed to by the parties upon consultation with Chambers. If the parties are unable to reach agreement on those subjects. plaintiff shall submit a proposed judgment to the Court, and the Republic shall submit any objections to the proposed judgment within five business days thereafter. The Court will then resolve any remaining disagreements. Proposed judgments submitted to the Court should include the following language: "It is further ORDERED that until further notice from the Court, plaintiff(s) must refrain from selling or otherwise transferring their beneficial interest in the bond(s) involved in this action without advising the Court in advance and obtaining permission of the Court." (Signed by Judge Thomas P. Griesa on 2/6/09) (js) Modified on 2/9/2009 (mro). (Entered: 02/06/2009) |

| 02/06/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: 32 Memorandum &amp; Opinion,,,,, to the Judgments and Orders Clerk. (js) (Entered: 02/06/2009) |

| 02/06/2009 | 33 | JUDGMENT #09,0213 in favor of HWB Alexandra Strategies Portfolio, HWB Portfolio Plus, HWB Quo Vadis, HWB Renten Portfolio Plus, HWD Victoria Strategies Portfolio, and Victoria Strategies Portfolio Ltd. against The Republic of Argentina in various amounts. (Signed by Judge Thomas P. Griesa on 2/6/09) (Attachments: # 1 Online (Entered: 02/07/2009) |

| 03/04/2009 | 34 | ORDER: The motions made in the Orders to Show Cause of October 29, November 5, November 6, November 7, November 12, and November 19, 2008, to authorize service of Writs of Execution and to permit the issuance of Restraining Notices, are granted. The Writs of Execution may be served, but no property may be seized except upon further order of the court. The court considers that its December 11, 2008 opinion applies to this additional Order to Show Cause, and the applications therein are granted, in a similar fashion as stated above. The motion for an attachment and for the issuance of Restraining Notices contained in one of the November 6,2008 Orders to Show Cause is granted. The motion of plaintiff NML Capital to confirm the Order of Attachment with regard to its eight cases (05 Civ. 2434, etc.) is granted. The court affirms the continued validity of its October 31, 2008 Order, as modified, permitting restraints and levies in 03 Civ. 2507 and 03 Civ. 8845. Insofar as the Republic moves to vacate the modified October 31, 2008 order in 03 Civ. 2507 and 03 Civ. 8845, that motion is denied. Insofar as the Republic moves |

MILBERG_000000107

to vacate the temporary relief granted to the plaintiffs pending the hearing of their main motions, the motion of the Republic regarding the temporary relief is denied as moot. NML's motion for expedited discovery is denied as moot. (Signed by Judge Thomas P. Griesa on 3/4/2009) (jpo) (Entered: 03/05/2009)

| | | |
|---|---|---|
| 03/12/2009 | 35 | AMENDED OPINION: The Court holds that the various forms of process described in this opinion, which were authorized as to the FJP Funds located in New York and any ANSES property located in New York, were legally valid at the time they were ordered by the Court and remain legally valid, for the reasons set forth in this opinion. The process as to FJP Funds remains in effect now that the assets of these funds are transferred to ANSES pursuant to the new law. This holding is based on the record now before the court. It appears that more discovery will take place, resulting in further development of the facts. This may make additional rulings of the court necessary. However, the court deemed it essential to issue an opinion now on the basis of the present record, and it is doing so. Plaintiffs are directed to submit, on notice, proposed orders specifically dealing with the various motions which have been made. So Ordered. (Signed by Judge Thomas P. Griesa on 12/11/08) (js) (Entered: 03/12/2009) |
| 03/12/2009 | 36 | ORDER: It is directed that the following error in the opinion of December 11, 2008 be corrected. In the last sentence of the first paragraph on page 25, the word "grant" should be changed to "waiver." The Court will issue an Amended Opinion with this correction, bearing the same date, December 11, 2008. So Ordered (Signed by Judge Thomas P. Griesa on 3/12/09) (js) (Entered: 03/12/2009) |
| 04/03/2009 | 37 | SECOND AMENDED NOTICE OF APPEAL re: 25 Notice of Appeal, 28 Amended Notice of Appeal 34 Order. Document filed by Administracion Nacional de Seguridad Social. (nd) Modified on 4/6/2009 (nd). (Entered: 04/06/2009) |
| 04/06/2009 | | Transmission of Second Amended Notice of Appeal to the District Judge re: 37 2nd Amended Notice of Appeal. (nd) (Entered: 04/06/2009) |
| 04/06/2009 | | Transmission of Second Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 37 2nd Amended Notice of Appeal. (nd) (Entered: 04/06/2009) |
| 10/28/2009 | 38 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Attorney Michael C. Spencer is substituted as attorney for HWB Portfolio Plus in place of Joel Chernov. (Signed by Judge Thomas P. Griesa on 10/27/2009) (jpo) (Entered: 10/28/2009) |
| 10/28/2009 | 39 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Attorney Michael C. Spencer is substituted as attorney for HWB Victoria Strategies Portfolio in place of Joel Chernov. (Signed by Judge Thomas P. Griesa on 10/27/2009) (jpo) (Entered: 10/28/2009) |
| 10/28/2009 | 40 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Attorney Michael C. Spencer is substituted as attorney for Victoria Strategies Portfolio in place of Joel Chernov. (Signed by Judge Thomas P. Griesa on 10/27/2009) (jpo) (Entered: 10/28/2009) |
| 10/28/2009 | 41 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Attorney Michael C. Spencer is substituted as attorney for HWB Alexandra Strategies Portfolio in place of Joel Chernov. (Signed by Judge Thomas P. Griesa on 10/27/2009) (jpo) (Entered: 10/28/2009) |
| 10/28/2009 | 42 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Attorney Michael C. Spencer is substituted as attorney for HWB Quo Vadis in place of Joel Chernov. (Signed by Judge Thomas P. Griesa on 10/27/2009) (jpo) (Entered: 10/28/2009) |
| 10/28/2009 | 43 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Attorney Michael C. Spencer is substituted as attorney for HWB Renten Portfolio in place of Joel Chernov. (Signed by Judge Thomas P. Griesa on 10/27/2009) (jpo) (Entered: 10/28/2009) |

MILBERG_000000108

| | | |
|---|---|---|
| 11/16/2009 | 44 | TRUE COPY ORDER of USCA as to 8 Notice of Appeal filed by The Republic of Argentina USCA Case Number 08-2939-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Captial Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 11/12/2009. (nd) (Entered: 11/16/2009) |
| 11/19/2009 | 45 | NOTICE OF APPEARANCE by Peter George Safirstein on behalf of HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus (Safirstein, Peter) (Entered: 11/19/2009) |
| 11/19/2009 | 46 | NOTICE OF APPEARANCE by Leigh Smith on behalf of HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus (Smith, Leigh) (Entered: 11/19/2009) |
| 11/19/2009 | 47 | NOTICE OF APPEARANCE by Gary Steven Snitow on behalf of HWD Victoria Strategies Portfolio, HWB Renten Portfolio Plus, HWB Quo Vadis, HWB Alexandra Strategies Portfolio, Victoria Strategies Portfolio Ltd., HWB Portfolio Plus (Snitow, Gary) (Entered: 11/19/2009) |
| 12/03/2009 | 48 | MANDATE of USCA (Certified Copy) as to 25 Notice of Appeal filed by Administracion Nacional de Seguridad Social, 37 Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, 28 Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social USCA Case Number 08-5698-cv. Ordered, Adjudged and Decreed that the judgment of the District Court is REVERSED and all of the associated orders as well as its opinion confirming those orders are VACATED, in accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 11/30/2009. (nd) (Entered: 12/03/2009) |
| 12/03/2009 | | Transmission of USCA Mandate/Order to the District Judge re: 48 USCA Mandate,,. (nd) (Entered: 12/03/2009) |
| 12/03/2009 | 49 | ORDER of USCA (Certified Copy) as to (29 in 1:05-cv-10383-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (221 in 1:03-cv-02507-TPG) Amended Notice of Appeal, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (59 in 1:07-cv-02693-TPG) Amended Notice of Appeal, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (55 in 1:05-cv-10382-TPG) Amended Notice of Appeal filed by The Republic of Argentina, (36 in 1:07-cv-10656-TPG) Notice of Appeal filed by Administracion Nacional de |

MILBERG_000000109

Seguridad Social, (106 in 1:08-cv-06978-TPG) Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, (31 in 1:04-cv-03313-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (33 in 1:07-cv-11497-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (21 in 1:07-cv-11495-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (129 in 1:07-cv-11327-TPG) Amended Notice of Appeal filed by The Republic of Argentina, (45 in 1:07-cv-06563-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (33 in 1:05-cv-10636-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (195 in 1:03-cv-02507-TPG) Notice of Appeal,, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (99 in 1:07-cv-06563-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (25 in 1:05-cv-04299-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (31 in 1:05-cv-06002-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (47 in 1:02-cv-03808-TPG) Notice of Appeal filed by Argentina Republic, (46 in 1:03-cv-08120-TPG) Notice of Appeal filed by The Republic of Argentina, (154 in 1:03-cv-08845-TPG) Amended Notice of Appeal, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (34 in 1:05-cv-10380-TPG) Notice of Appeal, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S,A (26 in 1:08-cv-06625-TPG) Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, (58 in 1:05-cv-10383-TPG) Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, (80 in 1:06-cv-00207-TPG) Amended Notice of Appeal filed by Republic of Argentina, (27 in 1:05-cv-08687-TPG) Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, (29 in 1:08-cv-00440-TPG) Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, (102 in 1:05-cv-04085-TPG) Notice of Appeal filed by Republic of Argentina, (71 in 1:08-cv-06978-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (168 in 1:03-cv-08845-TPG) Amended Notice of Appeal filed by The Republic of Argentina, (48 in 1:08-cv-03302-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (23 in 1:07-cv-05807-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (65 in 1:06-cv-06466-TPG) Notice of Appeal, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S,A (19 in 1:07-cv-11495-TPG) Notice of Appeal filed by Administracion Nacional de S

| | | |
|---|---|---|
| 12/07/2009 | 50 | TRUE COPY ORDER of USCA as to Notice of Appeal,, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A.; Notice of Appeal filed by Administracion Nacional de Seguridad Social USCA Case Number 08-5621-cv(L). The Court's December 2, 2009 order granting the Aurelius parties' motion to stay the mandate in order to petition the Supreme Court to grant a writ of certiorari is hereby vacated. The Aurelius parties' motion to stay the mandate in order to petition the Supreme Court to grant a writ of certiorari is construed as a motion to recall the mandate and to stay the mandate. So construed, it is granted and the mandate is recalled and stayed for twenty-one (21) days from the date of this order. The stay of the mandate will be terminated automatically twenty-one (21) days from the date of this order. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 12/4/2009. [ORIGINAL ENTERED IN CASE : 07cv2715, DOC # 265]. (nd) (Entered: 12/07/2009) |

MILBERG_000000110

| 01/19/2010 | 51 | Writ of Execution Issued as to The Republic of Argentina on 1/19/10 # 09,0213 in the amount of $ 13,581,259.74. (Signed by Judge Judge Thomas P. Griesa on 1/15/10) (dt) (Entered: 01/19/2010) |
|---|---|---|
| 01/19/2010 | 52 | OMNIBUS ORDER: that the Milberg Plaintiffs' attorneys and their respective employees are hereby specially appointed pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4.1, in addition to the U.S. Marshals Service for the Southern District of New York (the "U.S. Marshal"), to serve on any garnishee located within the jurisdiction of this Court, an Attachment Order issued on this date pursuant to Fed. R. Civ. P. 64 &amp; 69, §§ 6201,6202 &amp; 6211 of the New York Civil Practice Law and Rules ("CPLR"), and the Foreign Sovereign Immunities Act, 28 U.S.c. §§ 1601 et seq., thereby levying upon each such garnishee pursuant to CPLR § 6214(a) so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of Argentina while Plaintiffs' application is pending and as further set forth in this Order. FURTHER ORDERED that no Property shall be taken into actual custody by any enforcement officer pursuant to the Attachment Order pending further order of this Court; FURTHER ORDERED that pursuant to CPLR § 6214(e), the levy effected pursuant to service of the Attachment Order on each garnishee is extended until 30 days following final resolution of Plaintiffs' application, including any related appeals, proceedings on remand, and any subsequent appeals. (Signed by Judge Thomas P. Griesa on 1/19/2010) (tve) Modified on 1/26/2010 (tve). (Entered: 01/26/2010) |
| 01/26/2010 | 75 | MANDATE of USCA (Certified Copy) as to 8 Notice of Appeal filed by The Republic of Argentina USCA Case Number 08-2939-cv.The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Captial Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int'l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 1/22/2010. (nd) (Entered: 04/12/2017) |
| 02/08/2010 | 53 | REFILED ORDER: It is hereby ordered that the Milberg Plaintiffs' attorneys and their respective employees are hereby specially appointed pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4.1, in addition to the U.S. Marshals Service for the Southern District of New York (the "U.S. Marshal"), to serve on any garnishee located within the jurisdiction of this Court, an Attachment Order issued on this date pursuant to Fed. R. Civ. P. 64 &amp; 69, §§ 6201, 6202 &amp; 6211 of the New York Civil Practice Law and Rules ("CPLR"), and the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1601 et seq., thereby levying upon each such garnishee pursuant to CPLR § 6214(a) so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of Argentina while Plaintiffs' application is pending; FURTHER ORDERED that the Attachment Order shall specify in accordance with CPLR § 6202 that it applies |

to any property in the United States (whether real or personal, tangible or intangible presently existing or hereafter arising), which could be assigned or transferred as provided in N.Y. C.P.L.R. § 520 I, including but not limited to cash, gold, special drawing rights, deposits, real property, instruments, securities, security entitlements, security accounts, equity interests, claims and contractual rights, and interests of any kind in the foregoing (collectively, the "Property"), directly or indirectly held or maintained in the name of, in a trust held by, or for the use or benefit of Banco Central de la Republica Argentina ("BCRA"), whether for its own account or for the benefit of Defendant the Republic of Argentina ("Argentina"), EXCLUDING: (a) property belonging to the embassy, consulate, or permanent mission to the United Nations of Argentina; and (b) any property that is, or is intended to be, used in connection with a military activity, and is of a military character or is under the control of a military or defense agency. FURTHER ORDERED that no Property shall be taken into actual custody by any enforcement officer pursuant to the Attachment Order pending further order of this Court; FURTHER ORDERED that pursuant to CPLR § 6214(e), the levy effected pursuant to service of the Attachment Order on each garnishee is extended until 30 days following final resolution of Plaintiffs' application, including any related appeals. proceedings on remand, and any subsequent appeals; FURTHER ORDERED that pursuant to Fed. R. Civ. P. 64 &amp; 69, CPLR § 5230, and 28 U.S.c. § 1610(c), the Milberg Plaintiffs' attorneys and their respective employees are authorized to deliver to the U.S. Marshal writs of execution or orders of attachment directed to the Property, which are to be levied by service immediately pursuant to CPLR § 5232 upon any located garnishee within the jurisdiction of this Court, so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of Argentina while Plaintiffs' application is pending; FURTHER ORDERED that the U.S. Marshal is directed to defer seizure of any Property from any garnishee located within the jurisdiction of this Court pending further order of this Court; FURTHER ORDERED that pursuant to CPLR *5232(a), the levies effected pursuant to service of the writs of execution on any garnishee located within the jurisdiction of this Court are extended until 30 days following final resolution of Plaintiffs' application, including any related appeals, proceedings on remand, and any subsequent appeals; FURTHER ORDERED that pursuant to CPLR § 5230(c), the time for the U.S. Marshal to serve the writs of execution and to return said executions to the Clerk of the Court is extended an additional 60 days; FURTHER ORDERED that the Milberg Plaintiffs' attorneys and their respective employees shall effect personal service of this Omnibus order upon counsel for Argentina -Cleary, Gottlieb Stern &amp; Hamilton One Liberty Plaza, New York, New York 10006, attention Carmine Boccuzzi, Esq., and BCRA -- S

02/09/2010   54   RESTRAINING ORDER, that Plaintiffs' motion for a restraining order is granted in its entirety and that the amount to be secured by this Restraining Order shall be the sum of $325,103,968.09 and 1,077,041.58 comprised of the amount of the Milberg Plaintiffs' final judgments plus accrued post-judgment interest. IT IS FURTHER ORDERED that you, your agents, subdivisions, servants, officers, employees, and attorneys, and all persons in possession of property in which Argentina or BCRA have an interest, and all persons acting in concert or participation with the foregoing, and all persons receiving actual notice of this Restraining Order by personal service or otherwise, are hereby ENJOINED AND RESTRAINED until further Order from this Court from directly or indirectly transferring, or ordering, directing, or requesting the transfer of any property on deposit with them or held under their control, such as will satisfy the above- mentioned sum of $325,103,968.09 and 1,077,041.58. Additional terms and conditions are as set forth in this Order. (Signed by Judge Thomas P. Griesa on 1/15/10) (pl) (Entered: 02/11/2010)

03/03/2010   55   MANDATE of USCA (Certified Copy) as to (29 in 1:05-cv-10383-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (107 in 1:05-cv-02434-TPG) Notice of Appeal filed by The Republic of Argentina, (41 in 1:07-cv-05593-TPG) Notice of Appeal, filed by Arauca Bit AFJP S.A., Futura

AFJP S.A., Unidos S.A. AFJP, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (36 in 1:07-cv-10656-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (34 in 1:05-cv-10383-TPG) Notice of Appeal, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A, (38 in 1:07-cv-06563-TPG) Notice of Appeal,, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, (31 in 1:04-cv-03313-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (145 in 1:03-cv-08845-TPG) Notice of Appeal, filed by The Republic of Argentina, (51 in 1:07-cv-02690-TPG) Notice of Appeal, filed by The Republic of Argentina, (20 in 1:07-cv-00098-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (125 in 1:05-cv-02434-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (195 in 1:03-cv-02507-TPG) Notice of Appeal,, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (129 in 1:03-cv-08845-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (25 in 1:05-cv-04299-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (55 in 1:08-cv-02541-TPG) Notice of Appeal, filed by The Republic of Argentina, (67 in 1:02-cv-03804-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (47 in 1:02-cv-03808-TPG) Notice of Appeal filed by Argentina Republic, (23 in 1:05-cv-10636-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (41 in 1:07-cv-02693-TPG) Notice of Appeal filed by The Republic of Argentina, (46 in 1:03-cv-08120-TPG) Notice of Appeal filed by The Republic of Argentina, (34 in 1:05-cv-10380-TPG) Notice of Appeal, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A, (39 in 1:05-cv-02521-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (57 in 1:07-cv-02715-TPG) Notice of Appeal filed by The Republic of Argentina, (56 in 1:07-cv-02715-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (102 in 1:05-cv-04085-TPG) Notice of Appeal filed by Republic of Argentina, (27 in 1:05-cv-06002-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (72 in 1:06-cv-06466-TPG) Notice of Appeal, filed by The Republic of Argentina, (19 in 1:06-cv-06221-TPG) Notice of Appeal, filed by The Republic of Argentina, (33 in 1:05-cv-03089-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (133 in 1:03-cv-08845-TPG) Notice of Appeal,, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A, (48 in 1:08-cv-03302-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (65 in 1:06-cv-06466-TPG) Notice of Appeal, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A, (19 in 1:07-cv-11495-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad S

| | | |
|---|---|---|
| 03/15/2010 | 56 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/15/2010) |
| 03/26/2010 | 57 | JOINDER to join The Republic of Argentina's Joinder in Banco Central de la Republica Argentina's March 26, 2010 Submissions and Memorandum of Law in Further Opposition to Plaintiffs' Motion to Confirm Ex Parte Attachment Orders, dated March 26, 2010. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 03/26/2010) |
| 03/29/2010 | 58 | RESPONSE to Plaintiffs' New Alter Ego Allegations. Document filed by Banco Central de la Republica Argentina. (Neuhaus, Joseph) (Entered: 03/29/2010) |

MILBERG_000000113

| | | |
|---|---|---|
| 03/29/2010 | 59 | MOTION to Vacate and Quash Ex Parte Orders. Document filed by Banco Central de la Republica Argentina. (Attachments: # 1 Online, # 2 Online (Entered: 03/29/2010) |
| 03/29/2010 | 60 | SEALED DOCUMENT placed in vault.(jri) (Entered: 03/29/2010) |
| 03/29/2010 | 61 | JOINDER to join /The Republic of Argentina's Joinder in Banco Central de la Republica Argentina's Response to Plaintiffs' New Alter Ego Allegations, dated March 26, 2010. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 03/29/2010) |
| 04/08/2010 | 62 | ORDER, The 2/11 Ex Parte Order is hereby vacated in all respects and replaced by this Order. The 1/10 Ex Parte Orders are hereby vacated as to contract carriers that transport or deliver paper and coin currency from the FRBNY to BCRA, including without limitation the contract-carrier arm of Brinks, with respect to the physical transportation of paper and coin currency from the FRBNY to BCRA in Argentina. In all other respects, the 1/10 Ex Part Orders remain in effect as of the date they were served, pending further order of the Court. The 2/11 Ex Parte Motion and all supporting papers, all papers in opposition to the 2/11 Ex Parte Motion, and all related motions to confirm or vacate the relief granted herein, shall be treated by all parties as "Highly Confidential Information" and filed under seal in accordance with the provisions of the Stipulated Protective Order dated 9/10/08 attached hereto as Annex A.....Nothing herein shall constitute an express or implied waiver of sovereign immunity, nor consent by any party to personal or subject matter jurisdiction. (Signed by Judge Thomas P. Griesa on 3/8/20) (cd) (Entered: 04/09/2010) |
| 04/30/2010 | 63 | ORDER AUTHORIZING TENDER OF BENEFICIAL INTERESTS FOR PURPOSES OF PARTICIPATION IN THE 2010 EXCHANGE OFFER that 1) Any plaintiff in the above-listed cases who holds a judgment and wishes to participate in the 2010 Exchange Offer may tender the beneficial interests in the Eligible Securities underlying such judgment in accordance with the terms of the 2010 Exchange Offer, and 2) The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. So Ordered. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 05/07/2010 | 64 | JOINDER to join Milberg Plaintiffs' Memorandum of Law In Opposition to The Republic of Argentina's Motion to Vacate and Quash Ex Parte Orders and Joinder in The EM and NML Plaintiffs' and The Aurelius Plaintiffs' May 7, 2010 Submissions. Document filed by Plaintiffs.(Spencer, Michael) (Entered: 05/07/2010) |
| 05/21/2010 | 65 | REPLY MEMORANDUM OF LAW in Support re: 59 MOTION to Vacate and Quash Ex Parte Orders.. Document filed by Banco Central de la Republica Argentina. (Neuhaus, Joseph) (Entered: 05/21/2010) |
| 05/21/2010 | 66 | REPLY MEMORANDUM OF LAW in Support re: 59 MOTION to Vacate and Quash Ex Parte Orders.. Document filed by The Republic of Argentina. (Blackman, Jonathan) (Entered: 05/21/2010) |
| 06/11/2010 | 67 | OPINION: For the reasons stated in this Opinion, Plaintiffs' motions to confirm the various orders are denied. Defendants' cross-motion to vacate is granted. (Signed by Judge Thomas P. Griesa on 6/11/2010) (jpo) (jpo). (Entered: 06/14/2010) |
| 10/19/2010 | 68 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen &amp; Hamilton LLP, One Liberty |

Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 1019/2010) (jpo) (Entered: 10/21/2010)

| 07/30/2012 | 69 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Writ of Execution served on Banco De La Nacion Argentina on 4/19/2010. Service was accepted by Mr. Barrientos - Legal. Document filed by HWD Victoria Strategies Portfolio. I hereby certify and return that I have received no funds or property belonging to the judgment debtor. Judgment unsatisfied. Dated April 24, 2012. Joseph R. Guccione US Marshal SDNY By: Amaury Pena. (rjm) (Entered: 08/02/2012) |

| 06/11/2013 | 70 | NOTICE OF CHANGE OF ADDRESS by Gary Steven Snitow on behalf of HWB Alexandra Strategies Portfolio, HWB Portfolio Plus, HWB Quo Vadis, HWB Renten Portfolio Plus, HWD Victoria Strategies Portfolio, Victoria Strategies Portfolio Ltd.. New Address: Snitow, Kanfer &amp; Holtzer, 575 Lexington Avenue, 14th Floor, New York, NY, USA 10022, 212-317-8500. (Snitow, Gary) (Entered: 06/11/2013) |

| 12/11/2013 | 71 | ORDER: NOW THEREFORE IT IS HEREBY ORDERED: 1. The Court grants permission for the proposed transfers from the Funds to Alexandra in connection with the proposed mergers. 2. Following the transfers contemplated herein, Alexandra must refrain from selling or otherwise transferring its interest, or any part thereof, in the bonds involved in these actions, without advising the Court and obtaining permission of the Court. SO ORDERED. (Signed by Judge Thomas P. Griesa on 12/11/2013) (ama) (Entered: 12/11/2013) |

| 11/14/2016 | 72 | NOTICE OF APPEARANCE by Anthony Joseph Del Giudice on behalf of HWB Alexandra Strategies Portfolio, HWB Portfolio Plus, HWB Quo Vadis, HWB Renten Portfolio Plus, HWD Victoria Strategies Portfolio, Victoria Strategies Portfolio Ltd.. (Del Giudice, Anthony) (Entered: 11/14/2016) |

| 12/02/2016 | 73 | NOTICE OF CHANGE OF ADDRESS by Anthony Joseph Del Giudice on behalf of HWB Alexandra Strategies Portfolio, HWB Portfolio Plus, HWB Quo Vadis, HWB Renten Portfolio Plus, HWD Victoria Strategies Portfolio, Plaintiffs, Victoria Strategies Portfolio Ltd.. New Address: Wilk Auslander LLP, 1515 Broadway, New York, New York, USA 10036, 212-981-2300. (Del Giudice, Anthony) (Entered: 12/02/2016) |

| 03/29/2017 | 74 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... So ordered. (Signed by Judge Thomas P. Griesa on 3/29/2017) (rjm) Modified on 3/29/2017 (rjm). (Entered: 03/29/2017) |

| 03/31/2017 | | CERTIFICATION OF JUDGMENT issued on March 31, 2017, in favor of HWB Alexandra Strategies Portfolio, HWB Portfolio Plus, HWB Quo Vadis, HWB Renten Portfolio Plus, HWD Victoria Strategies Portfolio, and Victoria Strategies Portfolio Ltd. against The Republic of Argentina in various amounts. (km) (Entered: 03/31/2017) |

| 04/12/2017 | | CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT: in favor of HWB Alexandra Strategies Portfolio, HWB Portfolio Plus, HWB Quo Vadis, HWB Renten Portfolio Plus, HWD Victoria Strategies Portfolio, and Victoria Strategies Portfolio Ltd. against The Republic of Argentina in various amounts, Issued on April 12, 2017. (dt). (Entered: 04/13/2017) |

| 04/21/2017 | 76 | NOTICE OF APPEARANCE by Andrew Nathan Goldman on behalf of EUROCLEAR BANK SA/NV. (Goldman, Andrew) (Entered: 04/21/2017) |

| 04/21/2017 | 77 | NOTICE OF APPEARANCE by Charles C. Platt on behalf of EUROCLEAR BANK SA/NV. (Platt, Charles) (Entered: 04/21/2017) |

| 04/21/2017 | 78 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Thomas P. Griesa from Andrew Goldman dated April 21, 2017. Document filed by EUROCLEAR BANK SA/NV.(Goldman, Andrew) (Entered: 04/21/2017) |

MILBERG_000000115

| 04/21/2017 | 79 | CERTIFICATE OF SERVICE of Letter Motion served on Wilk Auslander LLP, counsel for the Plaintiffs/Judgment Creditors on April 21, 2017. Service was made by Electronic Mail. Document filed by EUROCLEAR BANK SA/NV. (Goldman, Andrew) (Entered: 04/21/2017) |
|---|---|---|
| 04/24/2017 | 80 | ORDER: with respect to 74 Letter Motion for Local Rule 37.2 Conference. The court has appointed Special Master Daniel A. Pollack to conduct and preside over settlement negotiations between and among the parties to this litigation. NML Capital, Ltd. v. Republic of Argentina, 08-cv-6978, ECF No. 705. Non-party Euroclear Bank SA/ NV ("Euroclear") has now requested a conference in connection with an anticipated motion to quash subpoenas, which were served on Euroclear by plaintiffs. The Court has said, on numerous occasions, that these cases must be settled. The Court directs the parties, as well as Euroclear, to appear before the Special Master in an effort to settle the litigation and to resolve the anticipated motion to quash. If the Special Master is not able to bring about a settlement of the litigation or an agreement on the application to quash, the Special Master shall report the status of the dispute to the Court, in whatever manner he deems appropriate in his sole discretion. (Signed by Judge Thomas P. Griesa on 4/24/2017) (ap) (Entered: 04/24/2017) |
| 05/30/2017 | 81 | AMENDED STIPULATION AND ORDER GOVERNING HIGHLY CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 5/30/2017) (mro) (Entered: 05/31/2017) |
| 07/07/2017 | | NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Thomas P. Griesa is no longer assigned to the case. (ma) (Entered: 07/07/2017) |

## Judgments

| Date | In Favor Of | Against | Amount | Interest | Court Cost | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 02/06/2009 | HWB Alexandra Strategies Portfolio | The Republic of Argentina | $13581259.74 | 0.00% | $ 0.00 | No Payment | 02/06/2009 |
| Description: | $13581259.74 09,0213 | | | | | | |
| 02/06/2009 | HWB Portfolio Plus | The Republic of Argentina | $13581259.74 | 0.00% | $ 0.00 | No Payment | 02/06/2009 |
| Description: | $13581259.74 09,0213 | | | | | | |
| 02/06/2009 | HWB Quo Vadis | The Republic of Argentina | $13581259.74 | 0.00% | $ 0.00 | No Payment | 02/06/2009 |
| Description: | $13581259.74 09,0213 | | | | | | |
| 02/06/2009 | HWB Renten Portfolio Plus | The Republic of Argentina | $13581259.74 | 0.00% | $ 0.00 | No Payment | 02/06/2009 |
| Description: | $13581259.74 09,0213 | | | | | | |
| 02/06/2009 | HWD Victoria Strategies Portfolio | The Republic of Argentina | $13581259.74 | 0.00% | $ 0.00 | No Payment | 02/06/2009 |
| Description: | $13581259.74 09,0213 | | | | | | |
| 02/06/2009 | Victoria Strategies Portfolio Ltd. | The Republic of Argentina | $13581259.74 | 0.00% | $ 0.00 | No Payment | 02/06/2009 |
| Description: | $13581259.74 09,0213 | | | | | | |

Copyright © 2017 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

# US District Court Civil Docket

## U.S. District - New York Southern
## (Foley Square)

## 1:07cv11497

## U.V.A. Vaduz et al v. The Republic of Argentina

### This case was retrieved from the court on Wednesday, July 19, 2017

| Date | # | Proceeding Text | Source |
|------|---|-----------------|--------|
| 12/21/2007 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 350.00, Receipt Number 636721)Document filed by U.V.A. Vaduz, Klaus Bohrer.(mbe) (Entered: 12/27/2007) | |
| 12/21/2007 | | SUMMONS ISSUED as to The Republic of Argentina. (mbe) (Entered: 12/27/2007) | |
| 12/21/2007 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 1:07-cv-2788. (mbe) (Entered: 12/27/2007) | |
| 12/21/2007 | | Case Designated ECF. (mbe) (Entered: 12/27/2007) | |
| 12/21/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by U.V.A. Vaduz, Klaus Bohrer.(mbe) (Entered: 12/27/2007) | |
| 12/27/2007 | 3 | SUMMONS RETURNED EXECUTED Summons and Complaint served. The Republic of Argentina served on 12/27/2007, answer due 1/16/2008. Service was accepted by Roberto Barrientos, Vice President of Banco de la Nacion Argentina. Document filed by U.V.A. Vaduz; Klaus Bohrer. (Alter, Regina) (Entered: 12/27/2007) | |
| 01/09/2008 | | CASE ACCEPTED AS RELATED. Create association to 1:07-cv-02788-TPG. Notice of Assignment to follow. (jeh) (Entered: 01/29/2008) | |
| 01/09/2008 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (jeh) (Entered: 01/29/2008) | |
| 01/09/2008 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned is no longer assigned to the case. (jeh) (Entered: 01/29/2008) | |
| 02/25/2008 | 5 | ANSWER to Complaint. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 02/25/2008) | |
| 02/28/2008 | 6 | CERTIFICATE OF SERVICE of Answer of Defendant served on Joel A. Chernov, Esq. on February 25, 2008. Service was made by First Class Mail. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 02/28/2008) | |
| 04/22/2008 | 7 | ORDER TO SHOW CAUSE: Defendant shall show cause as to why an order should not be made and entered subject to (b) below, preliminary restraining and enjoining pursuant to Fed. R. Civ. P. 64 and 65(a) as set forth in this order. Show Cause Hearing set for 4/30/2008 at 10:30 AM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/22/08) (js) (Entered: 04/23/2008) | |
| 06/06/2008 | 8 | NOTICE OF APPEAL from 7 Order to Show Cause. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 653436. Copies mailed to attorney(s) of record: Dreier LLP. (tp) (Entered: 06/11/2008) | |
| 06/11/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 8 Notice of Appeal. (tp) (Entered: 06/11/2008) | |

MILBERG_000000117

| 06/11/2008 | | Transmission of Notice of Appeal to the District Judge re: 8 Notice of Appeal. (tp) (Entered: 06/11/2008) |
|---|---|---|
| 06/17/2008 | 9 | MOTION for Summary Judgment. Document filed by U.V.A. Vaduz, Klaus Bohrer.(Alter, Regina) (Entered: 06/17/2008) |
| 06/17/2008 | 10 | RULE 56.1 STATEMENT. Document filed by U.V.A. Vaduz, Klaus Bohrer. (Alter, Regina) (Entered: 06/17/2008) |
| 06/17/2008 | 11 | MEMORANDUM OF LAW in Support re: 9 MOTION for Summary Judgment.. Document filed by U.V.A. Vaduz, Klaus Bohrer. (Alter, Regina) (Entered: 06/17/2008) |
| 06/17/2008 | 12 | DECLARATION of Regina M. Alter in Support re: 9 MOTION for Summary Judgment.. Document filed by U.V.A. Vaduz, Klaus Bohrer. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online, # 6 Online, # 7 Online, # 8 Online, # 9 Online, # 10 Online, # 11 Online, # 12 Online, # 13 Online, # 14 Online, # 15 Online, # 16 Online, # 17 Online, # 18 Online, # 19 Online, # 20 Online, # 21 Online, # 22 Online, # 23 Online, # 24 Online, # 25 Online, # 26 Online, # 27 Online, # 28 Online (Entered: 06/17/2008) |
| 06/17/2008 | 13 | DECLARATION of Max Bohrer in behalf of U.V.A. Vaduz - with annexed exhibits in Support re: 9 MOTION for Summary Judgment.. Document filed by U.V.A. Vaduz, Klaus Bohrer. (Attachments: # 1 Online, # 2 Online (Entered: 06/17/2008) |
| 07/25/2008 | 14 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Alvin K. Hellerstein on 7/24/08)- Part I (tro) (Entered: 08/01/2008) |
| 08/07/2008 | 15 | STIPULATION that plaintiffs U.V.A. Vaduz and Klaus Bohrer shall file an Amended Complaint in this action; defendant shall file its Amended Answer within 20 days of Plaintiffs having filed their Amended Complaint; the motion (for summary judgment) shall be held in abeyance pending the filing of the Amended Complaint and Amended Answer; Defendant shall have ten days after the filing of the Amended Answer to respond to supplemental proof submitted by plaintiff U.V.A. Vaduz on 7/21/08. The motion shall then proceed pursuant to the procedure set forth in the Court's 2/22/07 memorandum. (Signed by Judge Thomas P. Griesa on 8/7/08) (cd) (Entered: 08/08/2008) |
| 08/13/2008 | 16 | AMENDED COMPLAINT amending 1 Complaint against The Republic of Argentina.Document filed by U.V.A. Vaduz, Klaus Bohrer. Related document: 1 Complaint filed by U.V.A. Vaduz, Klaus Bohrer. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online (Entered: 08/14/2008) |
| 09/02/2008 | 17 | ANSWER to Amended Complaint. Document filed by The Republic of Argentina. Related document: 16 Amended Complaint, filed by U.V.A. Vaduz, Klaus Bohrer.(Boccuzzi, Carmine) (Entered: 09/02/2008) |
| 09/03/2008 | 18 | CERTIFICATE OF SERVICE of Richard V. Conza dated September 3, 2008 (related document 17 ). Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 09/03/2008) |
| 10/21/2008 | 19 | ORDER AND OPINION #96668: re: 9 MOTION for Summary Judgment filed by U.V.A. Vaduz, Klaus Bohrer. The motion for summary judgment is granted. Judgment will be entered for the principal amount of the bonds under the 1994 FAA and the 1993 FAA plus accrued interest. The parties shall consult with one another concerning the form of the judgment and the amounts of interest that should be awarded in the judgment. If the parties are able to reach agreement, they shall jointly submit an agreed proposed judgment to the Court to be entered on a date agreed to by the parties upon consultation with Chambers. If the parties are unable to reach agreement on those subjects, plaintiff shall submit a proposed judgment to the Court and the Republic shall submit any objections to the proposed judgment within five business days thereafter. The Court will then resolve any remaining disagreements. Proposed judgments submitted to the Court should include the following language: "It is |

further ORDERED that. until further notice from the Court, plaintiff(s) must refrain from selling or otherwise transferring their beneficial interest in the bond(s) involved in this action without advising the Court in advance and obtaining permission of the Court." (Signed by Judge Thomas P. Griesa on 10/17/08) (tro) Modified on 10/22/2008 (mro). (Entered: 10/21/2008)

| 10/21/2008 | 20 | JUDGMENT #08,1917 in favor of U.V.A. Vaduz against The Republic of Argentina in the amount of $ 8,749,398.32; and in favor of Klaus Bohrer against The Republic of Argentina in the amount of $ 3,699,152.66. (Signed by Judge Thomas P. Griesa on 10/17/08) (Attachments: # 1 Online (Entered: 10/22/2008) |

| 11/06/2008 | 21 | ORDER TO SHOW CAUSE: LET THE DEFENDANT HEREIN show cause before Judge Thomas P. Griesa, Courtroom 26B, at the United States Courthouse located at 500 Pearl Street, New York, NY 10007 on 11/14/2008 at 04:30 PM, or soon thereafter as counsel may be heard, to why an order should not be made and entered: (a) Authorizing the U.S. Marshals Service to serve Writs of Execution, pursuant to F.R.C.P. 64 and 69, N.Y. CPLR 5232, 5227 and 28 U.S.C. 1610(c), on the Republic of Argentina, Citibank, N.A., Standard Americas, Inc., Standard New York, Inc. Standard New York Securities, Inc., and/or any potential garnishee subsequently determined through discovery to be within the jurisdiction of the Court, with respect to any property in the U.S. (whether real or personal, tangible or intangible, presently existing or hereafter arising) which could be assigned or transferred pursuant to CPLR 5201, including but not limited to cash, deposits, claims, and contractual rights, and interests of any kind in the foregoing, held or maintained in the name of or for the use or benefit of those further set forth in this Order to Show Cause; (b) Authorizing the issuance of Restraining Notice, pursuant to N.Y. CPLR 5222, 28 U.S.C. 1610(c) and F.R.C.P. 69(a), directed to the Republic of Argentina, Citibank, N.A., Standard Americas, Inc., Standard New York, Inc., Standard New York Securites, Inc. and/or any potential garnishee subsequently determined through discovery to be within the jurisdiction of the Court that holds or maintains any FJP Property or ANSES Property in the U.S., from taking any action or issuing any instruction to transfer or remove any FJP Property or ANSES Property from the U.S.; (c) Authorizing expedited discovery pursuant to F.R.C.P. 69 from the Republic of Argentina, Citibank, N.A., Standard Americas, Inc., Standard New York, Inc., Standard New York Securities, Inc., and any other garnishee which may subsequently be identified through discovery to be within the jurisdiction of the Court, to assist plaintiffs in identifying property in the U.S. that is, or that is to be nationalized so as to become, the property of the Republic and available to satisfy Plaintiffs' final money judgments entered by this Court against the Republic; and (d) granting such other and further relief as this Court may deem just, proper and necessary under the circumstances. SUFFICIENT CAUSE BEING ALLEGED THEREFORE, IT IS HEREBY: ORDERED that plaintiffs are authorized to deliver to the U.S. Marshals Service Writs of Execution, pursuant to F.R.C.P. 64 and 69, N.Y. CPLR 5232, 5225, 5227 and 28 U.S.C. 1610(c), directed to the Republic of Argentina, Citibank, N.A., Standard Americas, Inc., Standard New York, Inc. Standard New York Securities, Inc. and/or any appropriate garnishee subsequently determined through discovery to be within the jurisdiction of the Court, so as to maintain priority pursuant to N.Y. CPLR 5232(a) and 5234(b) in relation to other creditors of the Republic while plaintiffs' application is pending. The Notice of Levy shall specify in accordance with CPLR 5232 that it applies to FJP Property and ANSES Property, as defined above. The U.S. Marshals Service is directed to defer serving the Writs of Execution or levying upon any FJP Property or ANSES Property until further order of this Court, Pursuant to CPLR 5232(a), plaintiffs' priority is hereby extended as necessary beyond 90 days until such time as the Court finally resolves plaintiffs' application. Plaintiffs are authorized pursuant to N.Y. CPLR 5222, 28 U.S.C. 1610(c) and F.R.C.P. 69(a), to issue Restraining Notices to the Republic of Argentina, Citibank, N.A., Standard Americas, Inc., Standard New York, Inc., Standard New York Securities, Inc., and/or any appropriate garnishee |

subsequently determined through discovery to be within the jurisdiction of the Court that may hold FJP Property or ANSES Property in the U.S., restraining the recipient from taking any steps or issuing any instructions t

| 11/10/2008 | 22 | AFFIDAVIT OF SERVICE of Order to Show Cause and Declaration of Joel A. Chernov served on Cleary, Gottlieb, Steen &amp; Hamilton, attorneys for defendant on November 6, 2008. Document filed by U.V.A. Vaduz, Klaus Bohrer. (Chernov, Joel) (Entered: 11/10/2008) |
| --- | --- | --- |
| 11/17/2008 | | Writ of Execution Issued as to The Republic of Argentina on 11/17/08 # 08,1917 in the amount of $ 12,448,550.98. (Signed by J. Michael McMahon, Clerk on 11/17/08). (dt) (Entered: 11/17/2008) |
| 11/21/2008 | 23 | NOTICE OF APPEAL from 21 Order to Show Cause,. Document filed by Administracion Nacional de Seguridad Social. Filing fee $ 455.00, receipt number E 670541. (nd) (Entered: 11/24/2008) |
| 11/24/2008 | | Transmission of Notice of Appeal to the District Judge re: 23 Notice of Appeal. (nd) (Entered: 11/24/2008) |
| 11/24/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 23 Notice of Appeal. (nd) (Entered: 11/24/2008) |
| 11/24/2008 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 19 Memorandum &amp; Opinion,,,,, 17 Answer to Amended Complaint filed by The Republic of Argentina, 10 Rule 56.1 Statement filed by U.V.A. Vaduz, Klaus Bohrer, 21 Order to Show Cause,, filed by Enrique Jorge Rocca, Alicia G. De Sondermann, Michelle Stagnitto, Carmelina Censi, Peng Zeying, Marta Guerrini, Makapyan S.R.I., Alicia Beatriz Gracian, Marianna Gonzalez, Feysol S.A., Luigi Giacomazzi, Horacio Alberto Vazquez, Denise Marie Laurette Dussault In Collella, Rodrigo Felipe Muschietti, Colombo Masi, Gianfranco Guarini, Maria Ziliani, Maria Robbiati, Compagnie Francaise D'Investissements S.A., Claudio Miguel Matheou, Carlos Alberto Muraca, Stefania Simoncini, Griselda Teresa Dulevich, Denchu Investment Corporation, Omar Adrian Cayre, Bernardo G. Ferman, Edgardo Gerardo A. Sclafani, Carlo Farioli, Ebrahim Tadayon, Maria Florencia Zubielqui, Simonetta Buccioli, Cesar Civetta, Francisco de Gamboa, Lisandro Roberto Arturo Moro, Alberto Silvio Bursztyn, Alexander Stern, Andrea Susana Bursztyn, Ivelo Holding Corporation, Wolfgang Bolland, Alessandro Morata, Eugenia Re, Carafin S.A., Adriano Rosato, Lucio Sperandio, Guglielmina Massara, Diego Pedro Peluffo, Marcelo Ruben Rigueiro, Susanna Bretti, Manuel Calvo, Nicolas Schuster, Silvia Regoli, Rita Leso, Franca Maria Antonione, Bruno Mattioli, Patrizia Valeri, Stefano Bistagnino, Lercar S.A., Bruno Italia, Adriana Beatriz Poveda, Terenciano De Jesus Cabrera, Luigi Vitiello, Carlo Bretti, Jose Alberto Landi, Bibian Della Flora, Eduardo Hector Sorroche, Silvia Mabel Saccone, Fabian E. Pauletich, Corleis Sociedad Anonima, Gianfranco Agostini, Santa Sorrentino, Claudia Aurora Sabatina Bartra, Eugenio Quatrini, Celestino Goglia, Alberto Haber Valerio Piacenza, Carlos A. Rial Coto, Nestor De Nicola, Simona Staccioli, Miquel Alberto Balestrini, Debora Reina Cohen, Ignacio de Gamboa, Francisco Oscar Basso, Horacio Alberto M. Sanchez Caballero, Juan Omar Giovachini, Claudio Oscar Mazza, Franco Peruz, Valentina Etchart, Farigold Trade S.A., Ezequiel Hernan Baclini, Consultora Kilser S.A., Jorge Manuel Taboada, Maria Mercedes Sauco, Irma Haydee Redondo De Negri, Property Protection, Inc., Patrizia Giacomazzi, Carlos Alberto Bruzzone, Susana Etevob, Giuseppe Silvio Rossini, Andrea Bonazzi, Pablo Kalbermann, Manuel G. Guillen, Marcelo Eduardo Prima, Livia Diaz, Eduardo Argentieri, Delfin A. Rabinovich, Marcello Calanca, Felecitas Florencia Fox Anasagasti, Fernanda Angela Lovero, Nora Raquel Lopez, Gian Francesco Cercato, Andrea Ronzon, Flavia Marina Schuster, Monica Cristina Barbero, Edith Elvira Nicolas, Roberto Virgillo Sauro, Decio Carlos Francisco Ulla, Hector Manuel Moldes, Adriana Dell'Era, Mauro Toso, Graziella Bonadiman, Guillermo Domato, Julio Hector Krasuk, Jorge Horacio Rosini, Juan Jose Rizzo, First City S.A., Ansgar Neuenhofer, Klaus Bohrer, Maria Griselda Sauco, Dolly Esther Cubasso, Paula Armanda Azcarate, Giovanna Conenna, Beate Neuenhofer, Mercedes Calvo, Woon Cheung Leung, Estrella Victoria Cohen De Benevet, Beatriz A. Castano, Mirco Masina, Elettra |

Casalini, Marcos Vanni, Monica Giannattasio, Alfredo Carlos Alzaga, Maristela
Toninello, Andria Caleffa, Vilma Burgio, Eva Sondermann, Graziano Adami,
Elide Margnelli, Angiolino Fusato, Alicia Ester Salvador, Grenfield Int'l, Dario
Alberto Pardal, Victor Sacilotto, Maria Marta de Luca, Giovanni Carlotta, Norfolk
Investment Trade Co. Ltd., Claudio Mangano, Alfredo Pelli, Eduardo Andres
Franceschi, Ensenada United Corporation, Marta Beatriz Gatti, Fiseico -
Financing Services International Corporation, Alexia Brandes, Christa Erb,
Lucia Vettoretti, Anna Maria Carducci, Maurizo Giove, Lillina Rosso, Gabriel
Miguel, Juan Francisco Aragone, Diego Fabian Topf, Luis Angel Gatti, Eva
Sondermann Geller, Beatriz Marti Reta, Laynel Corporation, Luciana Ceredi,
Norberto Angel Garcia Madeo, Antonietta Guiseppina Brioschi, Giampaolo
Montino, Pedro

| 12/11/2008 | 24 | ORDER: The Clerk of the Court is directed to make entries on the dockets of the cases listed in the Annex to this order that indicate that the following documents, which were filed in the above-captioned cases, also apply to the cases listed in the Annex: The documents filed as entry nos. 49, 50, 51, 52, 53, 58, 60, and 63 on the docket of case 07-cv-2715; and The documents filed as entry nos. 47, 49, 50, and 51 on the docket of case 07-cv-11327; and The court's opinion dated December 11, 2008, which has been filed under case 07-cv-2715. (Signed by Judge Thomas P. Griesa on 12/11/2008) (kkc) (Entered: 12/12/2008) |
|---|---|---|
| 12/11/2008 | 26 | OPINION # 96854. The court holds that the various forms of process described in this opinion, which were authorized as to the FJP Funds located in New York and any ANSES property located in New York, were legally valid at the time they were ordered by the court and remain legally valid, for the reasons set forth in this opinion. The process as to FJP Funds remains in effect now that the assets of these funds are transferred to ANSES pursuant to the new law. This holding is based on the record now before the court. It appears that more discovery will take place, resulting in further development of the facts. This may make additional rulings of the court necessary. However, the court deemed it essential to issue an opinion now on the basis of the present record, and it is doing so. Plaintiffs are directed to submit, on notice, proposed orders specifically dealing with the various motions which have been made. (Signed by Judge Thomas P. Griesa on 12/11/08) (mme) (Entered: 12/24/2008) |
| 12/18/2008 | 25 | AMENDED NOTICE OF APPEAL re: 23 Notice of Appeal, 21 Order to Show Cause 24 Order. Document filed by Administracion Nacional de Seguridad Social. Copies mailed to attorney(s) of record: Cleary Gottlieb Steen &amp; Hamilton, LLP; Dreier LLP. (nd) (Entered: 12/23/2008) |
| 12/23/2008 | | Transmission of Notice of Appeal to the District Judge re: 25 Amended Notice of Appeal. (nd) (Entered: 12/23/2008) |
| 12/23/2008 | | Transmission of Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 25 Amended Notice of Appeal. (nd) (Entered: 12/23/2008) |
| 01/06/2009 | 27 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi, Jr. dated 12/22/08 re: Counsel submits a Stipulation and Proposed Order entered into by the Republic of Argentina, interested non-party ANSES, and the plaintiffs represented by Dreier LLP in the forty-nine cases listed in Annex A (herein). Plaintiffs in the Dreier Cases moved by Order to Show Cause on 11/6/08 regarding Argentine pension fund assets and obtained orders similar to the 10/29/08 Aurelius Order and 11/7/08 NML Orders, which the Republic and ANSES are currently appealing (among other related orders). Plaintiffs, the Republic, and ANSES have agreed that the outcome of the appeals referenced in the stipulation (e.g., Aurelius Capital Partners, LP, et al. v. Republic of Argentina, 07 Civ. 2715 (TPG); NML Capital Ltd. v. Republic of Argentina, 05 Civ. 2434 (TPG)) shall apply to the Dreier Cases. The parties to the stipulation respectfully request that the Court "So Order" the stipulation, and further Order by endorsing this letter that the Clerk of the Court shall docket the stipulation in each of the forty-nine cases listed in Annex A. ENDORSEMENT: SO ORDERED. (Signed by Judge Thomas P. Griesa on 1/5/09) |

MILBERG_000000121

(tro) (Entered: 01/06/2009)

01/06/2009    28    STIPULATION AND ORDER: Any decision by the Court of Appeals with respect
to the Appeals or Consolidated Appeals, including, but not limited to, any
decision regarding the status of ANSES under the Foreign Sovereign
Immunities Act, shall apply with equal force to the Additional Orders. To the
extent any decision by the Court of Appeals with respect to the Appeals or
Consolidated Appeals distinguishes between prejudgment plaintiffs and
post-judgment plaintiffs, such distinction shall apply with equal force to the
Additional Orders. The parties and interested non-party ANSES shall take any
and all necessary steps with respect to the Additional Orders to effect any
decision issued by the Court of Appeals with respect to the Appeals or
Consolidated Appeals. (Signed by Judge Thomas P. Griesa on 1/5/09) (tro)
(Entered: 01/06/2009)

01/22/2009    29    STIPULATION AND ORDER IT IS HEREBY STIPULATED AND AGREED THAT: Any
decision by the Court of Appeals with respect to the Appeals or Consolidated
Appeals shall apply with equal force to the Additional Orders; To the extent
any decision by the Court of Appeals with respect to the Appeals or
Consolidated Appeals distinguishes between prejudgment plaintiffs and
post-judgment plaintiffs, such distinction shall apply with equal force to the
Additional Orders; The plaintiffs in the above-captioned actions and the Fund
Managers shall take any and all necessary steps with respect to the Additional
Orders to effect any decision issued by the Court of Appeals with respect to the
Appeals or Consolidated Appeals. (Signed by Judge Thomas P. Griesa on
1/16/09) (mme) (Entered: 01/23/2009)

03/04/2009    30    ORDER: The motions made in the Orders to Show Cause of October 29,
November 5, November 6, November 7, November 12, and November 19,
2008, to authorize service of Writs of Execution and to permit the issuance of
Restraining Notices, are granted. The Writs of Execution may be served, but no
property may be seized except upon further order of the court. The court
considers that its December 11, 2008 opinion applies to this additional Order
to Show Cause, and the applications therein are granted, in a similar fashion
as stated above. The motion for an attachment and for the issuance of
Restraining Notices contained in one of the November 6,2008 Orders to Show
Cause is granted. The motion of plaintiff NML Capital to confirm the Order of
Attachment with regard to its eight cases (05 Civ. 2434, etc.) is granted. The
court affirms the continued validity of its October 31, 2008 Order, as modified,
permitting restraints and levies in 03 Civ. 2507 and 03 Civ. 8845. Insofar as
the Republic moves to vacate the modified October 31, 2008 order in 03 Civ.
2507 and 03 Civ. 8845, that motion is denied. Insofar as the Republic moves
to vacate the temporary relief granted to the plaintiffs pending the hearing of
their main motions, the motion of the Republic regarding the temporary relief
is denied as moot. NML's motion for expedited discovery is denied as moot.
(Signed by Judge Thomas P. Griesa on 3/4/2009) (jpo) (Entered: 03/05/2009)

03/12/2009    31    AMENDED OPINION: The Court holds that the various forms of process
described in this opinion, which were authorized as to the FJP Funds located in
New York and any ANSES property located in New York, were legally valid at
the time they were ordered by the Court and remain legally valid, for the
reasons set forth in this opinion. The process as to FJP Funds remains in effect
now that the assets of these funds are transferred to ANSES pursuant to the
new law. This holding is based on the record now before the court. It appears
that more discovery will take place, resulting in further development of the
facts. This may make additional rulings of the court necessary. However, the
court deemed it essential to issue an opinion now on the basis of the present
record, and it is doing so. Plaintiffs are directed to submit, on notice, proposed
orders specifically dealing with the various motions which have been made. So
Ordered. (Signed by Judge Thomas P. Griesa on 12/11/08) (js) (Entered:
03/12/2009)

| 03/12/2009 | 32 | ORDER: It is directed that the following error in the opinion of December 11, 2008 be corrected. In the last sentence of the first paragraph on page 25, the word "grant" should be changed to "waiver." The Court will issue an Amended Opinion with this correction, bearing the same date, December 11, 2008. So Ordered (Signed by Judge Thomas P. Griesa on 3/12/09) (js) (Entered: 03/12/2009) |
|---|---|---|
| 04/03/2009 | 33 | SECOND AMENDED NOTICE OF APPEAL re: 23 Notice of Appeal, 30 Order. Document filed by Administracion Nacional de Seguridad Social. Copies of Notice of Appeal mailed to attorney(s) of record: Cleary Gottlieb Steen &amp; Hamilton, LLP and Chadbourne &amp; Parke LLP; Dreier LLP. (nd) (Entered: 04/06/2009) |
| 04/06/2009 | | Transmission of Notice of Appeal to the District Judge re: 33 2nd Amended Notice of Appeal,. (nd) (Entered: 04/06/2009) |
| 04/06/2009 | | Transmission of Second Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 33 2nd Amended Notice of Appeal,. (nd) (Entered: 04/06/2009) |
| 10/28/2009 | 34 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Klaus Bohrer substitutes Michael C. Spencer, Milberg, LLP, State Bar No. 1474162 as counsel of record in place of Joel A. Chernov, Dreier, LLP. Attorney Michael Champlin Spencer for Klaus Bohrer added. Attorney Joel Andrew Chernov terminated. (Signed by Judge Thomas P. Griesa on 10/27/09) (tro) (Entered: 10/28/2009) |
| 10/28/2009 | 35 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: U.V.A. Vaduz substitutes Michael C. Spencer, Milberg, LLP, State Bar No. 1474162 as counsel of record in place of Joel A. Chernov, Dreier, LLP. Attorney Michael Champlin Spencer for U.V.A. Vaduz added. Attorney Marc S. Dreier terminated. (Signed by Judge Thomas P. Griesa on 10/27/09) (tro) (Entered: 10/28/2009) |
| 11/16/2009 | 36 | TRUE COPY ORDER of USCA as to 8 Notice of Appeal filed by The Republic of Argentina USCA Case Number 08-2914-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Captial Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 11/12/2009. (nd) (Entered: 11/16/2009) |
| 11/19/2009 | 37 | NOTICE OF APPEARANCE by Peter George Safirstein on behalf of U.V.A. Vaduz, Klaus Bohrer (Safirstein, Peter) (Entered: 11/19/2009) |
| 11/19/2009 | 38 | NOTICE OF APPEARANCE by Leigh Smith on behalf of U.V.A. Vaduz, Klaus Bohrer (Smith, Leigh) (Entered: 11/19/2009) |

| 11/19/2009 | 39 | NOTICE OF APPEARANCE by Gary Steven Snitow on behalf of U.V.A. Vaduz, Klaus Bohrer (Snitow, Gary) (Entered: 11/19/2009) |
|---|---|---|
| 12/01/2009 | 40 | MANDATE of USCA (Certified Copy) as to 33 Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, 25 Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, 23 Notice of Appeal filed by Administracion Nacional de Seguridad Social USCA Case Number 08-5709-cv. It is Ordered, Adjudged and Decreed that the judgment of the District Court is REVERSED and all of the associated orders as well as its opinion confirming those orders are VACATED, in accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 11/30/2009. (tp) (Entered: 12/03/2009) |
| 12/03/2009 | | Transmission of USCA Mandate/Order to the District Judge re: 40 USCA Mandate. (tp) (Entered: 12/03/2009) |
| 12/03/2009 | 41 | ORDER of USCA (Certified Copy) as to (29 in 1:05-cv-10383-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (221 in 1:03-cv-02507-TPG) Amended Notice of Appeal, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (59 in 1:07-cv-02693-TPG) Amended Notice of Appeal, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (55 in 1:05-cv-10382-TPG) Amended Notice of Appeal filed by The Republic of Argentina, (36 in 1:07-cv-10656-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (106 in 1:08-cv-06978-TPG) Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, (31 in 1:04-cv-03313-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (33 in 1:07-cv-11497-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (21 in 1:07-cv-11495-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (129 in 1:07-cv-11327-TPG) Amended Notice of Appeal filed by The Republic of Argentina, (45 in 1:07-cv-06563-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (33 in 1:05-cv-10636-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (195 in 1:03-cv-02507-TPG) Notice of Appeal,, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (99 in 1:07-cv-06563-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (25 in 1:05-cv-04299-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (31 in 1:05-cv-06002-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (47 in 1:02-cv-03808-TPG) Notice of Appeal filed by Argentina Republic, (46 in 1:03-cv-08120-TPG) Notice of Appeal filed by The Republic of Argentina, (154 in 1:03-cv-08845-TPG) Amended Notice of Appeal, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (34 in 1:05-cv-10380-TPG) Notice of Appeal, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A, (26 in 1:08-cv-06625-TPG) Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, (58 in 1:05-cv-10383-TPG) Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, (80 in 1:06-cv-00207-TPG) Amended Notice of Appeal filed by Republic of Argentina, (27 in 1:05-cv-08687-TPG) Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, (29 in 1:08-cv-00440-TPG) Amended Notice of Appeal filed by Administracion Nacional de Seguridad Social, (102 in 1:05-cv-04085-TPG) Notice of Appeal filed by Republic of Argentina, (71 in 1:08-cv-06978-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (168 in 1:03-cv-08845-TPG) Amended Notice of Appeal filed by The Republic of Argentina, (48 in 1:08-cv-03302-TPG) Notice of Appeal filed |

by Administracion Nacional de Seguridad Social, (23 in 1:07-cv-05807-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (65 in 1:06-cv-06466-TPG) Notice of Appeal, filed by Union of Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., (19 in 1:07-cv-11495-TPG) Notice of Appeal filed by Administracion Nacional de S

| | | |
|---|---|---|
| 12/07/2009 | 42 | TRUE COPY ORDER of USCA as to Notice of Appeal,, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A.; Notice of Appeal filed by Administracion Nacional de Seguridad Social USCA Case Number 08-5621-cv(L). The Court's December 2, 2009 order granting the Aurelius parties' motion to stay the mandate in order to petition the Supreme Court to grant a writ of certiorari is hereby vacated. The Aurelius parties' motion to stay the mandate in order to petition the Supreme Court to grant a writ of certiorari is construed as a motion to recall the mandate and to stay the mandate. So construed, it is granted and the mandate is recalled and stayed for twenty-one (21) days from the date of this order. The stay of the mandate will be terminated automatically twenty-one (21) days from the date of this order. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 12/4/2009. [ORIGINAL ENTERED IN CASE : 07cv2715, DOC # 265]. (nd) (Entered: 12/07/2009) |
| 01/19/2010 | 43 | Writ of Execution Issued as to The Republic of Argentina on 1/19/10 # 08,1917 in the amount of $ 12,448,550.98. (Signed by Judge Judge Thomas P. Griesa on 1/15/10) (dt) (Entered: 01/19/2010) |
| 01/19/2010 | 44 | OMNIBUS ORDER: that the Milberg Plaintiffs' attorneys and their respective employees are hereby specially appointed pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4.1, in addition to the U.S. Marshals Service for the Southern District of New York (the "U.S. Marshal"), to serve on any garnishee located within the jurisdiction of this Court, an Attachment Order issued on this date pursuant to Fed. R. Civ. P. 64 &amp; 69, §§ 6201,6202 &amp; 6211 of the New York Civil Practice Law and Rules ("CPLR"), and the Foreign Sovereign Immunities Act, 28 U.S.c. §§ 1601 et seq., thereby levying upon each such garnishee pursuant to CPLR § 6214(a) so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of Argentina while Plaintiffs' application is pending and as further set forth in this Order. FURTHER ORDERED that no Property shall be taken into actual custody by any enforcement officer pursuant to the Attachment Order pending further order of this Court; FURTHER ORDERED that pursuant to CPLR § 6214(e), the levy effected pursuant to service of the Attachment Order on each garnishee is extended until 30 days following final resolution of Plaintiffs' application, including any related appeals, proceedings on remand, and any subsequent appeals. (Signed by Judge Thomas P. Griesa on 1/19/2010) (tve) Modified on 1/26/2010 (tve). (Entered: 01/26/2010) |
| 01/26/2010 | 45 | MANDATE of USCA WITHDRAWING APPEAL (Certified Copy) as to 8 Notice of Appeal filed by The Republic of Argentina USCA Case Number 08-2914-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Captial Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the |

MILBERG_000000125

Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 1/25/2010. (nd) (Entered: 01/27/2010)

02/08/2010    46    REFILED ORDER: It is hereby ordered that the Milberg Plaintiffs' attorneys and their respective employees are hereby specially appointed pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4.1, in addition to the U.S. Marshals Service for the Southern District of New York (the "U.S. Marshal"), to serve on any garnishee located within the jurisdiction of this Court, an Attachment Order issued on this date pursuant to Fed. R. Civ. P. 64 &amp; 69, §§ 6201, 6202 &amp; 6211 of the New York Civil Practice Law and Rules ("CPLR"), and the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1601 et seq., thereby levying upon each such garnishee pursuant to CPLR § 6214(a) so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of Argentina while Plaintiffs' application is pending; FURTHER ORDERED that the Attachment Order shall specify in accordance with CPLR § 6202 that it applies to any property in the United States (whether real or personal, tangible or intangible presently existing or hereafter arising), which could be assigned or transferred as provided in N.Y. C.P.L.R. § 520 I, including but not limited to cash, gold, special drawing rights, deposits, real property, instruments, securities, security entitlements, security accounts, equity interests, claims and contractual rights, and interests of any kind in the foregoing (collectively, the "Property"), directly or indirectly held or maintained in the name of, in a trust held by, or for the use or benefit of Banco Central de la Republica Argentina ("BCRA"), whether for its own account or for the benefit of Defendant the Republic of Argentina ("Argentina"), EXCLUDING: (a) property belonging to the embassy, consulate, or permanent mission to the United Nations of Argentina; and (b) any property that is, or is intended to be, used in connection with a military activity, and is of a military character or is under the control of a military or defense agency. FURTHER ORDERED that no Property shall be taken into actual custody by any enforcement officer pursuant to the Attachment Order pending further order of this Court; FURTHER ORDERED that pursuant to CPLR § 6214(e), the levy effected pursuant to service of the Attachment Order on each garnishee is extended until 30 days following final resolution of Plaintiffs' application, including any related appeals. proceedings on remand, and any subsequent appeals; FURTHER ORDERED that pursuant to Fed. R. Civ. P. 64 &amp; 69, CPLR § 5230, and 28 U.S.c. § 161O(c), the Milberg Plaintiffs' attorneys and their respective employees are authorized to deliver to the U.S. Marshal writs of execution or orders of attachment directed to the Property, which are to be levied by service immediately pursuant to CPLR § 5232 upon any located garnishee within the jurisdiction of this Court, so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of Argentina while Plaintiffs' application is pending; FURTHER ORDERED that the U.S. Marshal is directed to defer seizure of any Property from any garnishee located within the jurisdiction of this Court pending further order of this Court; FURTHER ORDERED that pursuant to CPLR *5232(a), the levies effected pursuant to service of the writs of execution on any garnishee located within the jurisdiction of this Court are extended until 30 days following final resolution of Plaintiffs' application, including any related appeals, proceedings on remand, and any subsequent appeals; FURTHER ORDERED that pursuant to CPLR § 5230(c), the time for the U.S. Marshal to serve the writs of execution and to return said executions to the Clerk of the Court is extended an additional 60 days; FURTHER ORDERED that the Milberg Plaintiffs' attorneys and their respective employees shall effect personal service of this Omnibus

order upon counsel for Argentina -Cleary, Gottlieb Stern &amp; Hamilton One Liberty Plaza, New York, New York 10006, attention Carmine Boccuzzi, Esq., and BCRA -- S

| | | |
|---|---|---|
| 02/09/2010 | 47 | RESTRAINING ORDER, that Plaintiffs' motion for a restraining order is granted in its entirety and that the amount to be secured by this Restraining Order shall be the sum of $325,103,968.09 and 1,077,041.58 comprised of the amount of the Milberg Plaintiffs' final judgments plus accrued post-judgment interest. IT IS FURTHER ORDERED that you, your agents, subdivisions, servants, officers, employees, and all persons in possession of property in which Argentina or BCRA have an interest, and all persons acting in concert or participation with the foregoing, and all persons receiving actual notice of this Restraining Order by personal service or otherwise, are hereby ENJOINED AND RESTRAINED until further Order from this Court from directly or indirectly transferring, or ordering, directing, or requesting the transfer of any property on deposit with them or held under their control, such as will satisfy the above- mentioned sum of $325,103,968.09 and 1,077,041.58. Additional terms and conditions are as set forth in this Order. (Signed by Judge Thomas P. Griesa on 1/15/10) (pl) (Entered: 02/11/2010) |
| 03/03/2010 | 48 | MANDATE of USCA (Certified Copy) as to (29 in 1:05-cv-10383-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (107 in 1:05-cv-02434-TPG) Notice of Appeal filed by The Republic of Argentina, (41 in 1:07-cv-05593-TPG) Notice of Appeal, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (36 in 1:07-cv-10656-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (34 in 1:05-cv-10383-TPG) Notice of Appeal, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A, (38 in 1:07-cv-06563-TPG) Notice of Appeal,, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, (31 in 1:04-cv-03313-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (145 in 1:03-cv-08845-TPG) Notice of Appeal, filed by The Republic of Argentina, (51 in 1:05-cv-02690-TPG) Notice of Appeal, filed by The Republic of Argentina, (20 in 1:07-cv-00098-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (125 in 1:05-cv-02434-TPG) Amended Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (195 in 1:03-cv-02507-TPG) Notice of Appeal,, filed by Arauca Bit AFJP S.A., Futura AFJP S.A., Unidos S.A. AFJP, Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Consolidar AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., (129 in 1:03-cv-08845-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (25 in 1:05-cv-04299-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (55 in 1:08-cv-02541-TPG) Notice of Appeal, filed by The Republic of Argentina, (67 in 1:02-cv-03804-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (47 in 1:02-cv-03808-TPG) Notice of Appeal filed by Argentina Republic, (23 in 1:05-cv-10636-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (41 in 1:07-cv-02693-TPG) Notice of Appeal filed by The Republic of Argentina, (46 in 1:03-cv-08120-TPG) Notice of Appeal filed by The Republic of Argentina, (34 in 1:05-cv-10380-TPG) Notice of Appeal, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A, (39 in 1:05-cv-02521-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (57 in 1:07-cv-02715-TPG) Notice of Appeal filed by The Republic of Argentina, (56 in 1:07-cv-02715-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (102 in 1:05-cv-04085-TPG) Notice of Appeal filed by Republic of Argentina, (27 in 1:05-cv-06002-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (72 in 1:06-cv-06466-TPG) Notice of Appeal, filed by The Republic of Argentina, (19 |

MILBERG_000000127

in 1:06-cv-06221-TPG) Notice of Appeal, filed by The Republic of Argentina, (33 in 1:05-cv-03089-TPG) Notice of Appeal, filed by Administracion Nacional de Seguridad Social, (133 in 1:03-cv-08845-TPG) Notice of Appeal,, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A, (48 in 1:08-cv-03302-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad Social, (65 in 1:06-cv-06466-TPG) Notice of Appeal, filed by Union de Administradoras de Fondos De Jubilaciones Y Pensiones, Arauca Bit AFJP S.A.Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., (19 in 1:07-cv-11495-TPG) Notice of Appeal filed by Administracion Nacional de Seguridad S

| | | |
|---|---|---|
| 03/15/2010 | 49 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/15/2010) |
| 03/26/2010 | 50 | JOINDER to join The Republic of Argentina's Joinder in Banco Central de la Republica Argentina's March 26, 2010 Submissions and Memorandum of Law in Further Opposition to Plaintiffs' Motion to Confirm Ex Parte Attachment Orders, dated March 26, 2010. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 03/26/2010) |
| 03/29/2010 | 51 | RESPONSE to Plaintiffs' New Alter Ego Allegations. Document filed by Banco Central de la Republica Argentina. (Neuhaus, Joseph) (Entered: 03/29/2010) |
| 03/29/2010 | 52 | FILING ERROR - WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY (Exhibit) - MOTION to Vacate and Quash Ex Parte Orders. Document filed by Banco Central de la Republica Argentina. (Attachments: # 1 Online, # 2 Online (Entered: 03/29/2010) |
| 03/29/2010 | 53 | SEALED DOCUMENT placed in vault.(dn) (Entered: 03/29/2010) |
| 03/29/2010 | 54 | JOINDER to join /The Republic of Argentina's Joinder in Banco Central de la Republica Argentina's Response to Plaintiffs' New Alter Ego Allegations, dated March 26, 2010. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 03/29/2010) |
| 03/29/2010 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - PDF ERROR. Note to Attorney Joseph Neuhaus to RE-FILE Document 52 MOTION to Vacate and Quash Ex Parte Orders. (jar) (Entered: 03/30/2010) |
| 03/31/2010 | 55 | MOTION to Vacate 47 Order,,,, 43 Writ of Execution Issued, 44 Order,,,,, 46 Order,,,,,,,,,,,,,,,, MOTION to Quash Cross-Motion to Vacate and Quash All Ex Parte Orders. Document filed by Banco Central de la Republica Argentina. (Attachments: # 1 Online, # 2 Online (Entered: 03/31/2010) |
| 04/08/2010 | 56 | ORDER, The 2/11 Ex Parte Order is hereby vacated in all respects and replaced by this Order. The 1/10 Ex Parte Orders are hereby vacated as to contract carriers that transport or deliver paper and coin currency from the FRBNY to BCRA, including without limitation the contract-carrier arm of Brinks, with respect to the physical transportation of paper and coin currency from the FRBNY to BCRA in Argentina. In all other respects, the 1/10 Ex Part Orders remain in effect as of the date they were served, pending further order of the Court. The 2/11 Ex Parte Motion and all supporting papers, all papers in opposition to the 2/11 Ex Parte Motion, and all related motions to confirm or vacate the relief granted herein, shall be treated by all parties as "Highly Confidential Information" and filed under seal in accordance with the provisions of the Stipulated Protective Order dated 9/10/08 attached hereto as Annex A.....Nothing herein shall constitute an express or implied waiver of sovereign immunity, nor consent by any party to personal or subject matter jurisdiction. (Signed by Judge Thomas P. Griesa on 3/8/20) (cd) (Entered: 04/09/2010) |
| 04/30/2010 | 57 | ORDER AUTHORIZING TENDER OF BENEFICIAL INTERESTS FOR PURPOSES OF PARTICIPATION IN THE 2010 EXCHANGE OFFER that 1) Any plaintiff in the above-listed cases who holds a judgment and wishes to participate in the 2010 Exchange Offer may tender the beneficial interests in the Eligible Securities underlying such judgment in accordance with the terms of the 2010 Exchange Offer, and 2) The Clerk of the Court is directed to cause this Order to be |

MILBERG_000000128

entered into all cases listed in this Order, including both ECF and non-ECF cases. So Ordered. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010)

| 05/07/2010 | 58 | JOINDER to join Milberg Plaintiffs' Memorandum of Law In Opposition to The Republic of Argentina's Motion to Vacate and Quash Ex Parte Orders and Joinder in The EM and NML Plaintiffs' and The Aurelius Plaintiffs' May 7, 2010 Submissions. Document filed by U.V.A. Vaduz, Klaus Bohrer.(Spencer, Michael) (Entered: 05/07/2010) |
|---|---|---|
| 05/21/2010 | 59 | REPLY MEMORANDUM OF LAW in Support re: 52 MOTION to Vacate and Quash Ex Parte Orders.. Document filed by Banco Central de la Republica Argentina. (Neuhaus, Joseph) (Entered: 05/21/2010) |
| 05/21/2010 | 60 | REPLY MEMORANDUM OF LAW in Support re: 52 MOTION to Vacate and Quash Ex Parte Orders.. Document filed by The Republic of Argentina. (Blackman, Jonathan) (Entered: 05/21/2010) |
| 06/11/2010 | 61 | OPINION: For the reasons stated in this Opinion, Plaintiffs' motions to confirm the various orders are denied. Defendants' cross-motion to vacate is granted. (Signed by Judge Thomas P. Griesa on 6/11/2010) (jpo) (jpo). (Entered: 06/14/2010) |
| 10/19/2010 | 62 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen &amp; Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) (jpo) (Entered: 10/21/2010) |
| 05/04/2012 | 63 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Writ of Attachment served on Standard New York Sec., Inc. on 2/16/2010. Service was accepted by Ms. A. Flores. Document filed by U.V.A. Vaduz. I hereby certify and return that I have received no funds or property belonging to the judgment debtor. Judgment unsatisfied. dated 4/24/2012. Joseph R. Guccione US Marshal SDNY. By: Amaury Pena. (rjm) (Entered: 05/07/2012) |
| 05/04/2012 | 65 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Writ Of Execution served on Standard New York, Inc. on 2/16/2010. Service was accepted by Ms. A. Flores (Clerk). Document filed by Klaus Bohrer, U.V.A. Vaduz. (pl) (Entered: 05/25/2012) |
| 05/04/2012 | 67 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Writ of execution served on Standard Americas Inc. on 2/16/2010. Service was accepted by Ms. A. Flores (Clerk). Document filed by U.V.A. Vaduz. (I hereby certify and return that I have received no funds or property belonging to the judgment debtor)(js) (Entered: 06/22/2012) |
| 05/14/2012 | 64 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Writ of Execution served on Citibank, N.A. on 2/8/2010. Service was accepted by Ms. Ng (Legal). Document filed by U.V.A. Vaduz. I hereby certify and return that I have received no funds or property belonging to the judgment debtor. Judgment unsatisfied. Dated April 24, 2012. Joseph R. Guccione US Marshal SDNY By: Amaury Pena. (rjm) (Entered: 05/17/2012) |
| 05/14/2012 | 66 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Writ of execution served on The Republic of Arfwntina on 2/9/2010. Service was accepted by Mr. Richard Conza (legal). Document filed by U.V.A. Vaduz. (jmi) (Entered: 06/18/2012) |

MILBERG_000000129

| | | |
|---|---|---|
| 07/30/2012 | 68 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED WEX served on Banco de la Nacion on 4/19/2010. Service was accepted by Mr. Barrientos - Legal. Document filed by U.V.A. Vaduz. (ft) (Entered: 08/01/2012) |
| 06/11/2013 | 69 | NOTICE OF CHANGE OF ADDRESS by Gary Steven Snitow on behalf of Klaus Bohrer, U.V.A. Vaduz. New Address: Snitow, Kanfer &amp; Holtzer, 575 Lexington Avenue, 14th Floor, New York, NY, USA 10022, 212-317-8500. (Snitow, Gary) (Entered: 06/11/2013) |
| 11/14/2016 | 70 | NOTICE OF APPEARANCE by Anthony Joseph Del Giudice on behalf of Klaus Bohrer, U.V.A. Vaduz. (Del Giudice, Anthony) (Entered: 11/14/2016) |
| 12/02/2016 | 71 | NOTICE OF CHANGE OF ADDRESS by Anthony Joseph Del Giudice on behalf of Klaus Bohrer, U.V.A. Vaduz. New Address: Wilk Auslander LLP, 1515 Broadway, New York, New York, USA 10036, 212-981-2300. (Del Giudice, Anthony) (Entered: 12/02/2016) |
| 03/29/2017 | 72 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... So ordered. (Signed by Judge Thomas P. Griesa on 3/29/2017) (rjm) Modified on 3/29/2017 (rjm). (Entered: 03/29/2017) |
| 03/31/2017 | | CERTIFICATION OF JUDGMENT issued on March 31, 2017, in favor of U.V.A. Vaduz against The Republic of Argentina in the amount of $8,749,398.32; and in favor of Klaus Bohrer against The Republic of Argentina in the amount of $3,699,152.66. (km) (Entered: 03/31/2017) |
| 04/12/2017 | | CLERK'S CERTIFICATION FO A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT: in favor of U.V.A. Vaduz against The Republic of Argentina in the amount of $8,749,398.32; and in favor of Klaus Bohrer against The Republic of Argentina in the amount of $3,699,152.66, issued on April 12, 2017. (dt) (Entered: 04/13/2017) |
| 04/21/2017 | 73 | NOTICE OF APPEARANCE by Charles C. Platt on behalf of EUROCLEAR BANK SA/NV. (Platt, Charles) (Entered: 04/21/2017) |
| 04/21/2017 | 74 | NOTICE OF APPEARANCE by Andrew Nathan Goldman on behalf of EUROCLEAR BANK SA/NV. (Goldman, Andrew) (Entered: 04/21/2017) |
| 04/21/2017 | 75 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Thomas P. Griesa from Andrew Goldman dated April 21, 2017. Document filed by EUROCLEAR BANK SA/NV.(Goldman, Andrew) (Entered: 04/21/2017) |
| 04/21/2017 | 76 | CERTIFICATE OF SERVICE of Letter Motion served on Wilk Auslander LLP, counsel for the Plaintiffs/Judgment Creditors on April 21, 2017. Service was made by Electronic Mail. Document filed by EUROCLEAR BANK SA/NV. (Goldman, Andrew) (Entered: 04/21/2017) |
| 04/24/2017 | 77 | ORDER: with respect to 74 Letter Motion for Local Rule 37.2 Conference. The court has appointed Special Master Daniel A. Pollack to conduct and preside over settlement negotiations between and among the parties to this litigation. NML Capital, Ltd. v. Republic of Argentina, 08-cv-6978, ECF No. 705. Non-party Euroclear Bank SA/ NV ("Euroclear") has now requested a conference in connection with an anticipated motion to quash subpoenas, which were served on Euroclear by plaintiffs. The Court has said, on numerous occasions, that these cases must be settled. The Court directs the parties, as well as Euroclear, to appear before the Special Master in an effort to settle the litigation and to resolve the anticipated motion to quash. If the Special Master is not able to bring about a settlement of the litigation or an agreement on the application to quash, the Special Master shall report the status of the dispute to the Court, in whatever manner he deems appropriate in his sole discretion. (Signed by Judge Thomas P. Griesa on 4/24/2017) (ap) (Entered: 04/24/2017) |
| 05/30/2017 | 78 | AMENDED STIPULATION AND ORDER GOVERNING HIGHLY CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 5/30/2017) (mro) (Entered: 05/31/2017) |

MILBERG_000000130

07/07/2017        NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Thomas P.
                  Griesa is no longer assigned to the case. (ma) (Entered: 07/07/2017)

## Judgments

| Date | In Favor Of | Against | Amount | Interest | Court Cost | Status | Status Date |
|------|-------------|---------|--------|----------|-----------|--------|-------------|
| 10/21/2008 | Klaus Bohrer | The Republic of Argentina | $12448550.98 | 0.00% | $ 0.00 | No Payment | 10/21/2008 |
| *Description:* | $12448550.98 08,1917 | | | | | | |
| 10/21/2008 | U.V.A. Vaduz | The Republic of Argentina | $12448550.98 | 0.00% | $ 0.00 | No Payment | 10/21/2008 |
| *Description:* | $12448550.98 08,1917 | | | | | | |

Copyright © 2017 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

MILBERG_000000131

# US District Court Civil Docket

## U.S. District – New York Southern
## (Foley Square)

## 1:09cv7059

## Schmidt et al v. The Republic of Argentina

This case was retrieved from the court on Wednesday, July 19, 2017

| Date | # | Proceeding Text | Source |
|------|---|-----------------|--------|
| 08/10/2009 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 350.00, Receipt Number 696920)Document filed by Ute Kantner, U.V.A. Vaduz, Michael Schmidt, Klaus Bohrer. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online, # 6 Online, # 7 Online, # 8 Online, # 9 Online (Entered: 08/12/2009) | |
| 08/10/2009 | | SUMMONS ISSUED as to The Republic of Argentina. (laq) (Entered: 08/12/2009) | |
| 08/10/2009 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 1:02-cv-4124. (laq) (Entered: 08/12/2009) | |
| 08/10/2009 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Ute Kantner, U.V.A. Vaduz, Michael Schmidt, Klaus Bohrer.(laq) (Entered: 08/12/2009) | |
| 08/17/2009 | | CASE ACCEPTED AS RELATED. Create association to 1:02-cv-04124-TPG. Notice of Assignment to follow. (ldi) (Entered: 08/17/2009) | |
| 08/17/2009 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned is no longer assigned to the case. (ldi) (Entered: 08/17/2009) | |
| 08/17/2009 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (ldi) (Entered: 08/17/2009) | |
| 08/18/2009 | 4 | SUMMONS RETURNED EXECUTED. The Republic of Argentina served on 8/13/2009, answer due 9/2/2009. Service was accepted by Evelyn Rentas, Executive Secretary. Document filed by Ute Kantner; U.V.A. Vaduz; Michael Schmidt; Klaus Bohrer. (Spencer, Michael) (Entered: 08/18/2009) | |

MILBERG_000000132

| 09/17/2009 | 5 | AMENDED COMPLAINT amending 1 Complaint, against The Republic of Argentina.Document filed by Ute Kantner, U.V.A. Vaduz, Michael Schmidt, Klaus Bohrer. Related document: 1 Complaint, filed by Ute Kantner, U.V.A. Vaduz, Klaus Bohrer, Michael Schmidt.(mro) (Entered: 09/18/2009) |
|---|---|---|
| 09/17/2009 | | SUMMONS ISSUED as to The Republic of Argentina. (mro) (Entered: 09/18/2009) |
| 10/09/2009 | 6 | MOTION to Dismiss. Document filed by The Republic of Argentina.(mbe) (Entered: 10/13/2009) |
| 10/09/2009 | 7 | MEMORANDUM OF LAW in Support re: 6 MOTION to Dismiss. Document filed by The Republic of Argentina. (mbe) (Entered: 10/13/2009) |
| 10/23/2009 | 8 | STIPULATION AND ORDER: The Complaint is superseded by the Amended Complaint and the Motion to Dismiss the Complaint is denied as moot. The Republic shall answer, move to dismiss or otherwise respond to the Amended Complaint on or before 60 days after the completion of service of the Amended Complaint upon the Republic. Motions terminated: 6 MOTION to Dismiss filed by The Republic of Argentina. (Signed by Judge Thomas P. Griesa on 10/22/09) (tro) (Entered: 10/23/2009) |
| 11/12/2009 | 9 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. The Republic of Argentina served on 10/14/2009, answer due 11/3/2009. Service was accepted by Berit Franke, employee, FIDEUROP. Document filed by Ute Kantner; U.V.A. Vaduz; Michael Schmidt; Klaus Bohrer. (Spencer, Michael) (Entered: 11/12/2009) |
| 03/29/2010 | 10 | RESPONSE to Plaintiffs' New Alter Ego Allegations. Document filed by Banco Central de la Republica Argentina. Filed In Associated Cases: 1:09-cv-08275-TPG, 1:09-cv-07059-TPG, 1:09-cv-08299-TPG(Neuhaus, Joseph) (Entered: 03/29/2010) |
| 04/26/2010 | 11 | ANSWER to Amended Complaint. Document filed by The Republic of Argentina. (Received in the night deposit on 4/26/10 at 6:43pm)(mro) (Entered: 04/27/2010) |
| 04/27/2010 | 12 | AMENDED ANSWER to 5 Amended Complaint. Document filed by The Republic of Argentina. (mro) (Entered: 04/28/2010) |
| 05/12/2010 | 13 | SUMMONS RETURNED EXECUTED. The Republic of Argentina served on 2/24/2010, answer due 4/26/2010. Service was accepted by National District Court at Federal Administrative Court No. 12, Clerk's Office No. 23. Document filed by Ute Kantner; U.V.A. Vaduz; Michael Schmidt; Klaus Bohrer. (Attachments: # 1 Online (Entered: 05/12/2010) |
| 10/19/2010 | 14 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen &amp; Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) Filed In Associated Cases: 1:02-cv-04124-TPG, 1:09-cv-07059-TPG, 1:09-cv-08275-TPG, 1:09-cv-08299-TPG(jpo) (Entered: 10/20/2010) |
| 10/26/2010 | | Case Designated ECF. (js) (Entered: 10/27/2010) |
| 10/26/2010 | 15 | ENDORSED LETTER: addressed to Judge Thomas P. Griesa from Michael C. Spencer dated 10/21/2010 re: Counsel for plaintiff requests that, for the convenience of the Court and the parties, Your Honor instruct the Clerk of the |

MILBERG_000000133

|  |  | Court to designate the twenty-one non-ECF actions listed on the enclosed Exhibit A as ECF cases. ENDORSEMENT: Approved. So Ordered. (Signed by Judge Thomas P. Griesa on 10/26/2010) (js) (Entered: 10/27/2010) |
|---|---|---|
| 02/09/2011 | 16 | MOTION for Summary Judgment. Document filed by Klaus Bohrer, Ute Kantner, Michael Schmidt, U.V.A. Vaduz. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online, # 6 Online, # 7 Online, # 8 Online, # 9 Online, # 10 Online, # 11 Online, # 12 Online, # 13 Online, # 14 Online, # 15 Online, # 16 Online, # 17 Online, # 18 Online, # 19 Online (Entered: 02/09/2011) |
| 02/09/2011 | 17 | DECLARATION of Max Bohrer in Support re: 16 MOTION for Summary Judgment.. Document filed by Klaus Bohrer, Ute Kantner, Michael Schmidt, U.V.A. Vaduz. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online (Entered: 02/09/2011) |
| 02/09/2011 | 18 | DECLARATION of Ute Kantner in Support re: 16 MOTION for Summary Judgment.. Document filed by Klaus Bohrer, Ute Kantner, Michael Schmidt, U.V.A. Vaduz. (Spencer, Michael) (Entered: 02/09/2011) |
| 02/09/2011 | 19 | DECLARATION of Michael Schmidt in Support re: 16 MOTION for Summary Judgment.. Document filed by Klaus Bohrer, Ute Kantner, Michael Schmidt, U.V.A. Vaduz. (Spencer, Michael) (Entered: 02/09/2011) |
| 02/09/2011 | 20 | DECLARATION of Klaus Bohrer in Support re: 16 MOTION for Summary Judgment.. Document filed by Klaus Bohrer, Ute Kantner, Michael Schmidt, U.V.A. Vaduz. (Spencer, Michael) (Entered: 02/09/2011) |
| 02/09/2011 | 21 | MEMORANDUM OF LAW in Support re: 16 MOTION for Summary Judgment.. Document filed by Klaus Bohrer, Ute Kantner, Michael Schmidt, U.V.A. Vaduz. (Spencer, Michael) (Entered: 02/09/2011) |
| 02/09/2011 | 22 | RULE 56.1 STATEMENT. Document filed by Klaus Bohrer, Ute Kantner, Michael Schmidt, U.V.A. Vaduz. (Spencer, Michael) (Entered: 02/09/2011) |
| 09/07/2011 | 23 | OPINION. #100754 The motions for leave to amend and for summary judgment are granted. Judgment will be entered for the principal amount of the bonds issued under the : (i) the Subscription Agreement dated as of February 5, 1996 (the "February Subscription Agreement"); (ii) the Subscription Agreement dated September 18, 1996 (the "September Subscription Agreement"); (iii) the Subscription Agreement dated June 12, 1996 (the "June Subscription Agreement"); (iv) the Subscription Agreement dated November 17, 1998 (the "1998 Subscription Agreement); (v) the Bond Purchase Agreement dated March 6, 1997 (the "1997 Bond Purchase Agreement"); (vi) the Subscription Agreement dated November 5, 1999 (the "1999 Subscription Agreement");(vii) the Offering Circular dated June 20, 2000 and amended on October 6, 2000 (the "Offering Circular"); (viii) the Information Memorandum dated November 14, 1995 (the "November Memorandum") and (ix) the Supplemental Information Memorandum, dated December 12, 1995 (the "December Memorandum") (collectively, "Bond Agreements"), plus accrued interest. Settle judgment. Re: 16 MOTION for Summary Judgment filed by Ute Kantner, U.V.A. Vaduz, Klaus Bohrer, Michael Schmidt. (Signed by Judge Thomas P. Griesa on 9/7/11) (rjm) Modified on 9/9/2011 (ajc). (Entered: 09/07/2011) |
| 09/07/2011 | 24 | JUDGMENT #11,1710 that 1. With respect to Michael Schmidts (Schmidt) bond, in the principal amount of DM 20,000.00 (10.25% Subscription Agreement Bond due February 6, 2003, ISIN DE0001308609), Schmidt shall recover from the Republic DM 33,501.53 which is comprised of:(i) DM 20,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 13,501.53 (representing the unpaid interest on the principal of the bond, calculated at the contractrate of 10.25%); 2. With respect to Klaus Bohrers (Bohrer) bond, in the principal amount of DM 2,000,000.00 (12% Subscription Agreement Bond due September 19, 2016, ISIN DE0001340917), Bohrer shall recover from the Republic DM 3,672,000.00 which is comprised of: (i) DM 2,000,000.00 (representing the unpaid value of the principal on the bond) and |

MILBERG_000000134

(ii) DM 1,672,000.00 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 12%); 3. With respect to Uta Kantners (Kantner) bond, in the principal amount of DM 100,000.00 (11.75% Subscription Agreement Bond due May 20, 2011, ISIN DE0001325017),Kantner shall recover from the Republic DM 173,992.36 which is comprised of: (i) DM 100,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 73,992.36(representing the unpaid interest on the principal of the bond, calculated at the contract rate of11.75%); 4. With respect to U.V.A VADUZ s (UVA) bonds:(a) With respect to the bond in the principal amount of DM 3,000,000.00 (9% Subscription Agreement due September 19, 2003, ISIN DE0001340909), UVA shall recover from the Republic DM 4,881,000.00 which is comprised of: (i) DM 3,000,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 1,881,000.0 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 9%).(b) With respect to the bond in the principal amount of DM 5,000,000.00 (9% Subscription Agreement due November 19, 2008, ISIN DE0001767101), UVA shall recover from the Republic DM 8,060,000.00 which is comprised of: (i) DM 5,000,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 3,060,000.03 (representing the unpaid interest on the principal of the bond, calculated at the contractrate of 9%).(c) With respect to the bond in the principal amount of DM 4,250,000.00 (7% Subscription Agreement due March 18, 2004, ISIN DE0001904308), UVA shall recover from the Republic DM 6,174,659.72 which is comprised of: (i) DM 4,250,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 1,924,659.72 (representing the unpaid interest on the principal of the bond, calculated at the contractrate of 7%);(d) With respect to the bond in the principal amount of 250,000.00 (9.25% Subscription Agreement due October 21, 2002, ISIN DE0003527966), UVA shall recover from the Republic 409,048.61 which is comprised of: (i) 250,000.00(representing the unpaid value of the principal on the bond) and (ii) 159,048.61 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 9.25%).(e) With respect to the bond in the principal amount of 250,000.00 (9% Offering Circular due June 20, 2003, ISIN DE0002466208), UVA shall recover from theRepublic 389,812.50 which is comprised of: (i) 250,000.00 (representing the unpaid value of the principal on the bond) and (ii) 139,812.50 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 9%).(f) With respect to the bond in the principal amount of DM 500,000.00 (10.50% Information Memorandum due November 14, 2002, ISIN DE0001300200), UVA shall recover from the Republic DM 857,729.17 which is comprised of: (i) DM 500,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 357,729.17 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 10.50%). It is further ORDERED that, until further notice from the Court, plaint

| | | |
|---|---|---|
| 06/11/2013 | 25 | NOTICE OF CHANGE OF ADDRESS by Gary Steven Snitow on behalf of Klaus Bohrer, Ute Kantner, Michael Schmidt, U.V.A. Vaduz. New Address: Snitow, Kanfer &amp; Holtzer, 575 Lexington Avenue, 14th Floor, New York, NY, USA 10022, 212-317-8500. (Snitow, Gary) (Entered: 06/11/2013) |
| 11/14/2016 | 26 | NOTICE OF APPEARANCE by Anthony Joseph Del Giudice on behalf of Klaus Bohrer, Ute Kantner, U.V.A. Vaduz. (Del Giudice, Anthony) (Entered: 11/14/2016) |
| 12/02/2016 | 27 | NOTICE OF CHANGE OF ADDRESS by Anthony Joseph Del Giudice on behalf of Klaus Bohrer, Ute Kantner, U.V.A. Vaduz. New Address: Wilk Auslander LLP, 1515 Broadway, New York, New York, USA 10036, 212-981-2300. (Del Giudice, Anthony) (Entered: 12/02/2016) |
| 03/29/2017 | 28 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... So ordered. (Signed by Judge Thomas P. Griesa on 3/29/2017) (rjm) Modified on 3/29/2017 (rjm). (Entered: 03/29/2017) |

MILBERG_000000135

03/31/2017    CERTIFICATION OF JUDGMENT issued on March 31, 2017, With respect to Michael Schmidts (Schmidt) bond, in the principal amount of DM 20,000.00 (10.25% Subscription Agreement Bond due February 6, 2003, ISIN DE0001308609), Schmidt shall recover from the Republic DM 33,501.53 which is comprised of:(i) DM 20,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 13,501.53 (representing the unpaid interest on the principal of the bond, calculated at the contractrate of 10.25%); 2. With respect to Klaus Bohrers (Bohrer) bond, in the principal amount of DM 2,000,000.00 (12% Subscription Agreement Bond due September 19, 2016, ISIN DE0001340917), Bohrer shall recover from the Republic DM 3,672,000.00 which is comprised of: (i) DM 2,000,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 1,672,000.00 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 12%); 3. With respect to Uta Kantners (Kantner) bond, in the principal amount of DM 100,000.00 (11.75% Subscription Agreement Bond due May 20, 2011, ISIN DE0001325017),Kantner shall recover from the Republic DM 173,992.36 which is comprised of: (i) DM 100,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 73,992.36(representing the unpaid interest on the principal of the bond, calculated at the contract rate of11.75%); 4. With respect to U.V.A VADUZ s (UVA) bonds:(a) With respect to the bond in the principal amount of DM 3,000,000.00 (9% Subscription Agreement due September 19, 2003, ISIN DE0001340909), UVA shall recover from the Republic DM 4,881,000.00 which is comprised of: (i) DM 3,000,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 1,881,000.0 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 9%).(b) With respect to the bond in the principal amount of DM 5,000,000.00 (9% Subscription Agreement due November 19, 2008, ISIN DE0001767101), UVA shall recover from the Republic DM 8,060,000.00 which is comprised of: (i) DM 5,000,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 3,060,000.03 (representing the unpaid interest on the principal of the bond, calculated at the contractrate of 9%).(c) With respect to the bond in the principal amount of DM 4,250,000.00 (7% Subscription Agreement due March 18, 2004, ISIN DE0001904308), UVA shall recover from the Republic DM 6,174,659.72 which is comprised of: (i) DM 4,250,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 1,924,659.72 (representing the unpaid interest on the principal of the bond, calculated at the contractrate of 7%);(d) With respect to the bond in the principal amount of 250,000.00 (9.25% Subscription Agreement due October 21, 2002, ISIN DE0003527966), UVA shall recover from the Republic 409,048.61 which is comprised of: (i) 250,000.00(representing the unpaid value of the principal on the bond) and (ii) 159,048.61 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 9.25%).(e) With respect to the bond in the principal amount of 250,000.00 (9% Offering Circular due June 20, 2003, ISIN DE0002466208), UVA shall recover from theRepublic 389,812.50 which is comprised of: (i) 250,000.00 (representing the unpaid value of the principal on the bond) and (ii) 139,812.50 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 9%).(f) With respect to the bond in the principal amount of DM 500,000.00 (10.50% Information Memorandum due November 14, 2002, ISIN DE0001300200), UVA shall recover from the Republic DM 857,729.17 which is comprised of: (i) DM 500,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 357,729.17 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 10.50%). It is further ORDERED that, until further not

04/12/2017    CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT: With respect to Michael Schmidts (Schmidt) bond, in the principal amount of DM 20,000.00 (10.25% Subscription Agreement Bond due February 6, 2003, ISIN DE0001308609), Schmidt shall recover from the Republic DM 33,501.53 which is comprised of:(i) DM 20,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 13,501.53 (representing the

unpaid interest on the principal of the bond, calculated at the contract rate of 10.25%); 2. With respect to Klaus Bohrers (Bohrer) bond, in the principal amount of DM 2,000,000.00 (12% Subscription Agreement Bond due September 19, 2016, ISIN DE0001340917), Bohrer shall recover from the Republic DM 3,672,000.00 which is comprised of: (i) DM 2,000,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 1,672,000.00 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 12%); 3. With respect to Uta Kantners (Kantner) bond, in the principal amount of DM 100,000.00 (11.75% Subscription Agreement Bond due May 20, 2011, ISIN DE0001325011),Kantner shall recover from the Republic DM 173,992.36 which is comprised of: (i) DM 100,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 73,992.36(representing the unpaid interest on the principal of the bond, calculated at the contract rate of11.75%); 4. With respect to U.V.A VADUZ s (UVA) bonds:(a) With respect to the bond in the principal amount of DM 3,000,000.00 (9% Subscription Agreement due September 19, 2003, ISIN DE0001340909), UVA shall recover from the Republic DM 4,881,000.00 which is comprised of: (i) DM 3,000,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 1,881,000.0 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 9%).(b) With respect to the bond in the principal amount of DM 5,000,000.00 (9% Subscription Agreement due November 19, 2008, ISIN DE0001767101), UVA shall recover from the Republic DM 8,060,000.00 which is comprised of: (i) DM 5,000,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 3,060,000.03 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 9%).(c) With respect to the bond in the principal amount of DM 4,250,000.00 (7% Subscription Agreement due March 18, 2004, ISIN DE0001904308), UVA shall recover from the Republic DM 6,174,659.72 which is comprised of: (i) DM 4,250,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 1,924,659.72 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 7%);(d) With respect to the bond in the principal amount of 250,000.00 (9.25% Subscription Agreement due October 21, 2002, ISIN DE0003527966), UVA shall recover from the Republic 409,048.61 which is comprised of: (i) 250,000.00(representing the unpaid value of the principal on the bond) and (ii) 159,048.61 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 9.25%).(e) With respect to the bond in the principal amount of 250,000.00 (9% Offering Circular due June 20, 2003, ISIN DE0002466208), UVA shall recover from the Republic 389,812.50 which is comprised of: (i) 250,000.00 (representing the unpaid value of the principal on the bond) and (ii) 139,812.50 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 9%).(f) With respect to the bond in the principal amount of DM 500,000.00 (10.50% Information Memorandum due November 14, 2002, ISIN DE0001300200), UVA shall recover from the Republic DM 857,729.17 which is comprised of: (i) DM 500,000.00 (representing the unpaid value of the principal on the bond) and (ii) DM 357,729.17 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 10.50%). It is further ORDER

| 04/21/2017 | 29 | NOTICE OF APPEARANCE by Charles C. Platt on behalf of EUROCLEAR BANK SA/NV. (Platt, Charles) (Entered: 04/21/2017) |
| 04/21/2017 | 30 | NOTICE OF APPEARANCE by Andrew Nathan Goldman on behalf of EUROCLEAR BANK SA/NV. (Goldman, Andrew) (Entered: 04/21/2017) |
| 04/21/2017 | 31 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Thomas P. Griesa from Andrew Goldman dated April 21, 2017. Document filed by EUROCLEAR BANK SA/NV.(Goldman, Andrew) (Entered: 04/21/2017) |
| 04/21/2017 | 32 | CERTIFICATE OF SERVICE of Letter Motion served on Wilk Auslander LLP, counsel for the Plaintiffs/Judgment Creditors on April 21, 2017. Service was made by Electronic Mail. Document filed by EUROCLEAR BANK SA/NV. |

(Goldman, Andrew) (Entered: 04/21/2017)

| | | |
|---|---|---|
| 04/24/2017 | 33 | ORDER: with respect to 31 Letter Motion for Local Rule 37.2 Conference. The court has appointed Special Master Daniel A. Pollack to conduct and preside over settlement negotiations between and among the parties to this litigation. NML Capital, Ltd. v. Republic of Argentina, 08-cv-6978, ECF No. 705. Non-party Euroclear Bank SA/ NV ("Euroclear") has now requested a conference in connection with an anticipated motion to quash subpoenas, which were served on Euroclear by plaintiffs. The Court has said, on numerous occasions, that these cases must be settled. The Court directs the parties, as well as Euroclear, to appear before the Special Master in an effort to settle the litigation and to resolve the anticipated motion to quash. If the Special Master is not able to bring about a settlement of the litigation or an agreement on the application to quash, the Special Master shall report the status of the dispute to the Court, in whatever manner he deems appropriate in his sole discretion. (Signed by Judge Thomas P. Griesa on 4/24/2017) (ap) Modified on 5/8/2017 (ap). (Entered: 04/24/2017) |
| 05/30/2017 | 34 | AMENDED STIPULATION AND ORDER GOVERNING HIGHLY CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 5/30/2017) (mro) (Entered: 05/31/2017) |
| 07/06/2017 | | NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Thomas P. Griesa is no longer assigned to the case. (wb) (Entered: 07/06/2017) |

### Judgments

| Date | In Favor Of | Against | Amount | Interest | Court Cost | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 09/07/2011 | Klaus Bohrer | The Republic of Argentina | $ 0.00 | 0.00% | $ 0.00 | No Payment | 09/07/2011 |
| *Description:* $ 0.00 #11,1710 | | | | | | | |
| 09/07/2011 | Ute Kantner | The Republic of Argentina | $ 0.00 | 0.00% | $ 0.00 | No Payment | 09/07/2011 |
| *Description:* $ 0.00 #11,1710 | | | | | | | |
| 09/07/2011 | Michael Schmidt | The Republic of Argentina | $ 0.00 | 0.00% | $ 0.00 | No Payment | 09/07/2011 |
| *Description:* $ 0.00 #11,1710 | | | | | | | |
| 09/07/2011 | U.V.A. Vaduz | The Republic of Argentina | $ 0.00 | 0.00% | $ 0.00 | No Payment | 09/07/2011 |
| *Description:* $ 0.00 #11,1710 | | | | | | | |

Copyright © 2017 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

# US District Court Civil Docket

## U.S. District – New York Southern
### (Foley Square)

## 1:09cv8299

# Drawrah Limited et al v. The Republic of Argentina

This case was retrieved from the court on Wednesday, July 19, 2017

MILBERG_000000139

| Date | # | Proceeding Text | Source |
|------|---|-----------------|--------|
| 09/30/2009 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 350.00, Receipt Number 701785)Document filed by HWB Immobilien Plus, HWB Dachfonds- Venividivici, Drawrah Limited, HWB Gold &amp; Silber Plus, HWB Portfolio Extra Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio.(ama) (Entered: 09/30/2009) | |
| 09/30/2009 | | SUMMONS ISSUED as to The Republic of Argentina. (ama) (Entered: 09/30/2009) | |
| 09/30/2009 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly Related to 1:02-cv-4124. (ama) (Entered: 09/30/2009) | |
| 09/30/2009 | | Case Designated ECF. (ama) (Entered: 09/30/2009) | |
| 09/30/2009 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Victoria Strategies Portfolio Ltd.(ama) (Entered: 09/30/2009) | |
| 09/30/2009 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by HWB Alexandra Strategies Portfolio.(ama) (Entered: 09/30/2009) | |
| 09/30/2009 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by HWB Dachfonds- Venividivici.(ama) (Entered: 09/30/2009) | |
| 09/30/2009 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Drawrah Limited.(ama) (Entered: 09/30/2009) | |
| 09/30/2009 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by HWB Immobilien Plus.(ama) (Entered: 09/30/2009) | |
| 09/30/2009 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by HWB Portfolio Extra Plus.(ama) (Entered: 09/30/2009) | |
| 09/30/2009 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by HWB Gold &amp; Silber Plus.(ama) (Entered: 09/30/2009) | |
| 10/06/2009 | | CASE ACCEPTED AS SIMILAR. Create association to 1:02-cv-04124-TPG. Notice of Assignment to follow. (ldi) (Entered: 10/06/2009) | |
| 10/06/2009 | 9 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned is no longer assigned to the case. (ldi) (Entered: 10/06/2009) | |
| 10/06/2009 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (ldi) (Entered: 10/06/2009) | |
| 10/07/2009 | 10 | AFFIDAVIT OF SERVICE of Summons and Complaint,. The Republic of Argentina served on 10/5/2009, answer due 10/26/2009. Service was accepted by Martha Perez, Secretary, as authorized to accept on behalf of The Republic Of Argentina. Document filed by HWB Immobilien Plus; HWB Dachfonds- Venividivici; HWB Gold &amp; Silber Plus; HWB Portfolio Extra Plus; Victoria Strategies Portfolio Ltd.; HWB Alexandra Strategies Portfolio. (Spencer, Michael) (Entered: 10/07/2009) | |

MILBERG_000000140

| 12/04/2009 | 11 | ANSWER to Complaint. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 12/04/2009) |
|---|---|---|
| 12/07/2009 | 12 | CERTIFICATE OF SERVICE of Richard V. Conza re 11 on December 4, 2009. Service was made by Mail. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 12/07/2009) |
| 01/19/2010 | 13 | ATTACHMENT ORDER: IT IS HEREBY ORDERED that the motion of the Carabajal Plaintiffs and the Drawrah Plaintiffs for an order of attachment is granted in its entirety, effective, unless earlier vacated, through the entry of an execution or order pursuant to 28 U.S.C. 1610(c) following entry of a judgment for the EM/NML Plaintiffs in the Pending EM/NML Alter-Ego Action; and that the amount to be secured by this Order is $45,394,841.77. FURTHER ORDERED that the U.S. Marshals Service for the Southern District of New York or any person appointed to act in his place and stead, or the attorneys of the Carabajal Plaintiffs and the Drawrah Plaintiffs, and their employees as specially appointed pursuant to Fed. R. Civ. P. 4.1, levy upon, but refrain from taking into actual custody pending further order of this Court, the following property within this jurisdiction at any time before final judgment in all of the above-captioned actions, such as will satisfy the above-mentioned sum of $45,394,841.77 as further set forth within.. (Signed by Judge Thomas P. Griesa on 1/19/2010) Filed In Associated Cases: 1:09-cv-08275-TPG, 1:09-cv-08299-TPG(jfe) (Entered: 01/19/2010) |
| 01/19/2010 | 15 | OMNIBUS ORDER: that the Milberg Plaintiffs' attorneys and their respective employees are hereby specially appointed pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4.1, in addition to the U.S. Marshals Service for the Southern District of New York (the "U.S. Marshal"), to serve on any garnishee located within the jurisdiction of this Court, an Attachment Order issued on this date pursuant to Fed. R. Civ. P. 64 &amp; 69, §§ 6201,6202 &amp; 6211 of the New York Civil Practice Law and Rules ("CPLR"), and the Foreign Sovereign Immunities Act, 28 U.S.c. §§ 1601 et seq., thereby levying upon each such garnishee pursuant to CPLR § 6214(a) so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of Argentina while Plaintiffs' application is pending and as further set forth in this Order. FURTHER ORDERED that no Property shall be taken into actual custody by any enforcement officer pursuant to the Attachment Order pending further order of this Court; FURTHER ORDERED that pursuant to CPLR § 6214(e), the levy effected pursuant to service of the Attachment Order on each garnishee is extended until 30 days following final resolution of Plaintiffs' application, including any related appeals, proceedings on remand, and any subsequent appeals. (Signed by Judge Thomas P. Griesa on 1/19/2010) (tve) Modified on 1/26/2010 (tve). (Entered: 01/26/2010) |
| 01/21/2010 | 14 | JOINDER to join Motion for Confirm the Orders of Attachment, Dated January 19, 2010, brought by Plaintiffs in 1:06cv7792, 1:07cv1910, 1:07cv6563, 1:08cv2451, 1:08cv6978, 1:09cv1707 and 1:09cv1708. Document filed by Marta Azucena Vazquez, Rosa Delfina Castro, Oscar Reinaldo Carbajal, Gamatown Corporation S.A., Dora Luisa Sasal, HWB Immobilien Plus, HWB Dachfonds- Venividivici, Drawrah Limited, HWB Gold &amp; Silber Plus, HWB Portfolio Extra Plus, Victoria Strategies Portfolio Ltd., HWB Alexandra Strategies Portfolio.Associated Cases: 1:09-cv-08275-TPG, 1:09-cv-08299-TPG(Spencer, Michael) (Entered: 01/21/2010) |
| 02/08/2010 | 16 | REFILED ORDER: It is hereby ordered that the Milberg Plaintiffs' attorneys and their respective employees are hereby specially appointed pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4.1, in addition to the U.S. Marshals Service for the Southern District of New York (the "U.S. Marshal"), to serve on any garnishee located within the jurisdiction of this Court, an Attachment Order issued on this date pursuant to Fed. R. Civ. P. 64 &amp; 69, §§ 6201, 6202 &amp; 6211 of the New York Civil Practice Law and Rules ("CPLR"), and the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1601 et seq., thereby levying upon each such garnishee pursuant to CPLR § 6214(a) so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of |

MILBERG_000000141

Argentina while Plaintiffs' application is pending; FURTHER ORDERED that the Attachment Order shall specify in accordance with CPLR § 6202 that it applies to any property in the United States (whether real or personal, tangible or intangible presently existing or hereafter arising), which could be assigned or transferred as provided in N.Y. C.P.L.R. § 520 I, including but not limited to cash, gold, special drawing rights, deposits, real property, instruments, securities, security entitlements, security accounts, equity interests, claims and contractual rights, and interests of any kind in the foregoing (collectively, the "Property"), directly or indirectly held or maintained in the name of, in a trust held by, or for the use or benefit of Banco Central de la Republica Argentina ("BCRA"), whether for its own account or for the benefit of Defendant the Republic of Argentina ("Argentina"), EXCLUDING: (a) property belonging to the embassy, consulate, or permanent mission to the United Nations of Argentina; and (b) any property that is, or is intended to be, used in connection with a military activity, and is of a military character or is under the control of a military or defense agency. FURTHER ORDERED that no Property shall be taken into actual custody by any enforcement officer pursuant to the Attachment Order pending further order of this Court; FURTHER ORDERED that pursuant to CPLR § 6214(e), the levy effected pursuant to service of the Attachment Order on each garnishee is extended until 30 days following final resolution of Plaintiffs' application, including any related appeals. proceedings on remand, and any subsequent appeals; FURTHER ORDERED that pursuant to Fed. R. Civ. P. 64 &amp; 69, CPLR § 5230, and 28 U.S.c. § 161O(c), the Milberg Plaintiffs' attorneys and their respective employees are authorized to deliver to the U.S. Marshal writs of execution or orders of attachment directed to the Property, which are to be levied by service immediately pursuant to CPLR § 5232 upon any located garnishee within the jurisdiction of this Court, so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of Argentina while Plaintiffs' application is pending; FURTHER ORDERED that the U.S. Marshal is directed to defer seizure of any Property from any garnishee located within the jurisdiction of this Court pending further order of this Court; FURTHER ORDERED that pursuant to CPLR *5232(a), the levies effected pursuant to service of the writs of execution on any garnishee located within the jurisdiction of this Court are extended until 30 days following final resolution of Plaintiffs' application, including any related appeals, proceedings on remand, and any subsequent appeals; FURTHER ORDERED that pursuant to CPLR § 5230(c), the time for the U.S. Marshal to serve the writs of execution and to return said executions to the Clerk of the Court is extended an additional 60 days; FURTHER ORDERED that the Milberg Plaintiffs' attorneys and their respective employees shall effect personal service of this Omnibus order upon counsel for Argentina -Cleary, Gottlieb Stern &amp; Hamilton One Liberty Plaza, New York, New York 10006, attention Carmine Boccuzzi, Esq., and BCRA -- S

| | | |
|---|---|---|
| 03/15/2010 | 17 | SEALED DOCUMENT placed in vault.(jri) (Entered: 03/15/2010) |
| 03/26/2010 | 18 | JOINDER to join The Republic of Argentina's Joinder in Banco Central de la Republica Argentina's March 26, 2010 Submissions and Memorandum of Law in Further Opposition to Plaintiffs' Motion to Confirm Ex Parte Attachment Orders, dated March 26, 2010. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 03/26/2010) |
| 03/29/2010 | 19 | RESPONSE to Plaintiffs' New Alter Ego Allegations. Document filed by Banco Central de la Republica Argentina. Filed In Associated Cases: 1:09-cv-08275-TPG, 1:09-cv-07059-TPG, 1:09-cv-08299-TPG(Neuhaus, Joseph) (Entered: 03/29/2010) |
| 03/29/2010 | 20 | SEALED DOCUMENT placed in vault.(dn) (Entered: 03/29/2010) |
| 03/29/2010 | 21 | JOINDER to join /The Republic of Argentina's Joinder in Banco Central de la Republica Argentina's Response to Plaintiffs' New Alter Ego Allegations, dated March 26, 2010. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 03/29/2010) |

MILBERG_000000142

| 04/08/2010 | 22 | ORDER, The 2/11 Ex Parte Order is hereby vacated in all respects and replaced by this Order. The 1/10 Ex Parte Orders are hereby vacated as to contract carriers that transport or deliver paper and coin currency from the FRBNY to BCRA, including without limitation the contract-carrier arm of Brinks, with respect to the physical transportation of paper and coin currency from the FRBNY to BCRA in Argentina. In all other respects, the 1/10 Ex Part Orders remain in effect as of the date they were served, pending further order of the Court. The 2/11 Ex Parte Motion and all supporting papers, all papers in opposition to the 2/11 Ex Parte Motion, and all related motions to confirm or vacate the relief granted herein, shall be treated by all parties as "Highly Confidential Information" and filed under seal in accordance with the provisions of the Stipulated Protective Order dated 9/10/08 attached hereto as Annex A.....Nothing herein shall constitute an express or implied waiver of sovereign immunity, nor consent by any party to personal or subject matter jurisdiction. (Signed by Judge Thomas P. Griesa on 3/8/20) (cd) (Entered: 04/09/2010) |

| 04/20/2010 | 23 | MOTION for Summary Judgment. Document filed by ALL PLAINTIFFS.(Spencer, Michael) (Entered: 04/20/2010) |

| 04/20/2010 | 24 | DECLARATION of Gary S. Snitow in Support re: 23 MOTION for Summary Judgment.. Document filed by ALL PLAINTIFFS. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online, # 6 Online, # 7 Online, # 8 Online, # 9 Online, # 10 Online, # 11 Online, # 12 Online, # 13 Online, # 14 Online, # 15 Online, # 16 Online (Entered: 04/20/2010) |

| 04/20/2010 | 25 | MEMORANDUM OF LAW in Support re: 23 MOTION for Summary Judgment.. Document filed by ALL PLAINTIFFS. (Spencer, Michael) (Entered: 04/20/2010) |

| 04/20/2010 | 26 | DECLARATION of Willem Adriaanse (Drawrah Ltd.) in Support re: 23 MOTION for Summary Judgment.. Document filed by ALL PLAINTIFFS. (Spencer, Michael) (Entered: 04/20/2010) |

| 04/20/2010 | 27 | DECLARATION of Bernd Schlichter &amp; Markus Gierke (HWB Dachfonds - VeniVidiVici) in Support re: 23 MOTION for Summary Judgment.. Document filed by ALL PLAINTIFFS. (Spencer, Michael) (Entered: 04/20/2010) |

| 04/20/2010 | 28 | DECLARATION of Bernd Schlichter &amp; Markus Gierke (HWB Gold &amp; Silber Plus) in Support re: 23 MOTION for Summary Judgment.. Document filed by ALL PLAINTIFFS. (Spencer, Michael) (Entered: 04/20/2010) |

| 04/20/2010 | 29 | DECLARATION of Marc Kriegsmann (HWB Immobilien Plus) in Support re: 23 MOTION for Summary Judgment.. Document filed by ALL PLAINTIFFS. (Spencer, Michael) (Entered: 04/20/2010) |

| 04/20/2010 | 30 | DECLARATION of Bernd Schlichter &amp; Markus Gierke (HWB Portfolio Extra Plus) in Support re: 23 MOTION for Summary Judgment.. Document filed by ALL PLAINTIFFS. (Spencer, Michael) (Entered: 04/20/2010) |

| 04/20/2010 | 31 | DECLARATION of Willem Adriaanse (Victoria Strategies Portfolio Ltd.) in Support re: 23 MOTION for Summary Judgment.. Document filed by ALL PLAINTIFFS. (Spencer, Michael) (Entered: 04/20/2010) |

| 04/20/2010 | 32 | FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU - RESPONSE in Support re: 23 MOTION for Summary Judgment. Statement of Material Facts Pursuant to Local Rule 56.1. Document filed by ALL PLAINTIFFS. (Spencer, Michael) Modified on 4/21/2010 (db). (Entered: 04/20/2010) |

| 04/20/2010 | 33 | FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU - RESPONSE in Support re: 23 MOTION for Summary Judgment. CORRECTED Statement of Material Facts Pursuant to Local Rule 56.1. Document filed by ALL PLAINTIFFS. (Spencer, Michael) Modified on 4/21/2010 (db) (Entered: 04/20/2010) |

| 04/20/2010 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Note to Attorney Michael Champlin Spencer to RE-FILE Document 33 Response in Support of Motion. Use the event type Ruler 56.1 Statement found under the event list Other Answers. (db) (Entered: 04/21/2010) |

| 04/21/2010 | 34 | RULE 56.1 STATEMENT. Document filed by ALL PLAINTIFFS. (Spencer, Michael) (Entered: 04/21/2010) |
| 05/07/2010 | 35 | JOINDER to join re: 14 Joinder,, Milberg Plaintiffs' Joinder in the EM and NML Plaintiffs' Memorandum of Law (1) In Further Support of Motion to Confirm Ex Parte Attachment Orders Signed on January 11 - 12, and (2) In Opposition to Cross-Motion to Vacate and Quash All Ex Parte Orders Signed on January 11 - 12, 2010 Filed on May 7, 2010, and The Aurelius Plaintiffs' Memorandum of Law in Response to Banco Central de la Republica Argentina's Cross-Motion to Vacate and Quash All Ex Parte Orders, Filed May 7, 2010. Document filed by ALL PLAINTIFFS.(Spencer, Michael) (Entered: 05/07/2010) |
| 05/07/2010 | 36 | JOINDER to join Milberg Plaintiffs' Memorandum of Law In Opposition to The Republic of Argentina's Motion to Vacate and Quash Ex Parte Orders and Joinder in The EM and NML Plaintiffs' and The Aurelius Plaintiffs' May 7, 2010 Submissions. Document filed by ALL PLAINTIFFS.(Spencer, Michael) (Entered: 05/07/2010) |
| 05/21/2010 | 37 | REPLY in Further Support of Cross-Motion to Vacate and Quash All Ex Parte Orders. Document filed by Banco Central de la Republica Argentina. (Neuhaus, Joseph) (Entered: 05/21/2010) |
| 05/21/2010 | 38 | REPLY MEMORANDUM OF LAW in Support / The Republic of Argentina's Reply Brief in Further Support of Motion to Vacate and Quash All Ex Parte Attachment Orders, dated May 21, 2010. Document filed by The Republic of Argentina. (Blackman, Jonathan) (Entered: 05/21/2010) |
| 06/11/2010 | 39 | OPINION: For the reasons stated in this Opinion, Plaintiffs' motions to confirm the various orders are denied. Defendants' cross-motion to vacate is granted. (Signed by Judge Thomas P. Griesa on 6/11/2010) (jpo) (jpo). (Entered: 06/14/2010) |
| 10/19/2010 | 40 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen &amp; Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) Filed In Associated Cases: 1:02-cv-04124-TPG, 1:09-cv-07059-TPG, 1:09-cv-08275-TPG, 1:09-cv-08299-TPG(jpo) (Entered: 10/20/2010) |
| 02/18/2011 | 41 | DECLARATION of Bernd Schlichter and Markus Gierke in Support re: 23 MOTION for Summary Judgment.. Document filed by ALL PLAINTIFFS. (Attachments: # 1 Online, # 2 Online (Entered: 02/18/2011) |
| 02/24/2011 | 42 | OPINION: #99968 The motion for summary judgment is granted. Judgment will be entered for the principal amount of the bonds issued under the 1994 FAA plus accrued interest. Settle judgment. (Signed by Judge Thomas P. Griesa on 2/24/2011) (jpo) Modified on 2/24/2011 (ajc). (Entered: 02/24/2011) |
| 02/24/2011 | 43 | JUDGMENT #11,0348 in favor of plaintiffs against THE REPUBLIC OF ARGENTINA in various amounts. (Signed by Judge Thomas P. Griesa on 2/24/11) (Attachments: # 1 Online (Entered: 02/25/2011) |
| 06/10/2013 | 44 | NOTICE OF CHANGE OF ADDRESS by Gary Steven Snitow on behalf of Drawrah Limited, HWB Alexandra Strategies Portfolio, HWB Dachfonds- Venividivici, HWB Gold &amp; Silber Plus, HWB Immobilien Plus, HWB Portfolio Extra Plus, Victoria Strategies Portfolio Ltd.. New Address: Snitow, Kanfer &amp; Holtzer, |

MILBERG_000000144

|  |  | 575 Lexington Avenue, 14th Floor, New York, NY, USA 10022, 212-317-8500. (Snitow, Gary) (Entered: 06/10/2013) |
|---|---|---|
| 12/11/2013 | 45 | ORDER: NOW THEREFORE IT IS HEREBY ORDERED: 1. The Court grants permission for the proposed transfers from the Funds to Alexandra in connection with the proposed mergers. 2. Following the transfers contemplated herein, Alexandra must refrain from selling or otherwise transferring its interest, or any part thereof, in the bonds involved in these actions, without advising the Court and obtaining permission of the Court. SO ORDERED. (Signed by Judge Thomas P. Griesa on 12/11/2013) (ama) (Entered: 12/11/2013) |
| 11/14/2016 | 46 | NOTICE OF APPEARANCE by Anthony Joseph Del Giudice on behalf of Drawrah Limited, HWB Alexandra Strategies Portfolio, HWB Dachfonds- Venividivici, HWB Gold &amp; Silber Plus, HWB Immobilien Plus, HWB Portfolio Extra Plus, Victoria Strategies Portfolio Ltd.. (Del Giudice, Anthony) (Entered: 11/14/2016) |
| 12/02/2016 | 47 | NOTICE OF CHANGE OF ADDRESS by Anthony Joseph Del Giudice on behalf of Drawrah Limited, HWB Alexandra Strategies Portfolio, HWB Dachfonds-Venividivici, HWB Gold &amp; Silber Plus, HWB Immobilien Plus, HWB Portfolio Extra Plus, Victoria Strategies Portfolio Ltd.. New Address: Wilk Auslander LLP, 1515 Broadway, New York, New York, USA 10036, 212-981-2300. (Del Giudice, Anthony) (Entered: 12/02/2016) |
| 03/29/2017 | 48 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... So ordered. (Signed by Judge Thomas P. Griesa on 3/29/2017) (rjm) Modified on 3/29/2017 (rjm). (Entered: 03/29/2017) |
| 03/31/2017 |  | CERTIFICATION OF JUDGMENT issued on March 31, 2017, in favor of plaintiffs against THE REPUBLIC OF ARGENTINA in various amounts. (km) (Entered: 03/31/2017) |
| 04/12/2017 |  | CLERK'S CEERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT: in favor of plaintiffs against THE REPUBLIC OF ARGENTINA in various amounts, issued on April 12, 2017. (dt) (Entered: 04/13/2017) |
| 04/21/2017 | 49 | NOTICE OF APPEARANCE by Charles C. Platt on behalf of EUROCLEAR BANK SA/NV. (Platt, Charles) (Entered: 04/21/2017) |
| 04/21/2017 | 50 | NOTICE OF APPEARANCE by Andrew Nathan Goldman on behalf of EUROCLEAR BANK SA/NV. (Goldman, Andrew) (Entered: 04/21/2017) |
| 04/21/2017 | 51 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Thomas P. Griesa from Andrew Goldman dated April 21, 2017. Document filed by EUROCLEAR BANK SA/NV.(Goldman, Andrew) (Entered: 04/21/2017) |
| 04/21/2017 | 52 | CERTIFICATE OF SERVICE of Letter Motion served on Wilk Auslander LLP, counsel for the Plaintiffs/Judgment Creditors on April 21, 2017. Service was made by Electronic Mail. Document filed by EUROCLEAR BANK SA/NV. (Goldman, Andrew) (Entered: 04/21/2017) |
| 04/24/2017 | 53 | ORDER: with respect to 51 Letter Motion for Local Rule 37.2 Conference. The court has appointed Special Master Daniel A. Pollack to conduct and preside over settlement negotiations between and among the parties to this litigation. NML Capital, Ltd. v. Republic of Argentina, 08-cv-6978, ECF No. 705. Non-party Euroclear Bank SA/ NV ("Euroclear") has now requested a conference in connection with an anticipated motion to quash subpoenas, which were served on Euroclear by plaintiffs. The Court has said, on numerous occasions, that these cases must be settled. The Court directs the parties, as well as Euroclear, to appear before the Special Master in an effort to settle the litigation and to resolve the anticipated motion to quash. If the Special Master is not able to bring about a settlement of the litigation or an agreement on the application to quash, the Special Master shall report the status of the dispute to the Court, in whatever manner he deems appropriate in his sole discretion. (Signed by Judge Thomas P. Griesa on 4/24/2017) (ap) Modified on 5/8/2017 |

MILBERG_000000145

(ap). (Entered: 04/24/2017) (Entered: 05/08/2017)

05/30/2017   54   AMENDED STIPULATION AND ORDER GOVERNING HIGHLY CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 5/30/2017) (mro) (Entered: 05/31/2017)

07/06/2017      NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Thomas P. Griesa is no longer assigned to the case. (wb) (Entered: 07/06/2017)

---

Copyright © 2017 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

Confidential

# US District Court Civil Docket

## U.S. District - New York Southern
### (Foley Square)

## 1:10cv4656

# Nw Global Strategy et al v. The Republic of Argentina

**This case was retrieved from the court on Wednesday, July 19, 2017**

| Date | # | Proceeding Text | Source |
|------|---|-----------------|--------|
| 06/15/2010 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 350.00, Receipt Number 906244)Document filed by Gamatown Corporation S.A., NW Global Strategy, HWB Gold &amp; Silber Plus.(ama) (ama). (Entered: 06/16/2010) | |
| 06/15/2010 | | SUMMONS ISSUED as to The Republic of Argentina. (ama) (Entered: 06/16/2010) | |
| 06/15/2010 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly Related to 1:09-cv-8299. (ama) (Entered: 06/16/2010) | |
| 06/15/2010 | | Case Designated ECF. (ama) (Entered: 06/16/2010) | |
| 06/15/2010 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by HWB Gold &amp; Silber Plus.(ama) (ama). (Entered: 06/16/2010) | |
| 06/15/2010 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Gamatown Corporation S.A.(ama) (ama). (Entered: 06/16/2010) | |
| 06/15/2010 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by NW Global Strategy.(ama) (ama). (Entered: 06/16/2010) | |
| 06/18/2010 | | CASE ACCEPTED AS RELATED. Create association to 1:09-cv-08299-TPG. Notice of Assignment to follow. (ldi) (Entered: 06/22/2010) | |
| 06/18/2010 | 5 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned is no longer assigned to the case. (ldi) (Entered: 06/22/2010) | |
| 06/18/2010 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (ldi) (Entered: 06/22/2010) | |
| 06/28/2010 | 6 | AFFIDAVIT OF SERVICE. The Republic of Argentina served on 6/21/2010, answer due 8/20/2010. Service was accepted by Roberto Barrientos, Vice President, Compliance. Document filed by Gamatown Corporation S.A.; NW Global Strategy; HWB Gold &amp; Silber Plus. (Spencer, Michael) (Entered: 06/28/2010) | |
| 08/23/2010 | 7 | ANSWER to Complaint. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 08/23/2010) | |

MILBERG_000000147

| | | |
|---|---|---|
| 08/25/2010 | 8 | CERTIFICATE OF SERVICE of Richard V. Conza, dated August 25, 2010 of the Answer of the Republic of Argentina 7 served on Michael C. Spencer, Esq. (Milberg LLP) on August 23, 2010. Service was made by First Class Mail. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 08/25/2010) |
| 10/19/2010 | 9 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen &amp; Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) (jpo) (Entered: 10/21/2010) |
| 01/21/2011 | 10 | MOTION for Summary Judgment. Document filed by Gamatown Corporation S.A., HWB Gold & Silber Plus, NW Global Strategy. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online, # 6 Online, # 7 Online, # 8 Online, # 9 Online, # 10 Online, # 11 Online, # 12 Online, # 13 Online, # 14 Online, # 15 Online, # 16 Online, # 17 Online, # 18 Online, # 19 Online, # 20 Online (Entered: 01/21/2011) |
| 01/21/2011 | 11 | MEMORANDUM OF LAW in Support re: 10 MOTION for Summary Judgment.. Document filed by Gamatown Corporation S.A., HWB Gold &amp; Silber Plus, NW Global Strategy. (Spencer, Michael) (Entered: 01/21/2011) |
| 01/21/2011 | 12 | RULE 56.1 STATEMENT. Document filed by Gamatown Corporation S.A., HWB Gold &amp; Silber Plus, NW Global Strategy. (Spencer, Michael) (Entered: 01/21/2011) |
| 03/31/2011 | 13 | OPINION: #100154 The motion for summary judgment is granted. Judgment will be entered for the principal amount of the bonds issued under the 1994 FAA plus accrued interest. Settle judgment. SO ORDERED. (Signed by Judge Thomas P. Griesa on 3/31/2011) (lnl) Modified on 4/1/2011 (ajc). (Entered: 03/31/2011) |
| 03/31/2011 | 14 | JUDGMENT #11,0625 in favor of Gamatown Corporation S.A., HWB Gold & Silber Plus and NW Global Strategy against The Republic of Argentina in various amounts. (Signed by Judge Thomas P. Griesa on 3/31/11) (Attachments: # 1 Online (Entered: 04/01/2011) |
| 06/11/2013 | 15 | NOTICE OF CHANGE OF ADDRESS by Gary Steven Snitow on behalf of Gamatown Corporation S.A., HWB Gold &amp; Silber Plus, NW Global Strategy. New Address: Snitow, Kanfer &amp; Holtzer, 575 Lexington Avenue, 14th Floor, New York, NY, USA 10022, 212-317-8500. (Snitow, Gary) (Entered: 06/11/2013) |
| 11/14/2016 | 16 | NOTICE OF APPEARANCE by Anthony Joseph Del Giudice on behalf of HWB Gold &amp; Silber Plus, NW Global Strategy. (Del Giudice, Anthony) (Entered: 11/14/2016) |
| 12/02/2016 | 17 | NOTICE OF CHANGE OF ADDRESS by Anthony Joseph Del Giudice on behalf of HWB Gold &amp; Silber Plus, NW Global Strategy. New Address: Wilk Auslander LLP, 1515 Broadway, New York, New York, USA 10036, 212-981-2300. (Del Giudice, Anthony) (Entered: 12/02/2016) |
| 03/29/2017 | 18 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... So ordered. (Signed by Judge Thomas P. Griesa on 3/29/2017) (rjm) Modified on 3/29/2017 (rjm). (Entered: 03/29/2017) |

MILBERG_000000148

| | | |
|---|---|---|
| 03/31/2017 | | CERTIFICATION OF JUDGMENT issued on March 31, 2017, in favor of Gamatown Corporation S.A., HWB Gold &amp; Silber Plus and NW Global Strategy against The Republic of Argentina in various amounts. (km) (Entered: 03/31/2017) |
| 04/12/2017 | | CLERK'S CERTIFICATION OF A JUDGMENT TO BE RESGUTERED IN ANOTHER DISTRICT: in favor of Gamatown Corporation S.A., HWB Gold &amp; Silber Plus and NW Global Strategy against The Republic of Argentina in various amounts, issued on April 12, 2017. (dt) (Entered: 04/13/2017) |
| 04/21/2017 | 19 | NOTICE OF APPEARANCE by Andrew Nathan Goldman on behalf of EUROCLEAR BANK SA/NV. (Goldman, Andrew) (Entered: 04/21/2017) |
| 04/21/2017 | 20 | NOTICE OF APPEARANCE by Charles C. Platt on behalf of EUROCLEAR BANK SA/NV. (Platt, Charles) (Entered: 04/21/2017) |
| 04/21/2017 | 21 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Thomas P. Griesa from Andrew Goldman dated April 21, 2017. Document filed by EUROCLEAR BANK SA/NV.(Goldman, Andrew) (Entered: 04/21/2017) |
| 04/21/2017 | 22 | CERTIFICATE OF SERVICE of Letter Motion served on Wilk Auslander LLP, counsel for the Plaintiffs/Judgment Creditors on April 21, 2017. Service was made by Electronic Mail. Document filed by EUROCLEAR BANK SA/NV. (Goldman, Andrew) (Entered: 04/21/2017) |
| 04/24/2017 | 23 | ORDER: with respect to 21 Letter Motion for Local Rule 37.2 Conference. The court has appointed Special Master Daniel A. Pollack to conduct and preside over settlement negotiations between and among the parties to this litigation. NML Capital, Ltd. v. Republic of Argentina, 08-cv-6978, ECF No. 705. Non-party Euroclear Bank SA/ NV ("Euroclear") has now requested a conference in connection with an anticipated motion to quash subpoenas, which were served on Euroclear by plaintiffs. The Court has said, on numerous occasions, that these cases must be settled. The Court directs the parties, as well as Euroclear, to appear before the Special Master in an effort to settle the litigation and to resolve the anticipated motion to quash. If the Special Master is not able to bring about a settlement of the litigation or an agreement on the application to quash, the Special Master shall report the status of the dispute to the Court, in whatever manner he deems appropriate in his sole discretion. (Signed by Judge Thomas P. Griesa on 4/24/2017) (ap) Modified on 5/8/2017 (ap). (Entered: 04/24/2017) |
| 05/30/2017 | 24 | AMENDED STIPULATION AND ORDER GOVERNING HIGHLY CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 5/30/2017) (mro) (Entered: 05/31/2017) |
| 06/27/2017 | | NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Thomas P. Griesa is no longer assigned to the case. (ma) (Entered: 06/27/2017) |

## Judgments

| Date | In Favor Of | Against | Amount | Interest | Court Cost | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 03/31/2011 | Gamatown Corporation S.A. | The Republic of Argentina | $ 0.00 | 0.00% | $ 0.00 | No Payment | 03/31/2011 |
| *Description:* $ 0.00 # 11,0625. | | | | | | | |
| 03/31/2011 | HWB Gold & Silber Plus | The Republic of Argentina | $ 0.00 | 0.00% | $ 0.00 | No Payment | 03/31/2011 |
| *Description:* $ 0.00 # 11,0625. | | | | | | | |
| 03/31/2011 | NW Global Strategy | The Republic of Argentina | $ 0.00 | 0.00% | $ 0.00 | No Payment | 03/31/2011 |
| *Description:* $ 0.00 # 11,0625. | | | | | | | |

MILBERG_000000149

Copyright © 2017 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

Confidential

MILBERG_000000150

**This case was appealed to**
02nd Circuit: 15-3609, 16-658

# US District Court Civil Docket

### U.S. District - New York Southern
### (Foley Square)

## 1:13cv8887

## Pons et al v. The Republic of Argentina

This case was retrieved from the court on Wednesday, July 19, 2017

Confidential

MILBERG_000000151

| Date | # | Proceeding Text | Source |
|------|---|-----------------|--------|
| 12/16/2013 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 350.00, Receipt Number 465401083569)Document filed by Ricardo Pons, Ofelia Nelida Garcia, NW Global Strategy.(msa) (Entered: 12/17/2013) | |
| 12/16/2013 | | SUMMONS ISSUED as to The Republic of Argentina. (msa) (Entered: 12/17/2013) | |
| 12/16/2013 | | Case Designated ECF. (msa) (Entered: 12/17/2013) | |
| 12/16/2013 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 1:10-cv-5338. (msa) (Entered: 12/17/2013) | |
| 12/23/2013 | | CASE ACCEPTED AS RELATED. Create association to 1:10-cv-05338-TPG. Notice of Assignment to follow. (pgu) (Entered: 12/23/2013) | |
| 12/23/2013 | | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned is no longer assigned to the case. (pgu) (Entered: 12/23/2013) | |
| 12/23/2013 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (pgu) (Entered: 12/23/2013) | |
| 03/03/2014 | 2 | AFFIDAVIT OF SERVICE of Summons &amp; Complaint served on The Republic of Argentina on 2/19/2014. Service was accepted by Arlene M. Flores, Authorized Agent. Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Spencer, Michael) (Entered: 03/03/2014) | |
| 04/21/2014 | 3 | ANSWER to 1 Complaint. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 04/21/2014) | |
| 02/20/2015 | 4 | MOTION for Partial Summary Judgment . Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons.(Spencer, Michael) (Entered: 02/20/2015) | |
| 02/20/2015 | 5 | RULE 56.1 STATEMENT. Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Spencer, Michael) (Entered: 02/20/2015) | |
| 02/20/2015 | 6 | DECLARATION of MICHAEL C. SPENCER in Support re: 4 MOTION for Partial Summary Judgment .. Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online, # 6 Online, # 7 Online, # 8 Online, # 9 Online, # 10 Online, # 11 Online, # 12 Online, # 13 Online, # 14 Online, # 15 Online, # 16 Online, # 17 Online, # 18 Online, # 19 Online, # 20 Online, # 21 Online, # 22 Online, # 23 Online, # 24 Online, # 25 Online, # 26 Online, # 27 Online, # 28 Online, # 29 Online, # 30 Online, # 31 Online, # 32 Online, # 33 Online, # 34 Online, # 35 Online, # 36 Online, # 37 Online, # 38 Online, # 39 Online, # 40 Online, # 41 Online, # 42 Online, # 43 Online, # 44 Online, # 45 Online, # 46 Online, # 47 Online, # 48 Online, # 49 Online, # 50 Online (Entered: 02/20/2015) | |
| 02/20/2015 | 7 | RULE 56.1 STATEMENT. Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Spencer, Michael) (Entered: 02/20/2015) | |
| 03/18/2015 | 8 | COUNTER STATEMENT TO 7 Rule 56.1 Statement, 5 Rule 56.1 Statement. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 03/18/2015) | |
| 03/18/2015 | 9 | DECLARATION of Elizabeth M. Hanly, dated March 17, 2015 in Opposition re: 4 MOTION for Partial Summary Judgment .. Document filed by The Republic of Argentina. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online (Entered: 03/18/2015) | |
| 03/18/2015 | 10 | MEMORANDUM OF LAW in Opposition re: 4 MOTION for Partial Summary Judgment . . Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 03/18/2015) | |
| 04/07/2015 | 11 | REPLY MEMORANDUM OF LAW in Support re: 4 MOTION for Partial Summary Judgment . . Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Spencer, Michael) (Entered: 04/07/2015) | |

MILBERG_000000152

| 04/07/2015 | 12 | DECLARATION of RICARDO PONS &amp; OFELIA NELIDA GARCIA in Support re: 4 MOTION for Partial Summary Judgment .. Document filed by Ofelia Nelida Garcia, Ricardo Pons. (Spencer, Michael) (Entered: 04/07/2015) |
|---|---|---|
| 04/07/2015 | 13 | DECLARATION of UTZ SCHULLER &amp; MARKUS GIERKE in Support re: 4 MOTION for Partial Summary Judgment .. Document filed by NW Global Strategy. (Spencer, Michael) (Entered: 04/07/2015) |
| 05/04/2015 | 14 | DECLARATION of UTZ SCHULLER &amp; MARKUS GIERKE [CORRECTED] in Support re: 4 MOTION for Partial Summary Judgment .. Document filed by NW Global Strategy. (Spencer, Michael) (Entered: 05/04/2015) |
| 06/05/2015 | 15 | OPINION AND ORDER #105577: For the reasons given above, the court concludes that plaintiffs in these thirty-six actions have satisfied their burden for obtaining summary judgment. The motions for partial summary judgment are hereby granted. It is hereby declared, adjudged, and decreed that the Republic has violated, and continues to violate, Paragraph 1(c) of the 1994 Fiscal Agency Agreement. (Signed by Judge Thomas P. Griesa on 6/5/2015) (kl) Modified on 6/16/2015 (soh). (Entered: 06/05/2015) |
| 08/21/2015 | 16 | MOTION for Specific Performance . Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Attachments: # 1 Online (Entered: 08/21/2015) |
| 08/21/2015 | 17 | DECLARATION of MICHAEL C. SPENCER in Support re: 16 MOTION for Specific Performance .. Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online, # 6 Online, # 7 Online, # 8 Online, # 9 Online, # 10 Online, # 11 Online, # 12 Online, # 13 Online, # 14 Online, # 15 Online, # 16 Online, # 17 Online, # 18 Online, # 19 Online, # 20 Online, # 21 Online, # 22 Online, # 23 Online, # 24 Online, # 25 Online, # 26 Online, # 27 Online, # 28 Online, # 29 Online, # 30 Online, # 31 Online, # 32 Online, # 33 Online, # 34 Online, # 35 Online (Entered: 08/21/2015) |
| 09/01/2015 | 18 | LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated September 1, 2015 re: requesting court approval of an agreed to briefing schedule for plaintiffs' motion for specific performance. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 09/01/2015) |
| 09/28/2015 | 19 | DECLARATION of Elizabeth M. Hanly, dated September 25, 2015 in Opposition re: 16 MOTION for Specific Performance .. Document filed by The Republic of Argentina. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online, # 6 Online, # 7 Online (Entered: 09/28/2015) |
| 09/28/2015 | 20 | MEMORANDUM OF LAW in Opposition re: 16 MOTION for Specific Performance . . Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 09/28/2015) |
| 10/09/2015 | 21 | REPLY MEMORANDUM OF LAW in Support re: 16 MOTION for Specific Performance . . Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Spencer, Michael) (Entered: 10/09/2015) |
| 10/15/2015 | 22 | ORDER: The court will hear argument on the motions for specific performance filed in these cases at 2:00p.m. on October 28, 2015. (Oral Argument set for 10/28/2015 at 02:00 PM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 10/15/2015) (kl) (Entered: 10/15/2015) |
| 10/30/2015 | 23 | Vacated as per Judges Order dated 4/22/2016, Doc. #57. OPINION AND ORDER #105995: For these reasons, the court grants plaintiffs' motions for specific performance. The Republic is ordered to specifically perform its obligations to plaintiffs under the pari passu clause by making ratable payments to plaintiffs any time it makes, or attempts to make, payments on the Exchange Bonds. The Republic is enjoined from violating the pari passu clause and from taking any action to evade the purposes and directives of this order. Within three days, the Republic shall provide copies of this order to all participants in the payment process of the Exchange Bonds. These participants shall be bound by this order, as provided by Rule 65(d)(2), and prohibited |

MILBERG_000000153

from aiding and abetting any violation of this order. (As further set forth in this Order) (Signed by Judge Thomas P. Griesa on 10/30/2015) (kl) Modified on 11/2/2015 (ca). Modified on 4/22/2016 (tro). (Entered: 10/30/2015)

| 11/10/2015 | 24 | NOTICE OF APPEAL from 23 Memorandum &amp; Opinion,,,. Document filed by The Republic of Argentina. Filing fee $ 505.00, receipt number 0208-11611986. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Boccuzzi, Carmine) (Entered: 11/10/2015) |
| 11/10/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 24 Notice of Appeal. (tp) (Entered: 11/10/2015) |
| 11/10/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 24 Notice of Appeal, filed by The Republic of Argentina were transmitted to the U.S. Court of Appeals. (tp) (Entered: 11/10/2015) |
| 02/11/2016 | 25 | ORDER TO SHOW CAUSE: It is hereby ORDERED Plaintiffs show cause before this Court on February 18, 2016, why this Court should not issue an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1 indicating that this Court will, upon remand from the Second Circuit, issue an order pursuant to Rules 54(b), 60(b)(5) and/or 60(b)(6) of the Federal Rules of Civil Procedure, vacating the injunction entered in this matter on October 30, 2015, without further action of the Court, upon the occurrence of the following conditions precedent: (As further set forth in this Order.) Show Cause Response due by 2/16/2016, at noon and Replies due by 2/18/2016, at noon. (Signed by Judge Thomas P. Griesa on 2/11/2016) (Attachments: # 1 Online, # 2 Online (Entered: 02/11/2016) |
| 02/11/2016 | 26 | NOTICE OF APPEARANCE by Daniel Slifkin on behalf of The Republic of Argentina. (Slifkin, Daniel) (Entered: 02/11/2016) |
| 02/11/2016 | 27 | NOTICE OF APPEARANCE by Damaris Hernandez on behalf of The Republic of Argentina. (Hernandez, Damaris) (Entered: 02/11/2016) |
| 02/11/2016 | 28 | NOTICE OF APPEARANCE by David Aaron Herman on behalf of The Republic of Argentina. (Herman, David) (Entered: 02/11/2016) |
| 02/11/2016 | 29 | NOTICE OF APPEARANCE by Michael A Paskin on behalf of The Republic of Argentina. (Paskin, Michael) (Entered: 02/11/2016) |
| 02/11/2016 | 30 | MEMORANDUM OF LAW in Support re: 25 Order to Show Cause, Set Deadlines,,,,,, . Document filed by The Republic of Argentina. (Paskin, Michael) (Entered: 02/11/2016) |
| 02/11/2016 | 31 | DECLARATION of Michael A. Paskin in Support re: 25 Order to Show Cause, Set Deadlines,,,,,,. Document filed by The Republic of Argentina. (Attachments: # 1 Online (Entered: 02/11/2016) |
| 02/11/2016 | 32 | DECLARATION of Santiago Bausili in Support re: 25 Order to Show Cause, Set Deadlines,,,,,,. Document filed by The Republic of Argentina. (Paskin, Michael) (Entered: 02/11/2016) |
| 02/12/2016 | 33 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated February 12, 2016 re: enclosing copies of EM Limited and Montreux Submissions. Document filed by The Republic of Argentina. (Attachments: # 1 Online (Entered: 02/12/2016) |
| 02/17/2016 | 34 | DECLARATION of Michael A. Paskin in Support re: 25 Order to Show Cause, Set Deadlines,,,,,,. Document filed by The Republic of Argentina. (Attachments: # 1 Online, # 2 Online (Entered: 02/17/2016) |
| 02/18/2016 | 35 | NOTICE of PLAINTIFFS MEMORANDUM IN OPPOSITION TO APPLICATION BY DEFENDANT THE REPUBLIC OF ARGENTINA BY ORDER TO SHOW CAUSE TO VACATE THE PARI PASSU INJUNCTIONS. Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Spencer, Michael) (Entered: 02/18/2016) |

MILBERG_000000154

| 02/19/2016 | 36 | REPLY MEMORANDUM OF LAW in Support re: 25 Order to Show Cause, Set Deadlines,,,,,, . Document filed by The Republic of Argentina. (Attachments: # 1 Online, # 2 Online (Entered: 02/19/2016) |
|---|---|---|
| 02/19/2016 | 37 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated February 19, 2016 re: enclosing copies of EM Limited and Montreux Submissions. Document filed by The Republic of Argentina. (Attachments: # 1 Online (Entered: 02/19/2016) |
| 02/19/2016 | 38 | RULE 62.1 INDICATIVE RULING: For these reasons, the court now indicates that it would vacate the injunctions upon the occurrence of two conditions precedent: (1) The Republic repeals all legislative obstacles to settlement with the FAA bondholders, including the Lock Law and the Sovereign Payment Law; (2) For all plaintiffs that enter into agreements in principle with the Republic on or before February 29, 2016, the Republic must make full payment in accordance with the specific terms of each such agreement. The Republic must also notify the court once those plaintiffs have all received full payment. If the Court of Appeals remands to allow this court to grant the Republic's motion to vacate, the injunctions will be lifted automatically upon fulfillment of these two conditions. (As further set forth in this Ruling) (Signed by Judge Thomas P. Griesa on 2/19/2016) (kl) (Entered: 02/19/2016) |
| 02/24/2016 | 39 | MANDATE of USCA (Certified Copy) as to 24 Notice of Appeal, filed by The Republic of Argentina. USCA Case Number 15-3609. The Republic of Argentina has moved to dismiss with prejudice all of the appeals consolidated respectively under 15-1060(L) and 15-3675(L) in order to allow the district court, upon motion, to enter the order indicated in its indicative ruling of February 19, 2016. Plaintiffs-appellees in 15-3675(L) have moved to refer certain motions on that docket to this panel. Following review of the parties submissions in support of and opposition to dismissal and referral, as well as oral argument, the motion to refer appellants motion for remand is GRANTED, but that motion for remand is now reviewed as a motion to dismiss with prejudice consistent with Argentinas amendment at argument. The two pending motions to dismiss with prejudice are GRANTED pursuant to the parties agreement, confirmed in open court, as follows: 1. Before the indicative ruling is formally entered as an order, Argentina will file a motion in the district court seeking such relief, giving notice of the motion to all parties, and affording them an opportunity to be heard in the district court. 2. Argentina agrees to a stay of up to two weeks of any district court order formalizing the indicative ruling so that parties opposing the order can file a notice of appeal within two business days and seek a further stay of the order from a motions panel of this court pending appeal. Any such appeals will be consolidated for review by this court, and any party seeking a stay is hereby excused from further requirements of Fed. R. App. P. 8. Jurisdiction over these cases is hereby returned to the district court with the parties agreement to the aforestated conditions, which contemplate that the district court will enter no order formalizing its indicative ruling except on a motion from Argentina, with notice to all parties and an opportunity to be heard, and that any order will be stayed for up to two weeks. All other pending motions on both dockets are hereby DENIED as moot.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 02/24/2016.(nd) (Entered: 02/25/2016) |
| 02/25/2016 | 40 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated 02/25/2016 re: entry of the Republic's motions and requesting that this Court hold a hearing on the Republic's Motions to Vacate the Injunctions Entered by this Court on November 21, 2012, and October 30, 2015. Document filed by The Republic of Argentina. (Attachments: # 1 Online (Entered: 02/25/2016) |
| 02/25/2016 | 41 | ORDER: On February 19, 2016, this court issued a Rule 62.1 Indicative Ruling. The Court of Appeals remanded the above-captioned actions after hearing argument on February 24, 2016. The Court of Appeals also instructed the Republic of Argentina to file a motion requesting that this court formally enter the Indicative Ruling as an order, giving notice of the motion to all parties, and affording those parties an opportunity to be heard in this court. The Republic of |

MILBERG_000000155

Argentina has now filed such a motion. The court will hear argument on the motion in these actions at 1:30 p.m. on March 1, 2016. Any party wishing to submit further papers may do so by noon on February 29, 2016. SO ORDERED. (Oral Argument set for 3/1/2016 at 01:30 PM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 2/25/2016) (kl) (Entered: 02/25/2016)

| | | |
|---|---|---|
| 02/26/2016 | 42 | LETTER addressed to Judge Thomas P. Griesa from Michael C. Spencer dated February 26, 2016 re: Request for extension. Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons.(Spencer, Michael) (Entered: 02/26/2016) |
| 02/26/2016 | 43 | ORDER: Certain plaintiffs have requested an adjournment of the hearing presently scheduled for 1:30 p.m. on March 1, 2016. In light of the circumstances underlying this litigation, it is desirable for all parties to know the court's disposition with respect to the injunctions and to arrive at a prompt resolution so that any order may be reviewed by the Court of Appeals. All plaintiffs have had notice of the Republic of Argentina's motion to vacate the injunctions in all cases since February 11, 2016. Many plaintiffs have already submitted voluminous briefs on this issue, both in this court and in the Court of Appeals. And, as outlined in the court's February 25 scheduling order, the parties may file further briefing, if they wish, by noon on February 29, 2016. Before this court issues any formal order on the Republic's motion to vacate, all parties will have had a meaningful opportunity to be heard orally and in written briefs. The hearing will take place at 1:30 p.m. on March 1, 2016. SO ORDERED. (Signed by Judge Thomas P. Griesa on 2/26/2016) (kl) (Entered: 02/26/2016) |
| 02/29/2016 | 44 | MEMORANDUM OF LAW in Opposition re: 40 Letter, . Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Spencer, Michael) (Entered: 02/29/2016) |
| 02/29/2016 | 45 | DECLARATION of Michael C. Spencer in Opposition re: 40 Letter,. Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. (Spencer, Michael) (Entered: 02/29/2016) |
| 02/29/2016 | 46 | RESPONSE of The Bank of New York Mellon to Motion of The Republic of Argentina Seeking to Vacate Injunctions. Document filed by The Bank of New York Mellon. (Schaffer, Eric) (Entered: 02/29/2016) |
| 02/29/2016 | 47 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 25 Order to Show Cause, Set Deadlines,,,,,, . Document filed by The Republic of Argentina. (Attachments: # 1 Online, # 2 Online, # 3 Online, # 4 Online, # 5 Online, # 6 Online, # 7 Online, # 8 Online, # 9 Online, # 10 Online, # 11 Online, # 12 Online (Entered: 02/29/2016) |
| 02/29/2016 | 48 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated February 29, 2016 re: enclosing Memorandum of Law in Support of Defendant the Republic of Argentina's Motion for the Entry of Final Orders Conditionally Lifting the Pari Passu Injunctions. Document filed by The Republic of Argentina. (Attachments: # 1 Online (Entered: 02/29/2016) |
| 03/01/2016 | | Minute Entry for proceedings held before Judge Thomas P. Griesa: Oral Argument held on 3/1/2016 re: (888 in 1:08-cv-06978-TPG) Letter, filed by The Republic of Argentina, (887 in 1:08-cv-06978-TPG) USCA Mandate Attorney Michael B. Mukasey, representing plaintiff EM Limited. Attorney Michael Shuster, representing plaintiffs Montreux and others. Attorney Michael A. Paskin, representing defendant, the Republic of Argentina.Attorney Christopher Clark, representing certain exchange bondholders. Attorneys Robert A. Cohen and Theodore B. Olson, representing plaintiff NML Capital, Ltd. Attorney Edward A. Friedman, representing plaintiffs Aurelius and Blue Angel. Attorney Michael C. Spencer, representing the Varela and other plaintiffs.Attorneys Anthony J. Costantini, Richard L. Levine, Anu Bhargava, Jennifer R. Scullion, P. Sabin Willett, and Jessica J. Sleater, representing certain other plaintiffs. Attorney Eric A. Schaffer, representing Bank of New YorkMellon. Hearing held.in re: requesting entry of an order by the court granting the Republic of Argentinas motions to vacate the injunctions. (See |

|  |  | also Mandate (doc. no. 887) issued on February 24, 2016, and letterrequest dated February 25, 2016 (doc. no. 888).) The court reserves decision on all motions. See transcript.(Court Reporter Vincent Bologna) (Landers, Rigoberto) (Entered: 03/02/2016) |
|---|---|---|
| 03/02/2016 | 49 | OPINION AND ORDER: The court appreciates the arguments presented by all parties who spoke at yesterday's hearing. And the court does not take lightly the decision to lift the injunctions. But, ultimately, circumstances have changed so significantly as to render the injunctions inequitable and detrimental to the public interest. For the reasons outlined in the Indicative Ruling and this order, the court grants the Republic's motions to vacate the injunctions in all actions upon the occurrence of the two conditions precedent: (1) The Republic repeals all legislative obstacles to settlement with the FAA bondholders, including the Lock Law and the Sovereign Payment Law; (2) For all plaintiffs that entered into agreements in principle with the Republic on or before February 29, 2016, the Republic must make full payment in accordance with the specific terms of each such agreement. The Republic must also notify the court once those plaintiffs have all received full payment. (As further set forth in this Opinion) (Signed by Judge Thomas P. Griesa on 3/2/2016) (Attachments: # 1 Online (Entered: 03/02/2016) |
| 03/04/2016 | 50 | NOTICE OF APPEAL from 49 Memorandum &amp; Opinion,,,,,. Document filed by Ofelia Nelida Garcia, NW Global Strategy, Ricardo Pons. Filing fee $ 505.00, receipt number 0208-12030487. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Spencer, Michael) (Entered: 03/04/2016) |
| 03/04/2016 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 50 Notice of Appeal. (tp) (Entered: 03/04/2016) |
| 03/04/2016 |  | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 50 Notice of Appeal, filed by NW Global Strategy, Ofelia Nelida Garcia, Ricardo Pons were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/04/2016) |
| 03/11/2016 | 51 | ORDER of USCA (Certified Copy) as to 50 Notice of Appeal, filed by NW Global Strategy, Ofelia Nelida Garcia, Ricardo Pons. USCA Case Number 16-658. Appellants move to stay enforcement of the District Court's March 2, 2016 order pending resolution of the above-captioned appeals. Appellees consent to the motion. IT IS HEREBY ORDERED that the motion is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Order: 03/11/2016. Certified: 03/11/2016.(nd) (Entered: 03/11/2016) |
| 04/14/2016 | 52 | ORDER of USCA (Certified Copy) as to 50 Notice of Appeal, filed by NW Global Strategy, Ofelia Nelida Garcia, Ricardo Pons. USCA Case Number 16-0628(L). On April 13, 2016, the Court heard oral argument in this consolidated expedited appeal taken from an order of the district court entered March 2, 2016. IT IS HEREBY ORDERED that the order of the district court is affirmed. A further order will follow in due course. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 04/14/2016. (nd) (Entered: 04/14/2016) |
| 04/15/2016 | 53 | MANDATE of USCA (Certified Copy) as to 50 Notice of Appeal, filed by NW Global Strategy, Ofelia Nelida Garcia, Ricardo Pons. USCA Case Number 16-0628(L). Ordered, Adjudged and Decreed that the opinion and Order of the District Court is AFFIRMED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 04/15/2016(nd) (Entered: 04/18/2016) |
| 04/19/2016 | 54 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated April 19, 2016 re: requesting that the Court issue the Proposed Order attached hereto as Exhibit A. Document filed by The Republic of Argentina. (Attachments: # 1 Online (Entered: 04/19/2016) |
| 04/19/2016 | 55 | ORDER: IT IS HEREBY ORDERED that: Argentina shall identify promptly all series of Exchange Bonds to be paid by BNY Mellon under the Indenture (the "Exchange Bonds Payments"), listing for each series the interest to be paid and the interest per $1000 or euro 1000 (as applicable) principal amount of each |

series of Exchange Bonds. Upon the fulfillment of the two conditions precedent referenced in the March 2 Order vacating the Injunctions, Argentina is authorized and directed to perform all of its obligations under the Indenture including, without limitation, payment of all fees, expenses and other amounts owed or payable to BNY Mellon thereunder. Upon determination by this Court that the two conditions precedent referenced in the March 2 Order have been met and receipt of the information set forth in the preceding paragraph, BNY Mellon is authorized and directed to distribute amounts received from Argentina, including, without limitation, the funds which Argentina transferred into BNY Mellon's accounts at Banco Central de la Republica Argentina on June 26, 2014, in accordance with the Indenture. The record date for purposes of such payments shall be the fifth Business Day (as defined in the Indenture) after this Court determines that the two conditions precedent referenced in the March 2 Order have been met and the payment date of such amounts shall be no later than 15 days following such record date, as Argentina shall instruct BNY Mellon with no less than three Business Days written notice, and payments shall be made to Holders (as defined in the Indenture) of record as of the close of business on the record date. In accordance with the Indenture, such payments shall be prefunded by 1:00 p.m. local time on the Business Day (as defined in the Indenture) prior to the Payment Date. (As further set forth in this Order) (Signed by Judge Thomas P. Griesa on 4/19/2016) (kl) (Entered: 04/19/2016)

| | | |
|---|---|---|
| 04/22/2016 | 56 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated April 22, 2016 re: notifying the Court that the Republic has satisfied the two conditions precedent to vacatur of the injunctions pursuant to this Court's March 2, 2016 Opinion and Order. Document filed by The Republic of Argentina. (Attachments: # 1 Online, # 2 Online, # 3 Online (Entered: 04/22/2016) |
| 04/22/2016 | 57 | ORDER: On March 2, 2016, the court granted the Republic of Argentina's motion to vacate the pari passu injunctions upon the occurrence of two conditions precedent: (1) The Republic repeals all legislative obstacles to settlement with the FAA bondholders, including the Lock Law and the Sovereign Payment Law; (2) For all plaintiffs that entered into agreements in principle with the Republic on or before February 29, 2016, the Republic must make full payment in accordance with the specific terms of each such agreement. The Republic must also notify the court once those plaintiffs have all received full payment. Some plaintiffs appealed that March 2 vacatur order. On April 13, 2016, the Court of Appeals heard oral argument on the appeal and affirmed the vacatur order from the bench. The Court of Appeals then issued a written order, holding that this court did not abuse its discretion in ordering that the injunctions would be vacated upon satisfaction of the two conditions precedent. Aurelius Capital Master, Ltd. v. Republic of Argentina, No. 16-628, sum. order at 21 (2d Cir. Apr. 15, 2016). The Court of Appeals also noted that, at the time the Republic certifies it has satisfied the conditions precedent, this court should "take steps... to determine whether the conditions have indeed been met." Id. The Republic now certifies that it has satisfied the conditions precedent. In support of certification, the Republic submits two sworn declarations. The first is the declaration of Undersecretary of Finance Santiago Bausili, which shows that the Republic has repealed all legislative obstacles to settlement, including the Lock Law and the Sovereign Payment Law. The second is the declaration of Matthew Dukes, Director of Deutsche Bank Securities, which lists the settlement payments made to every plaintiff that entered into an agreement in principle by February 29, 2016. For each payment, the Dukes declaration confirms the plaintiffs name, settlement amount, and Fedwire reference number. Having carefully reviewed the Republic's submissions, the court now finds that the conditions precedent have been met. Accordingly, the injunctions are vacated in all cases. All stipulations of dismissal are to be filed with the court no later than 2:00 p.m. on April 25, 2016. (Signed by Judge Thomas P. Griesa on 4/22/2016) (tro) (Entered: 04/22/2016) |

MILBERG_000000158

| 06/20/2016 | 58 | SECOND AMENDED AND SUPPLEMENTAL ORDER OF APPOINTMENT OF SPECIAL MASTER: The Order for Appointment of Special Master, June 23, 2014, as amended and supplemented by the Amended and Supplemental Order of Appointment of Special Master, November 3, 2014, is further amended and supplemented as follows: 1. From and after April 22, 2016, Elliot Capital Management and Aurelius Capital Management, who have settled their claims with the Republic of Argentina, shall have no further responsibility for the fees and expenses of the Special Master. 2. From and after April 22, 2016, those parties who avail themselves of the services of the Special Master in negotiations with the Republic of Argentina shall have responsibility for their share of the fees and expenses of the Special Master. 3. The Special Master shall have the right to invoice the clients of Morgan Lewis &amp; Bockius and Duane Morris for his services from April 22, 2016 through June 22, 2016 (and for services thereafter as the Special Master may determine appropriate) by invoicing the law firms as the representatives of their clients. These clients shall include Attestor Master Value Fund LP; Bybrook Capital Master Fund LP; Hazelton Master Fund LP; Trinity Investments Limited; White Hawthorne, LLC; and White Hawthorne II, LLC. Unless otherwise agreed between and among these clients, each shall be responsible for an equal share of one-half of the Special Master's fees and expenses. The Republic of Argentina shall remain responsible for its one-half of the Special Master's fees and expenses. 4. This Order shall apply to the above-captioned cases, all of which remain open, as well as any other cases against the Republic of Argentina in which the parties avail themselves of the services of the Special Master. 5. In all other respects the Order of Appointment of Special Master, June 23, 2014, as amended and supplemented by Order of November 3, 2014, shall remain in full force and effect. SO ORDERED. (Signed by Judge Thomas P. Griesa on 6/20/2016) (kl) (Entered: 06/20/2016) |
| 06/30/2017 | | NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Thomas P. Griesa is no longer assigned to the case. (ma) (Entered: 06/30/2017) |

Copyright © 2017 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

Confidential

MILBERG_000000159

## US District Court Civil Docket

### U.S. District - New York Southern
(Foley Square)

### 1:14cv8242

### Perez et al v. The Republic of Argentina

This case was retrieved from the court on Thursday, July 27, 2017

Update Now

| | Availability | No. | Date | Proceeding Text Filter | Source |
|---|---|---|---|---|---|
| ☐ | Free | 1 | 10/15/2014 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 350.00, Receipt Number 465401107197) Document filed by Hamburg Consulting Inc., Florencio Perez, Lis Carina Medina, Eduardo Andres Francheschi, Franca Antonione, Jose Luis Quatrini, Hector Perez, Ramon Zubielqui, Witkron S.A., Golsun S.A., Francisco Basso, Mario Alberto Ruiz, Juan Carlos Greco, Bradford Promotions S.A., Farigold Trade S.A., Adofo Sanchez Blanco, Enrique Antonio Julio Gebert, Gellxon Corp., Livio Mazzola, Graciela Zubasti, Carlos Jesus Sendin, Rafael Antonio Salamanca, Marland International S.A., Francisco de Gamboa, Pierino Garrafa, Silvia Aldra Murillo de Gebert, Maria Isabel Berraondo, M. Alejandra Terra Risso, Enrique Cohen, Juan Alberto Jose, Laynel Corporation, Claudio Martinez, Eduardo Gibson. (Attachments: # 1 Complaint Part 2)(moh) (Additional attachment(s) added on 10/20/2014: # 1 Complaint Part 2) (moh). (Entered: 10/20/2014) | |
| ☐ | Runner | | 10/15/2014 | SUMMONS ISSUED as to The Republic of Argentina. (moh) (Entered: 10/20/2014) | |
| ☐ | Runner | | 10/15/2014 | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 10cv5338. (moh) (Entered: 10/20/2014) | |
| ☐ | Runner | | 10/15/2014 | Case Designated ECF. (moh) (Entered: 10/20/2014) | |
| ☐ | Free | 2 | 10/15/2014 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 10cv5338. Document filed by Franca Antonione, Francisco Basso, Maria Isabel Berraondo, Bradford Promotions S.A., Enrique Cohen, Farigold Trade S.A., Eduardo Andres Francheschi, Pierino Garrafa, Enrique Antonio Julio Gebert, Gellxon Corp., Eduardo Gibson, Golsun S.A., Juan Carlos Greco, Hamburg Consulting Inc., Juan Alberto Jose, Laynel Corporation, Marland International S.A., Claudio Martinez, Livio Mazzola, Lis Carina Medina, Silvia Alcira Murillo de Gebert, Florencio Perez, Hector Perez, Jose Luis Quatrini, Mario Alberto Ruiz, Rafael Antonio Salamanca, Adolfo Sanchez Blanco, Carlos Jesus Sendin, M. Alejandra Terra Risso, Witkron S.A., Gradela Zubasti, Ramon Zubielqui, Francisco de Gamboa.(moh) (Entered: 10/20/2014) | |
| ☐ | Online | 3 | 10/15/2014 | CIVIL COVER SHEET filed. (moh) (Entered: 10/20/2014) | |
| ☐ | Runner | | 10/21/2014 | CASE ACCEPTED AS RELATED. Create association to 1:10-cv-05338-TPG. Notice of Assignment to follow. (pgu) (Entered: 10/21/2014) | |
| ☐ | Runner | | 10/21/2014 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned is no longer assigned to the case. (pgu) (Entered: 10/21/2014) | |
| ☐ | Runner | | 10/21/2014 | Magistrate Judge Gabriel W. Gorenstein is so designated. (pgu) (Entered: 10/21/2014) | |
| ☐ | Online | 4 | 10/22/2014 | SUMMONS RETURNED EXECUTED Summons and Complaint,,, served. The Republic of Argentina served on 10/16/2014, answer due 12/15/2014. Document filed by Hector Perez. (Spencer, Michael) (Entered: 10/22/2014) | |
| ☐ | Free | 5 | 12/15/2014 | ANSWER to 1 Complaint,,,. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 12/15/2014) | |
| ☐ | Free | 6 | 02/05/2015 | MOTION for Partial Summary Judgment . Document filed by Franca Antonione, Ezequiel Hernan Badini, Alejandro Pablo Baravalle, Heinrich Peter Baravalle, Francisco Basso, Maria Isabel Berraondo, Bradford Promotions S.A., Patricia Ruth Caronna, Enrique Cohen, Compania Caltecno S.A., Guillermo Dotto, Maria Del | |

Confidential

MILBERG_000000160

| | | | |
|---|---|---|---|
| | | | Carmen Escudero, Farigold Trade S.A., Zum Felde, Eduardo Andres Francheschi, Susana Frasca De Lauria, Pierino Garrafa, Enrique Antonio Julio Gebert, Gelkon Corp., Eduardo Gibson, Norberto Pablo Giudice, Golsun S.A., Juan Carlos Greco, Hamburg Consulting Inc., Juan Alberto Jose, Kinburg Trust S.A., Susana Lauria, Laynel Corporation, Maria Teresa Lepore, Marland International S.A., Claudio Martinez, Mazzini, Jorge Marcelo and Chersicla, Gradela Alejandra, Livio Mazzola, Lis Carina Medina, Silvia Aldra Murillo de Gebert, Florencio Perez, Jose Luis Quatrini, Mario Alberto Ruiz, Salvador Saddemi, Rafael Antonio Salamanca, Adolfo Sanchez Blanco, Carlos Jesus Sendin, Hernan Taboada, Jorge Manuel Taboada, M. Alejandra Terra Risso, Ana Valeria, Witkron S.A., Gradela Zubasti, Ramon Zubielqui, Francisco de Gamboa. (Spencer, Michael) (Entered: 02/05/2015) |
| ☐ Free | 7 | 02/05/2015 | RULE 56.1 STATEMENT. Document filed by Franca Antonione, Ezequiel Hernan Badini, Alejandro Pablo Baravalle, Heinrich Peter Baravalle, Francisco Basso, Maria Isabel Berraondo, Bradford Promotions S.A., Patricia Ruth Caronna, Enrique Cohen, Compania Calitecno S.A., Guillermo Dotto, Maria Del Carmen Escudero, Farigold Trade S.A., Zum Felde, Eduardo Andres Francheschi, Susana Frasca De Lauria, Pierino Garrafa, Enrique Antonio Julio Gebert, Gelkon Corp., Eduardo Gibson, Norberto Pablo Giudice, Golsun S.A., Juan Carlos Greco, Hamburg Consulting Inc., Juan Alberto Jose, Kinburg Trust S.A., Susana Lauria, Laynel Corporation, Maria Teresa Lepore, Marland International S.A., Claudio Martinez, Mazzini, Jorge Marcelo and Chersicla, Gradela Alejandra, Livio Mazzola, Lis Carina Medina, Silvia Aldra Murillo de Gebert, Florencio Perez, Jose Luis Quatrini, Mario Alberto Ruiz, Salvador Saddemi, Rafael Antonio Salamanca, Adolfo Sanchez Blanco, Carlos Jesus Sendin, Hernan Taboada, M. Alejandra Terra Risso, Ana Valeria, Witkron S.A., Gradela Zubasti, Ramon Zubielqui, Francisco de Gamboa. (Spencer, Michael) (Entered: 02/05/2015) |
| ☐ Free | 8 | 02/05/2015 | DECLARATION of MICHAEL C. SPENCER in Support re: 6 MOTION for Partial Summary Judgment .. Document filed by Franca Antonione, Ezequiel Hernan Badini, Alejandro Pablo Baravalle, Heinrich Peter Baravalle, Francisco Basso, Maria Isabel Berraondo, Bradford Promotions S.A., Patricia Ruth Caronna, Enrique Cohen, Compania Calitecno S.A., Guillermo Dotto, Maria Del Carmen Escudero, Farigold Trade S.A., Zum Felde, Eduardo Andres Francheschi, Susana Frasca De Lauria, Pierino Garrafa, Enrique Antonio Julio Gebert, Gelkon Corp., Eduardo Gibson, Norberto Pablo Giudice, Golsun S.A., Juan Carlos Greco, Hamburg Consulting Inc., Juan Alberto Jose, Kinburg Trust S.A., Jose Alberto Landi, Susana Lauria, Laynel Corporation, Maria Teresa Lepore, Marland International S.A., Claudio Martinez, Mazzini, Jorge Marcelo and Chersicla, Gradela Alejandra, Livio Mazzola, Lis Carina Medina, Silvia Aldra Murillo de Gebert, Florencio Perez, Jose Luis Quatrini, Mario Alberto Ruiz, Salvador Saddem, Rafael Antonio Salamanca, Adolfo Sanchez Blanco, Carlos Jesus Sendin, Hernan Taboada, Jorge Manuel Taboada, M. Alejandra Terra Risso, Ana Valeria, Witkron S.A., Graciela Zubasti, Ramon Zubielqui, Francisco de Gamboa. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 (1 of 3), # 6 Exhibit 5 (2 of 3), # 7 Exhibit 5 (3 of 3), # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48)(Spencer, Michael) (Entered: 02/05/2015) |
| ☐ Online | 9 | 02/13/2015 | LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi Jr. dated February 13, 2015 re: motion for summary judgment briefing schedule. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 02/13/2015) |
| ☐ Free | 10 | 02/17/2015 | MEMO ENDORSEMENT on re: (12 in 1:14-cv-08946-TPG) Letter filed by The Republic of Argentina, (11 in 1:14-cv-07739-TPG) Letter filed by The Republic of Argentina, (18 in 1:14-cv-04092-TPG) Letter filed by The Republic of Argentina, (6 in 1:14-cv-08739-TPG) Letter filed by The Republic of Argentina, (12 in 1:14-cv-08947-TPG) Letter filed by The Republic of Argentina, (11 in 1:14-cv-08601-TPG) Letter filed by The Republic of Argentina, (9 in 1:14-cv-08242-TPG) Letter filed by The Republic of Argentina, (17 in 1:14-cv-07258-TPG) Letter filed by Republic of Argentina, (18 in 1:14-cv-04091-TPG) Letter filed by The Republic of Argentina, (11 in 1:14-cv-08303-TPG) Letter filed by The Republic of Argentina, (12 in 1:14-cv-08988-TPG) Letter filed by The Republic of Argentina, (14 in 1:14-cv-08630-TPG) Letter filed by The Republic of Argentina, re: Briefing schedule. ENDORSEMENT: SO ORDERED. (Signed by Judge Thomas P. Griesa on 2/17/2015) (ajs) (Entered: 02/17/2015) |
| ☐ Online | 11 | 03/18/2015 | COUNTER STATEMENT TO 7 Rule 56.1 Statement,,,,. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 03/18/2015) |
| ☐ Free | 12 | 03/18/2015 | DECLARATION of Elizabeth M. Hanly, dated March17, 2015 in Opposition re: 6 MOTION for Partial Summary Judgment .. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit A-K, # 2 Exhibit L-T, # 3 Exhibit U-Z, # 4 Exhibit AA-BB, # 5 Exhibit CC)(Boccuzzi, Carmine) (Entered: 03/18/2015) |
| ☐ Online | 13 | 03/18/2015 | MEMORANDUM OF LAW in Opposition re: 6 MOTION for Partial Summary Judgment . Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 03/18/2015) |
| ☐ Online | 14 | 06/05/2015 | OPINION AND ORDER #105577: For the reasons given above, the court concludes that plaintiffs in these thirty-six actions have satisfied their burden for obtaining summary judgment. The motions for partial summary judgment are hereby granted. It is hereby declared, adjudged, and decreed that the republic has violated, and continues to violate, Paragraph (1)(c) of the 1994 Fiscal Agency Agreement. (Signed by Judge Thomas P. Griesa on 6/5/2015) (kl) Modified on 6/16/2015 (soh). (Entered: 06/05/2015) |
| ☐ Free | 15 | 08/21/2015 | MOTION for Specific Performance . Document filed by Franca Antonione, Ezequiel Hernan Badini, Alejandro Pablo Baravalle, Heinrich Peter Baravalle, Francisco Basso, Maria Isabel Berraondo, Bradford Promotions S.A., Patricia Ruth Caronna, Enrique Cohen, Compania Calitecno S.A., Guillermo Dotto, Maria Del Carmen Escudero, Farigold Trade S.A., Zum Felde, Eduardo Andres Francheschi, Susana Frasca De Lauria, Pierino Garrafa, Enrique Antonio Julio Gebert, Gelkon Corp., Eduardo Gibson, Norberto Pablo Giudice, Golsun S.A., Juan Carlos Greco, Hamburg Consulting Inc., Juan Alberto Jose, Kinburg Trust S.A., Jose Alberto Landi, Susana Lauria, Laynel Corporation, Maria Teresa Lepore, Marland International S.A., Claudio Martinez, Mazzini, Jorge Marcelo and Chersicla, Gradela Alejandra, Livio Mazzola, Lis Carina Medina, Silvia Aldra Murillo de Gebert, Florencio Perez, Hector Perez, Jose Luis Quatrini, Mario Alberto Ruiz, Salvador Saddemi, Rafael Antonio Salamanca, Adolfo Sanchez Blanco, Carlos Jesus Sendin, Hernan Taboada, Jorge Manuel Taboada, M. Alejandra Terra Risso, Ana Valeria, Witkron S.A., Graciela Zubasti, Ramon Zubielqui, Francisco de Gamboa. (Attachments: # 1 Text of Proposed Order)(Spencer, Michael) (Entered: 08/21/2015) |
| ☐ Online | 16 | 08/21/2015 | DECLARATION of MICHAEL C. SPENCER in Support re: 15 MOTION for Specific Performance .. Document filed by Franca Antonione, Ezequiel Hernan Badini, Alejandro Pablo Baravalle, Heinrich Peter Baravalle, Francisco Basso, Maria Isabel Berraondo, Bradford Promotions S.A., Patricia Ruth Caronna, Enrique Cohen, Compania Calitecno S.A., Guillermo Dotto, Maria Del Carmen Escudero, Farigold Trade S.A., Zum Felde, Eduardo Andres Francheschi, Susana Frasca De Lauria, Pierino Garrafa, Enrique Antonio Julio Gebert, Gelkon Corp., Eduardo Gibson, Norberto Pablo Giudice, Golsun S.A., Juan Carlos Greco, Hamburg Consulting Inc., Juan Alberto Jose, Kinburg Trust S.A., Jose Alberto Landi, Susana Lauria, Laynel Corporation, Maria Teresa Lepore, Marland International S.A., Claudio Martinez, Mazzini, Jorge Marcelo and Chersicla, Gradela Alejandra, Livio Mazzola, Lis Carina Medina, Silvia Aldra Murillo de Gebert, Florencio Perez, Hector Perez, Jose Luis Quatrini, Mario Alberto Ruiz, Salvador Saddem, Rafael Antonio Salamanca, Adolfo Sanchez Blanco, Carlos Jesus Sendin, Hernan Taboada, Jorge Manuel Taboada, M. Alejandra Terra Risso, Ana Valeria, Witkron S.A., Graciela Zubasti, Ramon Zubielqui, Francisco de Gamboa. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 (1 of 3), # 9 Exhibit 8 (2 of 3), # 10 Exhibit 8 (3 of 3), # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33)(Spencer, Michael) (Entered: 08/21/2015) |
| ☐ Online | 17 | 09/01/2015 | LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated September 1, 2015 re: requesting court approval of an agreed to briefing schedule for plaintiffs' motion for specific performance. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 09/01/2015) |

Confidential

MILBERG_000000161

| | | | |
|---|---|---|---|
| ☐ Online | 18 | 09/28/2015 | DECLARATION of Elizabeth M. Hanly, dated September 25, 2015 in Opposition re: 15 MOTION for Specific Performance .. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit A-O, # 2 Exhibit P-R, # 3 Exhibit S, # 4 Exhibit T-U, # 5 Exhibit V-W, # 6 Exhibit X, # 7 Exhibit Y-Z)(Boccuzzi, Carmine) (Entered: 09/28/2015) |
| ☐ Online | 19 | 09/28/2015 | MEMORANDUM OF LAW in Opposition re: 15 MOTION for Specific Performance . . Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 09/28/2015) |
| ☐ Online | 20 | 10/09/2015 | REPLY MEMORANDUM OF LAW in Support re: 15 MOTION for Specific Performance . . Document filed by Franca Antonione, Ezequiel Hernan Baclini, Alejandro Pablo Baravalle, Heinrich Peter Baravalle, Francisco Basso, Maria Isabel Berraordo, Bradford Promotions S.A., Patricia Ruth Caronna, Enrique Cohen, Compania Calitecno S.A., Guillermo Dotto, Maria Del Carmen Escudero, Farigold Trade S.A., Zum Felde, Eduardo Andres Franchoschi, Susana Frasca De Lauria, Pierino Garrafa, Enrique Garrafa, Susana Gibson, Griston Corp., Eduardo Gibson, Norberto Pablo Giudice, Golsun S.A., Juan Carlos Greco, Hamburg Consulting Inc., Juan Alberto Jose, Kinburg Trust S.A., Jose Alberto Landi, Susana Lauria, Laynel Corporation, Maria Teresa Lepone, Marland International S.A., Claudio Martinez, Mazzini, Jorge Marcelo and Chersicla, Gradela Alejandra, Livio Mazzola, Lis Carmo Medina, Silvia Aldra Murillo da Gebert, Florencio Perez, Hector Perez, Jose Luis Quatrini, Marei Alberto Ruiz, Salvador Saddem, Rafael Antonio Salamanca, Adolfo Sanchez Blanco, Carlos Jesus Sendin, Hernan Taboada, Jorge Manuel Taboada, M. Alejandra Terra Risso, Ana Valeria, Witkron S.A., Graciela Zubasti, Ramon Zubielqui, Francisco de Gamboa. (Spencer, Michael) (Entered: 10/09/2015) |
| ☐ Online | 21 | 10/15/2015 | ORDER: The court will hear argument on the motions for specific performance filed in these cases at 10:00 a.m. on October 28, 2015. (Oral Argument set for 10/28/2015 at 02:00 PM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 10/15/2015) (kl) (Entered: 10/15/2015) |
| ☐ Free | 22 | 10/30/2015 | Vacated as per Judge's Order dated 4/22/2016, Doc. #56.OPINION AND ORDER #105995: For these reasons, the court grants plaintiffs' motions for specific performance. The Republic is ordered to specifically perform its obligations to plaintiffs under the pari passu clause by making ratable payments to plaintiffs any time it makes, or attempts to make, payments on the Exchange Bonds. The Republic is enjoined from violating the pari passu clause and from taking any action to evade the purposes and directives of this order. Within three days, the Republic shall provide copies of this order to all participants in the payment process of the Exchange Bonds. These participants shall be bound by this order, as provided by Rule 65(d)(2), and prohibited from aiding and abetting any violation of this order. (As further set forth in this Order) (Signed by Judge Thomas P. Griesa on 10/30/2015) (kl) Modified on 11/2/2015 (tra). Modified on 4/22/2016 (tro). (Entered: 10/30/2015) |
| ☐ Online | 23 | 11/10/2015 | NOTICE OF APPEAL from 22 Memorandum & Opinion,,,. Document filed by The Republic of Argentina. Filing fee $ 505.00, receipt number 0208-11612936. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Boccuzzi, Carmine) (Entered: 11/10/2015) |
| ☐ Runner | | 11/12/2015 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 23 Notice of Appeal. (tp) (Entered: 11/12/2015) |
| ☐ Runner | | 11/12/2015 | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 23 Notice of Appeal, filed by The Republic of Argentina were transmitted to the U.S. Court of Appeals. (tp) (Entered: 11/12/2015) |
| ☐ Runner | | 12/29/2015 | UPDATED Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 23 Notice of Appeal, filed by The Republic of Argentina were transmitted to the U.S. Court of Appeals. [USCA Case No. 15-3624-cv.] (nd) (Entered: 12/29/2015) |
| ☐ Online | 24 | 02/11/2016 | ORDER TO SHOW CAUSE: It is hereby ORDERED Plaintiffs show cause before this Court on February 18, 2016, why this Court should not issue an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1 indicating that this Court will, upon remand from the Second Circuit, issue an order pursuant to Rules 54(b), 60(b)(5) and/or 60(b)(6) of the Federal Rules of Civil Procedure, vacating the injunction entered in this matter on October 30, 2015, without further action of the Court, upon the occurrence of the following conditions precedent: (As further set forth in this Order.) Show Cause Response due by 2/16/2016, at noon and Replies due by 2/18/2016, at noon. (Signed by Judge Thomas P. Griesa on 2/11/2016.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(kko) Modified on 2/11/2016 (kko). (Entered: 02/11/2016) |
| ☐ Online | 25 | 02/11/2016 | NOTICE OF APPEARANCE by Daniel Slifkin on behalf of The Republic of Argentina. (Slifkin, Daniel) (Entered: 02/11/2016) |
| ☐ Online | 26 | 02/11/2016 | NOTICE OF APPEARANCE by Damaris Hernandez on behalf of The Republic of Argentina. (Hernandez, Damaris) (Entered: 02/11/2016) |
| ☐ Online | 27 | 02/11/2016 | NOTICE OF APPEARANCE by David Aaron Herman on behalf of The Republic of Argentina. (Herman, David) (Entered: 02/11/2016) |
| ☐ Online | 28 | 02/11/2016 | NOTICE OF APPEARANCE by Michael A Paskin on behalf of The Republic of Argentina. (Paskin, Michael) (Entered: 02/11/2016) |
| ☐ Online | 29 | 02/11/2016 | MEMORANDUM OF LAW in Support re: 24 Order to Show Cause, Set Deadlines,,,,,,. Document filed by The Republic of Argentina. (Paskin, Michael) (Entered: 02/11/2016) |
| ☐ Online | 30 | 02/11/2016 | DECLARATION of Michael A. Paskin in Support re: 24 Order to Show Cause, Set Deadlines,,,,,,. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibits A-K)(Paskin, Michael) (Entered: 02/11/2016) |
| ☐ Online | 31 | 02/11/2016 | DECLARATION of Santiago Bausili in Support re: 24 Order to Show Cause, Set Deadlines,,,,,,. Document filed by The Republic of Argentina. (Paskin, Michael) (Entered: 02/11/2016) |
| ☐ Online | 32 | 02/12/2016 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated February 12, 2016 re: enclosing copies of EM Limited and Montreux Submissions. Document filed by The Republic of Argentina. (Attachments: # 1 EM Limited and Montreux Submissions)(Paskin, Michael) (Entered: 02/12/2016) |
| ☐ Online | 33 | 02/17/2016 | DECLARATION of Michael A. Paskin in Support re: 24 Order to Show Cause, Set Deadlines,,,,,,. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Paskin, Michael) (Entered: 02/17/2016) |
| ☐ Online | 34 | 02/18/2016 | NOTICE of PLAINTIFFS MEMORANDUM IN OPPOSITION BY DEFENDANT THE REPUBLIC OF ARGENTINA BY ORDER TO SHOW CAUSE TO VACATE THE PARI PASSU INJUNCTIONS. Document filed by AJU S.A., Roberto Akman, Ana Cedilia Albornoz, Giordano Allievi, Guillermo Almanza, Alfredo Carlos Alzaga, Amber Reed Corp., Josefa Ambroselli, Abel Amoroso, Franca Antonione, Alcira Noemi Arditi, Claudio Gabriel Arditi, Eduardo Argentieri, Renate Arnold, Paula Armanda Azcarate, Roberto Bautista Franco Baccanelli, Ezequiel Hernan Baclini, Massimo Baldari, Juan Domingo Balestrelli, Maria Isabel Balestrini, Miguel Alberto Balestrini, Alejandro Pablo Baravalle, Heinrich Peter Baravalle, Ramon Barbeito, Fernando Barbeito Fernandez, Monica Cristina Barbero, Francisco Basso, Isabel Evangelina Bassani, Maria Isabel Berraondo, Gradela Marta Berretti, Malcolm Gerald Berri, Sergio Rodolfo Berri, Estrella Bety, Hendrik Beyer, Lorenzo Bianchi, Miguel Angel Bitto, Luis Pedro Bivort, Bilway International S.A., Stella Maris Boffelli, Klaus Bohrer, Boim S.A., Wolfgang Bolland, Leonidas Raul Bordigoni, Bradford Promotions S.A., Alexia Brandes, Crista Irene Brandes, Gunther Braun, Frances Brown, Carlos Alberto Bruzzone, Simonetta Buccioli, Elvira Dagmar Buczat, Maria Cristina Buenano, Vilma Burgio, Alberto Silvio Bursztyn, Andrea Susana Bursztyn, Rodolfo Burul, Romina Maria Buscaglia, Angela Busi, Ana Antonia Cabrera, Terenciano De Jesus Cabrera, Adrian Caleffa, Manuel Calvo, Mercedes Calvo, Oscar Reinaldo Carabajal, Anna Maria Carducci, Patricia Ruth Caronna, Jose Emilio Cartana, Beatriz M. Castano, Norberto Dario Castella, Maria Asuncion Inmaculada Castelli, Diego Walter Castrilli, Rosa Delfina Castro, Mara Cavana, Liliana Cebrowski, Guillermo Carlos F. Centeno, Luciana Ceredi, Woon Cheung Leung, Valerio Chiriatti, Davide Ciallella, Carlo Cigolini, Maria Fausta Cilli, Mara Silvia Cinquemani, Aldo Civetta, Cesar Civetta, Oscar Paul Clavijo, Debora Reina Cohen, Enrique Cohen, Michele Colella, Michele Colella, Juan Eduardo Columbo, Francaise Compagne, Compania Calitecno S.A., Sandro Concettini, Consultora Kilser S.A., Franco Maria Conte, Corbins Trade S.A., Gradela Candida Corleis Sociedad Anonima Saenz, Susana Alicia Costa, County Bay Investments Ltd., Dolly Esther Cubasso, D'Invinssements S.A., Annamarie Dal Toe, Mario Dal Toe, Ada Dal Trozzo, Maurizio Dalla, Rosas De Cohen, Cesare De Julia, Francisco Eduardo De La Merced, David De Lafuente, Marla Marta De Luca, Andrea De Nicola, Nestor De Nicola, Paula De Nicola, Beatriz Leonor De Ramos, Attilio De Rosa, Guido Debiasi, Estela Isabel Delgado, Bibiana Della Flora, Alejandro Demidovich, Laura Victoria Demidovich, Brigida Elvira Denis, |

Confidential   MILBERG_000000162

| | | | |
|---|---|---|---|
| | | | Ruben Ubaldo Di Marco, Dina Di Tommaso, Arnoldo Dolcetti, Gabriele Dolcetti, Giuseppe Dolcetti, Marcella Dolcetti, Arnoldo Dolcetti, Guillermo Jorge Domato, Gradela Donnantuoni, Guillermo Dotto, Drawrah Limited, Griselda Teresa Dulevich, Denise Dussault, Marie Laurette Dussault, Denise Marie Laurette Dussault In Colelia, Ines Delia Eidelman, Ensenada United Corporation, Christa Erb, Rudolf Erb, Carlos Adolfo Escati, Maria Del Carmen Escudero, Valentina Etchart, Alejandro Alberto Etcheto, Fernando Exposito, Vanina Andrea Exposito, Florenzo Facdoni, Silva Falomo, Farigold Trade S.A., Jorge Corado Farinola, Nicolas Carlos Amador Farinola, Roberto Fedecostante, Zum Felde, Mercedes Feliu, Ferismar Corp. S.A., Bernardo G. Ferman, Alejandro Enrique Fernandez, Alejandro Fernandez Barbeito, Lidia Fernandez de Barbeito, Gustavo Carlos Ferreira, Maria Esther Ferrer, Feysol S.A., Fincompany S.A., First City S.A., Fiseico - Financial Services International Corporation, Felicitas Florencia Fox Anasagasti, Eduardo Andres Francheschi, Susana Frasca De Lauria, Andrea Fabiana Fucito, Giuseppina Fuschini, Alicia G. De Sondermann, Gloria Gaggolo, Alicia Evelia Galiani, Gametown Corporation, Gametown Corporation S.A., Gradela Adriana Gamito, Norberto Angel Garcia Madeo, Luis Garcia Tobio, Pierino |
| ☐ Online | 35 | 02/19/2016 | REPLY MEMORANDUM OF LAW in Support re: 24 Order to Show Cause, Set Deadlines,,,,,, . Document filed by The Republic of Argentina. (Attachments: # 1 Second Supplemental Declaration of Michael A. Paskin, # 2 Supplemental Declaration of Santiago Bausili)(Hernandez, Damaris) (Entered: 02/19/2016) |
| ☐ Online | 36 | 02/19/2016 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated February 19, 2016 re: enclosing copies of EM Limited and Montreux Submissions. Document filed by The Republic of Argentina. (Attachments: # 1 EM Limited and Montreux Submissions)(Hernandez, Damaris) (Entered: 02/19/2016) |
| ☐ Online | 37 | 02/19/2016 | RULE 62.1 INDICATIVE RULING: For these reasons, the court now indicates that it would vacate the injunctions upon the occurrence of two conditions precedent: (1) The Republic repeals all legislative obstacles to settlement with the FAA bondholders, including the Lock Law and the Sovereign Payment Law; (2) For all plaintiffs that enter into agreements in principle with the Republic on or before February 29, 2016, the Republic must make full payment in accordance with the specific terms of each such agreement. The Republic must also notify the court once those plaintiffs have all received full payment. If the Court of Appeals remands to allow this court to grant the Republic's motion to vacate, the injunctions will be lifted automatically upon fulfillment of these two conditions. (As further set forth in this Ruling) (Signed by Judge Thomas P. Griesa on 2/19/2016) (kl) (Entered: 02/19/2016) |
| ☐ Online | 39 | 02/24/2016 | MANDATE OF USCA (Certified Copy) as to 23 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 15-3624. The Republic of Argentina has moved to dismiss with prejudice all of the appeals consolidated respectively under 15-1060(L) and 15-3675(L) in order to allow the district court, upon motion, to enter the order indicated in its indicative ruling of February 19, 2016. Plaintiffs-appellees in 15-3675(L) have moved to refer certain motions on this docket to this panel. Following review of the parties submissions in support of and opposition to dismissal and referral, as well as oral argument, the motion to refer appellants motion for remand is GRANTED, but that motion for remand is now reviewed as a motion to dismiss with prejudice consistent with Argentinas amendment at argument. The two pending motions to dismiss with prejudice are GRANTED pursuant to the parties agreement, confirmed in open court, as follows: 1. Before the indicative ruling is formally entered as an order, Argentina will file a motion in the district court seeking such relief, giving notice of the motion to all parties, and affording them an opportunity to be heard in the district court. 2. Argentina agrees to a stay of up to two weeks of any district court order formalizing the indicative ruling so that parties opposing the order can file a notice of appeal within two business days and seek a further stay of the order from a motions panel of this court pending appeal. Any such appeals will be consolidated for review by this court, and any party seeking a stay is hereby excused from further requirements of Fed. R. App. P. 8. Jurisdiction over these cases is hereby returned to the district court with the parties agreement to the aforestated conditions, which contemplate that the district court will enter no order formalizing its indicative ruling except on a motion from Argentina, with notice to all parties and an opportunity to be heard, and that any order willbe stayed for up to two weeks. All other pending motions on both dockets are hereby DENIED as moot.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 02/24/2016. (nd) (Entered: 02/25/2016) |
| ☐ Online | 38 | 02/25/2016 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated February 25, 2016 re: entry of the Republic's motions and requesting that this Court hold a hearing on the Republic's Motions to Vacate the Injunctions Entered by this Court on November 21, 2012, and October 30, 2015. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit A)(Paskin, Michael) (Entered: 02/25/2016) |
| ☐ Online | 40 | 02/25/2016 | ORDER: On February 19, 2016, this court issued a Rule 62.1 Indicative Ruling. The Court of Appeals remanded the above-captioned actions after hearing argument on February 24, 2016. The Court of Appeals also instructed the Republic of Argentina to file a motion requesting that this court formally enter the Indicative Ruling as an order, giving notice of the motion to all parties, and affording those parties an opportunity to be heard in this court. The Republic of Argentina has now filed such a motion. The court will hear argument on the motion in these actions at 1:30 p.m. on March 1, 2016. Any party wishing to submit further papers may do so by noon on February 29, 2016. SO ORDERED. (Oral Argument set for 3/1/2016 at 01:30 PM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 2/25/2016) (kl) (Entered: 02/25/2016) |
| ☐ Online | 41 | 02/26/2016 | LETTER addressed to Judge Thomas P. Griesa from Michael C. Spencer dated February 26, 2016 re: Request for extension. Document filed by AJU S.A., Roberto Akman, Ana Cecilia Albomoz, Giordano Allievi, Guillermo Almanza, Alfredo Carlos Alzaga, Amber Reed Corp.,, Josefa Ambroselli, Abel Amoroso, Franca Antonione, Alcira Noemi Arditi, Claudio Gabriel Arditi, Eduardo Argentieri, Renate Arnold, Paula Armanda Azcarate, Roberto Bautista Franco Baccanelli, Ezequiel Hernan Baclini, Massimo Baldari, Juan Domingo Balestrelli, Maria Isabel Balestrini, Miguel Alberto Balestrini, Alejandro Pablo Baravalle, Heinrich Peter Baravalle, Ramon Barbeito, Fernando Barbetto Fernandez, Monica Cristina Barbero, Francisco Basso, Isabel Evangelina Bassani, Maria Isabel Berardo, Graciela Marta Berreti, Malcolm Gerald Berri, Sergio Rodolfo Berri, Estrella Bety, Hendrik Beyer, Lorenzo Biarchi, Miguel Angel Bitto, Luis Pedro Bivort, Bliway International S.A., Stella Mars Boffelli, Klaus Bohrer, Boim S.A., Wolfgang Bolland, Leonidas Raul Bordigoni, Bradford Promotions S.A., Alexia Brandes, Crista Irene Brandes, Gunther Braun, Francois Ellen Brown, Carlos Alberto Bruzzone, Simonetta Buccioli, Elvira Dagmar Buczat, Mansi Cristina Buenano, Vilma Burgio, Alberto Silvio Bursztyn, Andrea Susana Bursztyn, Rodolfo Burul, Romina Maria Buscaglia, Angela Busi, Ana Antonia Cabrera, Terenciano De Jesus Cabrera, Adrian Caleffa, Manuel Calvo, Mercedes Calvo, Oscar Reinaldo Carabajal, Anna Maria Carducci, Patricia Ruth Caronna, Jose Emilio Cartana, Beatriz M. Castano, Norberto Dario Castella, Maria Asuncion Inmaculada Castelli, Diego Waltor Castrilli, Rosa Delfina Castro, Mara Cavana, Liliana Cebrowski, Guillermo Carlos F. Centeno, Luciana Ceredi, Woon Cheung Leung, Valerio Chiriatti, Davide Ciallella, Carlo Cigolini, Maria Fausta Cilli, Maria Silvia Cinquemani, Aldo Civetta, Cesar Civetta, Diego Raul Clavijo, Debora Reina Cohen, Enrique Cohen, Michele Colella, Michelle Colella, Juan Eduardo Columbo, Franceico Compagnie, Compania Calitecno S.A., Sandro Concettini, Consultora Kilser S.A., Franco Maria Conte, Corbins Trade S.A., Graciela Candida Corleis Sociedad Anonima Saenz, Susana Alicia Costa, County Bay Investments Ltd., Dolly Esther Cubasso, D'Investissements S.A., Bramante Dal Toe, Mara Dal Toe, Ada Dal Trozzo, Maurizio Dalfa, Rosas De Cohen, Cesare De Julis, Francisco Eduardo De La Merced, David De Lafuente, Maria Marta De Luca, Andrea De Nicola, Nestor De Nicola, Paula De Nicola, Beatriz Leonor De Ramos, Attilio De Rosa, Guido Deblasi, Estela Isabel Delgado, Bibiana Della Flora, Alejandro Demidovich, Laura Vidoria Demidovich, Brigida Elvira Denis, Ruben Ubaldo Di Marco, Dina Di Tommaso, Arnoldo Dolcetti, Gabrielle Dolcetti, Giuseppe Dolcetti, Marcella Dolcetti, Arnoldo Dolcetti, Guillermo Jorge Domato, Graciela Donnantuoni, Guillermo Dotto, Drawrah Limited, Griselda Teresa Dulevich, Denise Dussault, Marie Laurette Dussault, Denise Marie Laurette Dussault In Colelia, Ines Delia Eidelman, Ensenada United Corporation, Christa Erb, Rudolf Erb, Carlos Adolfo Escati, Maria Del Carmen Escudero, Valentina Etchart, Alejandro Alberto Etcheto, Fernando Exposito, Vanina Andrea Exposito, Fiorenzo Facdoni, Silva Falomo, Farigold Trade S.A., Jorge Corado Farinola, Nicolas Carlos Amador Farinola, Roberto Fedecostante, Zum Felde, Mercedes Feliu, Ferismar Corp. S.A., Bernardo G. Ferman, Alejandro Enrique Fernandez, Alejandro Fernandez Barbeito, Lidia Fernandez de Barbeito, Gustavo Carlos Ferreira, Maria Esther Ferrer, Feysol S.A., Fincompany S.A., First City S.A., Fiseico - Financial Services International Corporation, Felicitas Florencia Fox Anasagasti, Eduardo Andres Francheschi, Susana Frasca De Lauria, Andrea Fabiana Fucito, Giuseppina Fuschini, Alicia G. De Sondermann, Gloria Gaggiolo, Alicia Evelia Galiani, Gametown Corporation, Gametown Corporation S.A., Gradela Adriana Gamito, Norberto Angel Garcia Madeo, Luis Garcia Tobio, Pierino Garrafa, Eduardo Raul Garrido, Luis Angel G |
| ☐ Free | 42 | 02/26/2016 | |

Confidential

MILBERG_000000163

| | | | |
|---|---|---|---|
| ☐ | | | ORDER: Certain plaintiffs have requested an adjournment of the hearing presently scheduled for 1:30 p.m. on March 1, 2016. In light of the circumstances underlying this litigation, it is desirable for all parties to know the court's disposition with respect to the injunctions and to arrive at a prompt resolution so that any order may be reviewed by the Court of Appeals. All plaintiffs have had notice of the Republic of Argentina's motion to vacate the injunctions in all cases since February 11, 2016. Many plaintiffs have already submitted voluminous briefs on this issue, both in this court and in the Court of Appeals. And, as outlined in the court's February 25 scheduling order, the parties may file further briefing, if they wish, by noon on February 29, 2016. Before this court issues any formal order on the Republic's motion to vacate, all parties will have had a meaningful opportunity to be heard both orally and in written briefs. The hearing will take place at 1:30 p.m. on March 1, 2016. SO ORDERED. (Signed by Judge Thomas P. Griesa on 2/26/2016) (kl) (Entered: 02/26/2016) |
| ☐ Online | 43 | 02/29/2016 | MEMORANDUM OF LAW in Opposition re: 38 Letter, . Document filed by AJU S.A., Roberto Akman, Ana Cecilia Albornoz, Giordano Allievi, Guillermo Almanza, Alfredo Carlos Alzaga, Amber Reed Corp, Josefa Ambroselli, Abel Amoroso, Franco Antonione, Alcira Noemi Arditi, Claudio Gabriel Arditi, Eduardo Argentieri, Renate Arnold, Paula Armanda Azcarate, Roberto Bautista Franco Baccanelli, Ezequiel Hernan Bacini, Massimo Baldai, Juan Domingo Balestrelli, Maria Isabel Balestrini, Miguel Alberto Balestrini, Alejandro Pablo Baravalle, Heinrich Peter Baravalle, Ramon Barbeito, Fernando Barbeito Fernandez, Monica Cristina Barbero, Francisco Basso, Isabel Evangelina Bavassi, Maria Isabel Berraondo, Graciela Marta Berretti, Malcolm Gerald Berri, Sergio Rodolfo Berri, Estrella Bety, Hendrik Beyer, Lorenzo Bianchi, Miguel Angel Bitto, Luis Pedro Bivort, Blway International S.A., Stella Mars Boffelli, Klaus Bohrer, Boim S.A., Wolfgang Bolland, Leonidas Raul Bordigoni, Bradford Promotions S.A., Alexia Brandes, Gunther Braun, Frances Brown, Carlos Alberto Bruzzone, Simonetta Buccioli, Elvira Dagmar Buczat, Maria Cristina Buenano, Vilma Burgio, Alberto Silvio Bursztyn, Andrea Susana Bursztyn, Rodolfo Burul, Romina Maria Buscaglia, Angela Busi, Ana Antonia Cabrera, Terendano De Jesus Cabrera, Adrian Caleffa, Manuel Calvo, Mercedes Calvo, Oscar Reinaldo Carabajal, Anna Maria Carducci, Patricia Ruth Caronna, Jose Emilio Cartana, Beatriz M. Castano, Norberto Dario Castella, Maria Asuncion Inmaculada Castelli, Diego Walter Castrilli, Rosa Delfina Castro, Mara Cavana, Liliana Cebrowski, Guillermo Carlos F. Centeno, Luciana Ceredi, Woon Cheung Leung, Valerio Chiriatti, Davide Ciallella, Carlo Cigolini, Maria Fausta Cilli, Maria Silvia Cinquemani, Aldo Civetta, Cesar Civetta, Oscar Paul Clavijo, Debora Reina Cohen, Enrique Cohen, Michele Colella, Michelle Colella, Juan Eduardo Columbo, Francaise Compagnie, Compania Calitecno S.A., Sandro Concettini, Consultora Kilser S.A., Franco Maria Conte, Corbins Trade S.A., Graciela Candida Corleis Sociedad Anonima Saenz, Susana Alioa Costa, County Bay Investments Ltd., Dolly Esther Cubasso, D'Investissements S.A., Bramante Dal Toe, Mario Dal Toe, Ada Dal Trozzo, Maurizio Dalla, Rosas De Cohen, Cesare De Juliis, Francisco Eduardo De La Merced, David De Lafuente, Maria Marta De Luca, Andrea De Nicola, Nestor De Nicola, Paula De Nicola, Beatriz Leonor De Ramos, Attilio De Rosa, Guido Debias, Estela Isabel Delgado, Bibiana Della Flora, Alejandro Demidovich, Laura Victoria Demidovich, Brigida Elvira Denis, Ruben Ubaldo Di Marco, Dina Di Tommaso, Arnoldo Dolcetti, Gabrielle Dolcetti, Guiseppe Dolcetti, Marcella Dolcetti, Arnoldo Dolcetti, Guillermo Jorge Domato, Gradela Donnantuoni, Guillermo Dotto, DrawrahLimited, Griselda Teresa Dulevich, Denise Dussault, Marie Laurette Dussault, Denise Marie Laurette Dussault In Colella, Ines Delia Eidelman, Ensenada United Corporation, Christa Erb, Rudolf Erb, Carlos Adolfo Escati, Maria Del Carmen Escudero, Valentina Etchart, Alejandro Alberto Etcheto, Fernando Exposito, Vanina Andrea Exposito, Fiorenzo Faccioni, Silvia Falomo, Farigold Trade S.A., Jorge Corado Farinola, Nicolas Carlos Amador Farinola, Roberto Fedecostante, Zum Felde, Mercedes Feliu, Ferismar Corp. S.A., Bernardo G. Ferman, Alejandro Enrique Fernandez, Alejandro Fernandez Barbeito, Lidia Fernandez de Barbeito, Gustavo Carlos Ferreira, Maria Esther Ferrer, Feysol S.A., Fincompany S.A., First City S.A., Fiseico - Financial Services International Corporation, Felicitas Florencia Fox Anasagasti, Eduardo Andres Francheschi, Susana Frasca De Lauria, Andrea Fabiana Fucito, Giuseppina Fuschini, Alicia G. De Sondermann, Gloria Gaggiolo, Alicia Evelia Galiari, Gametown Corporation, Gametown Corporation S.A., Graciela Adriana Gamito, Norberto Angel Garcia Madeo, Luis Garcia Tobio, Pierino Garrafa, Eduardo Raul Garrido, Luis Angel Gatti, Marta Beatriz Gatti, Susana Leonor Gatti, Attilio Gaudenzi, Enr |
| ☐ Online | 44 | 02/29/2016 | DECLARATION of Michael C. Spencer in Opposition re: 38 Letter, . Document filed by AJU S.A., Roberto Akman, Ana Cecilia Albornoz, Giordano Allievi, Guillermo Almanza, Alfredo Carlos Alzaga, Amber ReedCorp., Josefa Ambroselli, Abel Amoroso, Franca Antonione, Alcira Noemi Arditi, Claudio Gabriel Arditi, Eduardo Argentieri, Renate Arnold, Paula Armanda Azcarate, Roberto Bautista Franco Baccanelli, Ezequiel Hernan Bacini, Massimo Baldari, Juan Domingo Balestrelli, Maria Isabel Balestrini, Miguel Alberto Balestrini, Alejandro Pablo Baravalle, Heinrich Peter Baravalle, Ramon Barbeito, Fernando Barbeito Fernandez, Monica Cristina Barbero, Francisco Basso, Isabel Evangelina Bavassi, Maria Isabel Berraondo, Gradela Marta Berretti, Malcolm Gerald Berri, Sergio Rodolfo Berri, Estrella Bety, Hendrik Beyer, Lorenzo Bianchi, Miguel Angel Bitto, Luis Pedro Bivort, Blway International S.A., Stella Mars Boffelli, Klaus Bohrer, Boim S.A., Wolfgang Bolland, Leonidas Raul Bordigoni, Bradford Promotions S.A., Alexia Brandes, Crista Irene Brandes, Gunther Braun, Frances Brown, Carlos Alberto Bruzzone, Simonetta Buccioli, Elvira Dagmar Buczat, Maria Cristina Buenano, Vilma Burgio, Alberto Silvio Bursztyn, Andrea Susana Bursztyn, Rodolfo Burul, Romina Maria Buscaglia, Angela Busi, Ana Antonia Cabrera, Terendano De Jesus Cabrera, Adrian Caleffa, Manuel Calvo, Mercedes Calvo, Oscar Reinaldo Carabajal, Anna Maria Carducci, Patricia Ruth Caronna, Jose Emilio Cartana, Beatriz M. Castano, Norberto Dario Castella, Maria Asuncion Inmaculada Castelli, Diego Walter Castrilli, Rosa Delfina Castro, Mara Cavana, Liliana Cebrowski, Guillermo Carlos F. Centeno, Luciana Ceredi, Woon Cheung Leung, Valerio Chiriatti, Davide Ciallella, Carlo Cigolini, Maria Fausta Cilli, Maria Silvio Cinquemani, Aldo Civetta, Cesar Cvetta, Oscar Paul Clavijo, Debora Reina Cohen, Enrique Cohen, Michele Colella, Michelle Colella, Juan Eduardo Columbo, Francaise Compagnie, Compania Calitecno S.A., Sandro Concettini, Consultora Kilser S.A., Franco Maria Conte, Corbins Trade S.A., Graciela Candida Corleis Sociedad Anonima Saenz, Susana Alioa Costa, County Bay Investments Ltd., Dolly Esther Cubasso, D'Investissements S.A., Bramante Dal Toe, Mario Dal Toe, Ada Dal Trozzo, Maurizio Dalla, Rosas De Cohen, Cesare De Juliis, Francisco Eduardo De La Merced, David De Lafuente, Maria Marta De Luca, Andrea De Nicola, Nestor De Nicola, Paula De Nicola, Beatriz Leonor De Ramos, Attilio De Rosa, Gabriele Dolcetti, Guiseppe Dolcetti, Estela Isabel Delgado, Bibiana Della Flora, Alejandro Elvira Denis, Ruben Ubaldo Di Marco, Dina Di Tommaso, Arnoldo Dolcetti, Gabrielle Dolcetti, Guiseppe Dolcetti, Marcella Dolcetti, Arnoldo Dolcetti, Guillermo Jorge Domato, Graciela Donnantuoni, Guillermo Dotto, Drawrah Limited, Griselda Teresa Dulevich, Denise Dussault, Marie Laurette Dussault, Denise Marie Laurette Dussault In Colella, Ines Delia Eidelman, Ensenada United Corporation, Christa Erb, Rudolf Erb, Carlos Adolfo Escati, Maria Del Carmen Escudero, Valentina Etchart, Alejandro Alberto Etcheto, Fernando Exposito, Vanina Andrea Exposito, Fiorenzo Faccioni, Silva Falomo, Farigold Trade S.A., Jorge Corado Farinola, Nicolas Carlos Amador Farinola, Roberto Fedecostante, Zum Felde, Mercedes Feliu, Ferismar Corp. S.A., Bernardo G. Ferman, Alejandro Enrique Fernandez, Alejandro Fernandez Barbeito, Lidia Fernandez de Barbeito, Gustavo Carlos Ferreira, Maria Esther Ferrer, Feysol S.A., Fincompany S.A., First City S.A., Fiseico - Financial Services International Corporation, Felicitas Florencia Fox Anasagasti, Eduardo Andres Francheschi, Susana Frasca De Lauria, Andrea Fabiana Fucito, Giuseppina Fuschini, Alicia G. De Sondermann, Gloria Gaggiolo, Alicia Evelia Galiari, Gametown Corporation, Gametown Corporation S.A., Graciela Adriana Gamito, Norberto Angel Garcia Madeo, Luis Garcia Tobio, Pierino Garrafa, Eduardo Raul Garrido, Luis Angel Gatti, Marta Beatriz Gatti, Susana Leonor Gatti, Attili |
| ☐ Online | 45 | 02/29/2016 | RESPONSE of The Bank of New York Mellon to Motion of The Republic of Argentina Seeking to Vacate Injunctions. Document filed by The Bank of New York Mellon. (Schaffer, Eric) (Entered: 02/29/2016) |
| ☐ Online | 46 | 02/29/2016 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 24 Order to Show Cause, Set Deadlines,,,,,, . Document filed by The Republic of Argentina. (Attachments: # 1 THIRD SUPPLEMENTAL DECLARATION OF MICHAEL A. PASKIN, # 2 SECOND SUPPLEMENTAL DECLARATION OF UNDERSECRETARY OF FINANCE SANTIAGO BAUSILI, # 3 Exhibit 1 TO DECLARATION OF SANTIAGO BAUSILI, # 4 Exhibit 2 TO DECLARATION OF SANTIAGO BAUSILI, # 5 Exhibit 3 TO DECLARATION OF SANTIAGO BAUSILI, # 6 Exhibit 4 TO DECLARATION OF SANTIAGO BAUSILI, # 7 Exhibit 5 TO DECLARATION OF SANTIAGO BAUSILI, # 8 Exhibit 6 TO DECLARATION OF SANTIAGO BAUSILI, # 9 Exhibit 7 TO DECLARATION OF SANTIAGO BAUSILI, # 10 Exhibit 8 TO DECLARATION OF SANTIAGO BAUSILI, # 11 Exhibit 9 TO DECLARATION OF SANTIAGO BAUSILI, # 12 Text of Proposed Order)(Hernandez, Damaris) (Entered: 02/29/2016) |
| ☐ Online | 47 | 02/29/2016 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated February 29, 2016 re: enclosing Memorandum of Law in Support of Defendant the Republic of Argentina's Motion for the Entry of Final Orders |

Confidential

MILBERG_000000164

| | | | |
|---|---|---|---|
| ☐ Runner | | 03/01/2016 | Conditionally Lifting the Pari Passu Injunctions. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit 1)(Paskin, Michael) (Entered: 02/29/2016) |
| | | | Minute Entry for proceedings held before Judge Thomas P. Griesa: Oral Argument held on 3/1/2016 re: (888 in 1:08-cv-06978-TPG) Letter, filed by The Republic of Argentina, (887 in 1:08-cv-06978-TPG) USCA Mandate Attorney Michael B. Mukasey, representing plaintiff EM Limited. Attorney Michael Shuster, representing plaintiffs Montreux and others. Attorney Michael A. Paskin, representing defendant, the Republic of Argentina.Attorney Christopher Clark, representing certain exchange bondholders. Attorneys Robert A. Cohen and Theodore B. Olson, representing plaintiff NML Capital, Ltd. Attorney Edward A. Friedman, representing plaintiffs Aurelius and Blue Angel. Attorney Michael C. Spencer, representing the Varela and other plaintiffs.Attorneys Anthony J. Costantini, Richard L. Levine, Anu Bhargava, Jennifer R. Scullion, P. Sabin Willett, and Jessica J. Sleater, representing certain other plaintiffs. Attorney Eric A. Schaffer, representing Bank of New YorkMellon. Hearing held.in re: requesting entry of an order by the court granting the Republic of Argentinas motions to vacate the injunctions. (See also Mandate (doc. no. 887) issued on February 24, 2016, and letterrequest dated February 25, 2016 (doc. no. 888).) The court reserves decision on all motions. See transcript.(Court Reporter Vincent Bologna) (Landers, Rigoberto) (Entered: 03/02/2016) |
| ☐ Free | 48 | 03/02/2016 | OPINION AND ORDER: The court appreciates the arguments presented by all parties who spoke at yesterday's hearing. And the court does not take light the decision to lift the injunctions. But, ultimately, circumstances have changed so significantly as to render the injunctions inequitable and detrimental to the public interest. For the reasons outlined in the Indicative Ruling and this order, the court grants the Republic's motions to vacate the injunctions in all actions upon the occurrence of the two conditions precedent: (1) The Republic repeals all legislative obstacles to settlement with the FAA bondholders, including the Lock Law and the Sovereign Payment Law; (2) For and until those entered into agreements in principle with the Republic on or before February 29, 2016, the Republic must make full payment in accordance with the specific terms of each agreement. The Republic must also notify the court once those plaintiffs have all received full payment. (As further set forth in this Opinion) (Signed by Judge Thomas P. Griesa on 3/2/2016) (Attachments: # 1 RULE 62.1 INDICATIVE RULING)(kl) (Entered: 03/02/2016) |
| ☐ Free | 49 | 03/04/2016 | NOTICE OF APPEAL from 48 Memorandum & Opinion,,,,. Document filed by AJU S.A., Roberto Aleman, Ana Cecilia Albornoz, Giordano Alleni, Guillermo Almanza, Alfredo Carlos Alzaga, Amber Reed Corp., Josefa Ambroselli, Abel Amoroso, Franca Antonione, Alcira Noemi Arditi, Claudio Gabriel Arditi, Eduardo Argentieri, Renate Arnold, Paula Armanda Azcarate, Roberto Bautista Franco Baccanelli, Ezequiel Hernan Bacini, Massimo Baldari, Juan Domingo Balestrelli, Maria Isabel Balestrini, Miguel Alberto Balestrini, Alejandro Pablo Baravalle, Heinrich Peter Barawalle, Ramon Barbeito, Fernando Bartolo Fernandez, Monica Cristina Barbero, Francisco Basso, Isabel Evangelina Bavassi, Maria Isabel Berraondo, Graciela Marta Berretti, Malcolm Gerald Berri, Sergio Rodolfo Berri, Estrella Bety, Hendrik Beyer, Lorenzo Bianchi, Miguel Angel Bitto, Luis Pedro Bivort, Bilway International S.A., Stella Mara Boffelli, Klaus Bohrer, Boim S.A., Wolfgang Bolland, Leonidas Raul Bordigoni, Bradford Promotions S.A., Alexia Brandes, Crista Irene Brandes, Gunther Braun, Frances Brown, Carlos Alberto Bruzzone, Simonetta Buccioli, Elvira Dagmar Buczat, Maria Cristina Buenano, Vilma Burgio, Alberto Silvio Bursztyn, Andrea Susana Bursztyn, Rodolfo Burul, Romina Maria Buscaglia, Angela Busà, Ana Antonia Cabrera, Terenciano De Jesus Cabrera, Adrian Caleffa, Manuel Calvo, Mercedes Calvo, Oscar Reinaldo Carabajal, Anna Maria Carducci, Patricia Ruth Caronna, Jose Emilio Cartana, Beatriz M. Castano, Norberto Dario Castella, Maria Asuncion Inmaculada Castelli, Diego Walter Castrilli, Rosa Delfina Castro, Mara Cavana, Liliana Cebrowski, Guillermo Carlos F. Centeno, Luciana Ceredi, Woon Cheung Leung, Valerio Chiriatti, Davide Ciafolla, Carlo Cigolini, Maria Fausta Cilli, Maria Silvia Cinquemani, Aldo Civetta, Cesar Civetta, Oscar Paul Clavijo, Debora Reina Cohen, Enrique Cohen, Michele Colella, Michelle Colella, Juan Eduardo Columbo, Francaise Compagnie, Compania Caltiecno S.A., Sandro Concettini, Consultora Kilser S.A., Franco Maria Conte, Corbins Trade S.A., Graciela Candida Corleis Sociedad Anonima Saenz, Susana Alicia Costa, County Bay Investments Ltd., Dolly Esther Cubasso, D'Investissements S.A., Bramante Dal Toe, Mario Dal Toe, Ada Dal Trozzo, Maurizio Dalla, Rosas De Cohen, Cesare De Juliis, Francisco Eduardo De La Merced, David De Lafuente, Maria Marta De Luca, Andrea De Nicola, Nestor De Nicola, Paula De Nicola, Beatriz Leonor De Ramos, Attilio De Rosa, Guido Debiasi, Estela Isabel Delgado, Bibiana Della Flora, Alejandro Demidovich, Laura Victoria Demidovich, Brigida Elvira Denis, Ruben Ubaldo Di Marco, Dina Di Tommaso, Arnoldo Dolcetti, Gabrielle Dolcetti, Giuseppe Dolcetti, Marcella Dolcetti, Arnoldo Dolecetti, Guillermo Jorge Domato, Graciela Donnantuoni, Guillermo Dotto, DrawrahLimited, Griselda Teresa Dubovich, Denise Dussault, Marie Laurette Dussault, Denise Marie Lauette Dussault In Colella, Ines Delia Eidelman, Ensenada United Corporation, Christa Erb, Rudolf Erb, Carlos Adolfo Escati, Maria Del Carmen Escudero, Valentina Etchart, Alejandro Alberto Etcheto, Fernando Exposito, Vanina Andrea Exposito, Fiorenzo Faccioni, Silva Falomo, Farigidd Trade S.A., Jorgor Corado Farinola, Nicolas Carlos Amador Farinola, Roberto Fedecostante, Zum Felde, Mercedes Feliu, Ferismar Corp. S.A., Bernardo G. Ferman, Alejandro Enrique Fernandez, Alejandro Fernandez Barbeito, Lidia Fernandez de Barbeito, Gustavo Carlos Ferreira, Maria Esther Ferrer, Feysol S.A., Fincompany S.A., First City S.A., Fiseico - Financial Services International Corporation, Felicitas Florencia Fox Anasagasti, Eduardo Andres Francheschi, Susana Frasca De Lauria, Andrea Fabiana Fucito, Giuseppina Fuschini, Alida G. De Sondermann, Gloria Gaggiolo, Alicia Evelia Gallani, Gametown Corporation, Gametown Corporation S.A., Graciela Adriana Garnito, Norberto Argel Garcia Madeo, Luis Garcia Tobio, Pierino Garrafa, Eduardo Raul Garrido, Luis Angel Gatti, Marta Beatriz Gatti, Susana Leonor Gatti, Attilio Gauderz |
| ☐ Runner | | 03/04/2016 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 49 Notice of Appeal. (tp) (Entered: 03/04/2016) |
| ☐ Runner | | 03/04/2016 | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/04/2016) |
| ☐ Online | 50 | 03/11/2016 | ORDER of USCA (Certified Copy) re: 49 Notice of appeal. USCA Case Number 16-666. Appellants move to stay enforcement of the District Court's March 2, 2016 order pending resolution of the above-captioned appeals. Appellees consent to the motion. IT IS HEREBY ORDERED that the motion is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued as Order: 03/11/2016. Certified: 03/11/2016. (nd) (Entered: 03/11/2016) |
| ☐ Online | 51 | 04/14/2016 | ORDER of USCA (Certified Copy) as to 49 Notice of Appeal by Perez et al.. USCA Case Number 16-0628(L). On April 13, 2016, the Court heard oral argument in this consolidated expedited appeal taken from an order of the district court entered March 2, 2016. IT IS HEREBY ORDERED that the order of the district court is affirmed. A further order will follow in due course. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 04/14/2016. (nd) (Entered: 04/14/2016) |
| ☐ Online | 52 | 04/15/2016 | MANDATE of USCA (Certified Copy) as to 49 Notice of Appeal by Perez et al.. USCA Case Number 16-0628 (L). Ordered, Adjudged and Decreed that the opinion and Order of the District Court is AFFIRMED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 04/15/2016(nd) (Entered: 04/18/2016) |
| ☐ Online | 53 | 04/19/2016 | LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated April 19, 2016 re: requesting that the Court issue the Proposed Order attached hereto as Exhibit A. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit A--Proposed Order)(Paskin, Michael) (Entered: 04/19/2016) |
| ☐ Online | 54 | 04/19/2016 | ORDER: IT IS HEREBY ORDERED that: Argentina shall identify promptly all series of Exchange Bonds to be paid by BNY Mellon under the Indenture (the "Exchange Bonds Payments"), listing for each series the interest to be paid and the interest per $1000 or euro 1000 (as applicable) principal amount of each series of Exchange Bonds. Upon the fulfillment of the two conditions precedent referenced in the March 2 Order vacating the Injunctions, Argentina is authorized and directed to perform all of its obligations under the Indenture including, without limitation, payment of all fees, expenses and other amounts owed or payable to BNY Mellon thereunder. Upon determination by this Court that the two conditions precedent referenced in the March 2 Order have been met and receipt of the information set forth in the preceding paragraph, BNY Mellon is authorized and directed to distribute amounts received from Argentina, including, without limitation, the funds which Argentina transferred into BNY Mellon's accounts at Banco Central de la Republica Argentina on June 26, 2014, in accordance with the Indenture. The record date for purposes of such payments shall be the fifth Business Day (as defined in the Indenture) after this Court determines that the two conditions precedent referenced in the March 2 Order have been met and the payment date of such amounts shall be no later than 15 days following such record date, as Argentina shall instruct BNY Mellon |

Confidential                                                                                          MILBERG_000000165

| | | | |
|---|---|---|---|
| ☐ Online | 55 | 04/22/2016 | with no less than three Business Days written notice, and payments shall be made to Holders (as defined in the Indenture) of record as of the close of business on the record date. In accordance with the Indenture, such payments shall be prefunded by 1:00 p.m. local time on the Business Day (as defined in the Indenture) prior to the Payment Date. (As further set forth in this Order) (Signed by Judge Thomas P. Griesa on 4/19/2016) (kd) (Entered: 04/19/2016)<br><br>LETTER addressed to Judge Thomas P. Griesa from Michael A. Paskin dated April 22, 2016 re: notifying the Court that the Republic has satisfied the two conditions precedent to vacatur of the injunctions pursuant to this Court's March 2, 2016 Opinion and Order. Document filed by The Republic of Argentina. (Attachments: # 1 Declaration of Santiago Bausili with Exhibits, # 2 Declaration of Matthew Dukes, # 3 Exhibit to Dukes Declaration)(tro) (Entered: 04/22/2016) |
| ☐ Online | 56 | 04/22/2016 | ORDER: On March 2, 2016, the court granted the Republic of Argentina's motion to vacate the pari passu injunctions upon the occurrence of two conditions precedent: (1) The Republic repeals all legislative obstacles to settlement with the FAA bondholders, including the Lock Law and the Sovereign Payment Law; (2) For all plaintiffs that entered into agreements in principle with the Republic on or before February 29, 2016, the Republic must make full payment in accordance with the specific terms of each such agreement. The Republic must also notify the court once those plaintiffs have all received full payment. Some plaintiffs appealed that March 2 vacatur order. On April 13, 2016, the Court of Appeals heard oral argument on the appeal and affirmed the vacatur order from the bench. The Court of Appeals then issued a written order, holding that this court did not abuse its discretion in ordering that the injunctions would be vacated upon satisfaction of the two conditions precedent. Aurelius Capital Master, Ltd. v. Republic of Argentina, No. 16-628, sum. order at 21 (2d Cir. Apr. 15, 2016). The Court of Appeals also noted that, at the time the Republic certifies it has satisfied the conditions precedent, this court should "take steps... to determine whether the conditions have indeed been met." Id. The Republic now certifies that it has satisfied the conditions precedent. In support of certification, the Republic submits two sworn declarations. The first is the declaration of Undersecretary of Finance Santiago Bausili, which shows that the Republic has repealed all legislative obstacles to settlement, including the Lock Law and the Sovereign Payment Law. The second is the declaration of Matthew Dukes, Director of Deutsche Bank Securities, which lists the settlement payments made to every plaintiff that entered into an agreement in principle by February 29, 2016. For each payment, the Dukes declaration confirms the plaintiffs name, settlement amount, and Fedwire reference number. Having carefully reviewed the Republic's submissions, the court now finds that the conditions precedent have been met. Accordingly, the injunctions are vacated in all cases. All stipulations of dismissal are to be filed with the court no later than 2:00 p.m. on April 25, 2016. (Signed by Judge Thomas P. Griesa on 4/22/2016) (tro) (Entered: 04/22/2016) |
| ☐ Online | 57 | 06/20/2016 | SECOND AMENDED AND SUPPLEMENTAL ORDER OF APPOINTMENT OF SPECIAL MASTER: The Order for Appointment of Special Master, June 23, 2014, as amended and supplemented by the Amended and Supplemental Order of Appointment of Special Master, November 3, 2014, is further amended and supplemented as follows: 1. From and after April 22, 2016, Elliot Capital Management and Aurelius Capital Management, who have settled their claims with the Republic of Argentina, shall have no further responsibility for the fees and expenses of the Special Master. 2. From and after April 22, 2016, those parties who avail themselves of the services of the Special Master in negotiations with the Republic of Argentina shall have responsibility for their share of the fees and expenses of the Special Master. 3. The Special Master shall have the right to invoice the clients of Morgan Lewis & Bockius and Duane Morris for his services from April 22, 2016 through June 22, 2016 (and for services thereafter as the Special Master may determine appropriate) by invoicing the law firms as the representatives of their clients. These clients shall include Attestor Master Value Fund LP; Bybrook Capital Master Fund LP; Hazelton Master Fund LP; Trinity Investments Limited; White Hawthorne, LLC; and White Hawthorne II, LLC. Unless otherwise agreed between and among these clients, each shall be responsible for an equal share of one-half of the Special Master's fees and expenses. The Republic of Argentina shall remain responsible for its one-half of the Special Master's fees and expenses. 4. This Order shall apply to the above-captioned cases, all of which remain open, as well as any other cases against the Republic of Argentina in which the parties avail themselves of the services of the Special Master. 5. In all other respects the Order of Appointment of Special Master, June 23, 2014, as amended and supplemented by Order of November 3, 2014, shall remain in full force and effect. SO ORDERED. (Signed by Judge Thomas P. Griesa on 6/20/2016) (kd) (Entered: 06/20/2016) |
| ☐ Runner | | 06/08/2017 | NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Thomas P. Griesa is no longer assigned to the case. (jc) (Entered: 06/08/2017) |

Items 1 to 70 of 70

[ Retrieve Document(s) ]    [ Send to TimeMap ]

Confidential    MILBERG_000000166

# EXHIBIT E

**Spencer, Michael**

| | |
|---|---|
| **From:** | Spencer, Michael |
| **Sent:** | Monday, April 25, 2016 12:36 PM |
| **To:** | Gluck, Matthew |
| **Subject:** | Fwd: Termination of Claim Enforcement Letters for HWB Funds |
| **Attachments:** | Termination Letter MILBERG re HWB claim engagement letter 9.pdf; ATT00001..htm |

**From:** "Gregor.Berke@lri-invest.lu" <Gregor.Berke@lri-invest.lu>
**To:** "Spencer, Michael" <MSpencer@milberg.com>, "prv@rositovago.com"
<prv@rositovago.com>
**Cc:** "Utz.Schueller@lri-invest.lu" <Utz.Schueller@lri-invest.lu>, "markus.gierke@lri-invest.lu"
<markus.gierke@lri-invest.lu>, "Rene.Thiel@lri-invest.lu" <Rene.Thiel@lri-invest.lu>, "Willi
Brand (HWB CAPITAL MANAGEME)" <hwb@bloomberg.net>, "Carsten Salzig"
<carsten.salzig@hwbcm.com>
**Subject: Termination of Claim Enforcement Letters for HWB Funds**

Dear Sir, dear Madam,

**Re:**     Argentina Bond Litigation

**Here:**     Termination of Claim Enforcement Letters for HWB Funds

We refer to the various engagement letters regarding legal services provided for the execution and
enforcement of claims, entitlements and legal titles of diverse HWB Funds, as legally represented by us
as the responsible management company, against the Republic of Argentina.

Considering that no partial or full payment has been made during more than five years as of the relevant
court decisions, we herewith invoke our contractual right to terminate the claim enforcement agreements
as entered with you, respectively – in view of the engagements concluded with DREIER LLP – assumed
and continued with / by you.

Kind regards
------------------------------------------

René Thiel
Legal & Compliance
Head of Legal & Compliance

LRI Invest S.A.
9A, rue Gabriel Lippmann
5365 Munsbach
Luxembourg

Telefon +352 261500 2800
Telefax +352 261500 2899

E-Mail Rene.Thiel@lri-invest.lu
Internet http://www.lri-invest.lu

Mit freundlichen Grüßen/ Kind regards
------------------------------------------

Gregor Berke
Legal & Compliance
Senior Legal Counsel

LRI Invest S.A.
9A, rue Gabriel Lippmann
5365 Munsbach
Luxembourg

Telefon +352 261500 2806
Telefax +352 261500 2899

Confidential: Gregor.Berke@lri-invest.lu
Internet http://www.lri-invest.lu

# TERMINATION LETTERS –

# LRI INVEST S.A.

MILBERG_000000168

LR_I Invest Luxembourg

**MILBERG LLP**
Mr. Michael Spencer
One Pennsylvania Plaza
New York
NY 10119
USA

Sabine Dick
**Assistant to the Managing Board**
Telefon    (+352) 261 500 -3001
Telefax    (+352) 261 500 -3099
E-Mail     Sabine.Dick@lri-invest.lu
Internet   www.lri-invest.lu

Munsbach, den 28. April 2016

**Documents**

Dear Sirs,

Attached please find documents from Mr. Berke.

Best regards,

LRI Invest S.A.

Sabine Dick

---

Confidential                                                                                MILBERG_000000169

NW Global Strategy
as represented by its management company
**LRI Invest S.A.**

MILBERG LLP
attn. Michael C. Spencer
One Pennsylvania Plaza
New York
NY 10119
USA

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042),
Capital Federal - Argentina

Munsbach (Luxembourg), 25 April 2016

**Re:** *Argentina Bond Litigation* **– Claim Enforcement Letter for NW Global Strategy**

Dear Sir, dear Madam,

We refer to the engagement letter by which you at MILBERG acceded and assumed the terms and conditions as agreed upon and entered into with the law firm DREIER LLP and stated in the claim enforcement engagement on 5 November 2007 setting out the terms and conditions of the legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina *et al.* ("The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (*cf.* n°. 7), page 2) we herewith terminate the Claim Enforcement Engagement with DREIER as assumed and continued by you.

Pursuant to n° 7) of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **NW Global Strategy**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (*inter alia*) **NW Global Strategy**. The relevant court decisions we refer to are the following:

Confidential

MILBERG_000000170

NW Global Strategy
as represented by its management company
**LRI Invest S.A.**

- Judgment of the *United States District Court Southern District of New York* dated 31 March 2011 [NW GLOBAL STRATEGY; *et al*. against THE REPUBLIC OF ARGENTINA - 10 Civ. 4656 (TPG) ]

- Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al*. against THE REPUBLIC OF ARGENTINA - 07 Civ. 10657 (TPG) ]

- Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al*. against THE REPUBLIC OF ARGENTINA - 07 Civ. 11382 (TPG) ]

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Kind regards

**LRI Invest S.A.,**
on behalf and in representation of
**NW Global Strategy**

Name    René Thiel

Name    GREGOR BERKE
        SENIOR LEGAL COUNSEL

Title / Function

Head of Legal
& Compliance

Title / Function

**LRI Invest S.A.**
9A, rue Gabriel Lippmann, L- 5365 Munsbach
R.C.S. Luxembourg B 28.101

as represented by its management company
**LRI Invest S.A.**

MILBERG LLP
attn. Michael C. Spencer
One Pennsylvania Plaza
New York
NY 10119
USA

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042),
Capital Federal - Argentina

Munsbach (Luxembourg), 25 April 2016

**Re:** *Argentina Bond Litigation* **– Claim Enforcement Letter for HWB Alexandra Strategies Portfolio**

Dear Sir, dear Madam,

We refer to the engagement letter as dated and executed on 30 August 2009, replacing and superseding the engagement as entered with the law firm DREIER LLP on 5 November 2007, setting out the terms and conditions of your legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina *et al.* ("The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (*cf.* n°. 8, page 2) we herewith terminate the Claim Enforcement Engagement.

Pursuant to n° 8 of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **HWB Alexandra Strategies Portfolio**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (*inter alia*) **HWB Alexandra Strategies Portfolio**. The relevant court decisions we refer to are the following:

**HWB Alexandra Strategies Portfolio**
as represented by its management company
**LRI Invest S.A.**

- Judgment of the *United States District Court Southern District of New York* dated 24 February 2011 [DRAWAH LIMITED, *et al*. against THE REPUBLIC OF ARGENTINA - 09 Civ. 8299 (TPG)]                                                                                     ]

- Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al*. against THE REPUBLIC OF ARGENTINA - 07 Civ. 10657 (TPG) ]

- Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al*. against THE REPUBLIC OF ARGENTINA - 07 Civ. 11382 (TPG) ]

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Kind regards

**LRI Invest S.A.,**
on behalf and in representation of
**HWB Alexandra Strategies Portfolio**

Name      René Thiel

Name   GREGOR BERKE

Title / Function

Title / Function

*Head of Legal & Compliance*

SENIOR LEGAL COUNSEL

HWB Portfolio Extra Plus
as represented by its management company
**LRI Invest S.A.**


MILBERG LLP
attn. Michael C. Spencer
One Pennsylvania Plaza
New York
NY 10119
USA


Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042),
Capital Federal - Argentina


Munsbach (Luxembourg), 25 April 2016


Re: *Argentina Bond Litigation* – **Claim Enforcement Letter for HWB Portfolio Extra Plus**


Dear Sir, dear Madam,

We refer to the engagement letter as dated and executed in August 2009, setting out the terms and conditions of your legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina *et al.* ("The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (*cf.* n°. 8, page 2) we herewith terminate the Claim Enforcement Engagement.

Pursuant to n° 8 of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgment(s) in favour of **HWB Portfolio Extra Plus**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgment handed down in favour of (*inter alia*) **HWB Portfolio Extra Plus**. The relevant court decision we refer to is the following:

- Judgment of the *United States District Court Southern District of New York* dated  31 March 2011 [NW GLOBAL STRATEGY, et al. against THE REPUBLIC OF ARGENTINA - 10 Civ. 4656 (TPG)] ]

as represented by its management company
**LRI Invest S.A.**

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Kind regards

**LRI Invest S.A.,**
on behalf and in representation of
**HWB Portfolio Extra Plus**

Name    René Thiel

Title / Function

*Head of Legal*
*& Compliance*

Name    GREGOR DERKE
SENIOR LEGAL COUNSEL

Title / Function

HWB Gold & Silber Plus
as represented by its management company
**LRI Invest S.A.**

MILBERG LLP
attn. Michael C. Spencer
One Pennsylvania Plaza
New York
NY 10119
USA


Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042),
Capital Federal - Argentina

Munsbach (Luxembourg), 25 April 2016


Re: *Argentina Bond Litigation* – Claim Enforcement Letter for HWB Gold & Silber Plus


Dear Sir, dear Madam,

We refer to the engagement letter as dated and executed in August 2009, setting out the terms and conditions of your legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina *et al.* ("The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (*cf.* n°. 8, page 2) we herewith terminate the Claim Enforcement Engagement.

Pursuant to n° 8 of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgment(s) in favour of **HWB Gold & Silber Plus**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgment handed down in favour of (*inter alia*) **HWB Gold & Silber Plus**. The relevant court decisions we refer to are the following:

- Judgment of the *United States District Court Southern District of New York* dated 24 February 2011 [DRAWAH LIMITED, et al. against THE REPUBLIC OF ARGENTINA - 09 Civ. 8299 (TPG)] ]

- Judgment of the *United States District Court Southern District of New York* dated 31 March 2011 [NW GLOBAL STRATEGY, et al. against THE REPUBLIC OF ARGENTINA - 10 Civ. 4656 (TPG) ]

Confidential

as represented by its management company
**LRI Invest S.A.**

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Kind regards

**LRI Invest S.A.,**
on behalf and in representation of
**HWB Gold & Silber Plus**

Name _____ René Thiel _____

Title / Function

_Head of Legal_
_& Compliance_

Name _____ GREGOR BERKE _____
_SENIOR LEGAL COUNSEL_

Title / Function

**LRI Invest S.A.**
9A, rue Gabriel Lippmann, L- 5365 Munsbach
R.C.S. Luxembourg B 28.101

Confidential

MILBERG_000000177

HWB Victoria Strategies Portfolio
as represented by its management company
**LRI Invest S.A.**

MILBERG LLP
attn. Michael C. Spencer
One Pennsylvania Plaza
New York
NY 10119
USA

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042),
Capital Federal - Argentina

Munsbach (Luxembourg), 25 April 2016

**Re:** *Argentina Bond Litigation* **– Claim Enforcement Letter for HWB Victoria Strategies Portfolio**

Dear Sir, dear Madam,

We refer to the engagement letter by which you at MILBERG acceded and assumed the terms and conditions as agreed upon and entered into with the law firm DREIER LLP and stated in the claim enforcement engagement on 5 November 2007 setting out the terms and conditions of the legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina *et al.* ("The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (*cf.* n°. 7), page 2) we herewith terminate the Claim Enforcement Engagement with DREIER as assumed and continued by you.

Pursuant to n° 7) of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **HWB Victoria Strategies Portfolio**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (*inter alia*) **HWB Victoria Strategies Portfolio**. The relevant court decisions we refer to are the following:

Confidential

MILBERG_000000178

**HWB Victoria Strategies Portfolio**
as represented by its management company
**LRI Invest S.A.**

- Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al.* against THE REPUBLIC OF ARGENTINA - 07 Civ. 10657 (TPG) ]

- Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al.* against THE REPUBLIC OF ARGENTINA - 07 Civ. 11382 (TPG) ]

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Kind regards

**LRI Invest S.A.,**
on behalf and in representation of
**HWB Victoria Strategies Portfolio**

Name    **René Thiel**

Name   GREGOR BERKE
        SENIOR LEGAL   COUNSEL

Title / Function

*Head of legal & Compliance*

Title / Function

HWB Quo Vadis
as represented by its management company
**LRI Invest S.A.**

MILBERG LLP
attn. Michael C. Spencer
One Pennsylvania Plaza
New York
NY 10119
USA

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042),
Capital Federal - Argentina

Munsbach (Luxembourg), 25 April 2016

Re:  *Argentina Bond Litigation* – **Claim Enforcement Letter for HWB Quo Vadis**

Dear Sir, dear Madam,

We refer to the engagement letter by which you at MILBERG acceded and assumed the terms and conditions as agreed upon and entered into with the law firm DREIER LLP and stated in the claim enforcement engagement on 5 November 2007 setting out the terms and conditions of the legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina *et al.* ("The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (*cf.* n°. 7), page 2) we herewith terminate the Claim Enforcement Engagement with DREIER as assumed and continued by you.

Pursuant to n° 7) of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **HWB Quo Vadis**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (*inter alia*) **HWB Quo Vadis**. The relevant court decisions we refer to are the following:

**LRI Invest S.A.**
9A, rue Gabriel Lippmann, L- 5365 Munsbach
R.C.S. Luxembourg B 28.101

HWB Quo Vadis
as represented by its management company
**LRI Invest S.A.**

- Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al.* against THE REPUBLIC OF ARGENTINA - 07 Civ. 10657 (TPG) ]

- Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al.* against THE REPUBLIC OF ARGENTINA - 07 Civ. 11382 (TPG) ]

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Kind regards

**LRI Invest S.A.,**
on behalf and in representation of
**HWB Quo Vadis**

Name        René Thiel

Name        GREGOR BERKE

Title / Function        SENIOR LEGAL COUNSEL

Head of Legal & Compliance

Title / Function

Confidential

MILBERG_000000181

HWB Immobilien Plus
as represented by its management company
**LRI Invest S.A.**

MILBERG LLP
attn. Michael C. Spencer
One Pennsylvania Plaza
New York
NY 10119
USA

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042),
Capital Federal - Argentina

Munsbach (Luxembourg), 25 April 2016

**Re:** *Argentina Bond Litigation* **– Claim Enforcement Letter for HWB Immobilien Plus**

Dear Sir, dear Madam,

We refer to the engagement letter as dated and executed in August 2009, setting out the terms and conditions of your legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina *et al.* ("The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (*cf.* n°. 8, page 2) we herewith terminate the Claim Enforcement Engagement.

Pursuant to n° 8 of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgment(s) in favour of **HWB Immobilien Plus**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgment handed down in favour of (*inter alia*) **HWB Immobilien Plus**. The relevant court decision we refer to is the following:

-   Judgment of the *United States District Court Southern District of New York* dated 24 February 2011 [DRAWAH LIMITED, et al. against THE REPUBLIC OF ARGENTINA - 09 Civ. 8299 (TPG)] ]

Confidential

MILBERG_000000182

HWB Immobilien Plus
as represented by its management company
**LRI Invest S.A.**

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Kind regards

**LRI Invest S.A.,**
on behalf and in representation of
**HWB Immobilien Plus**

Name   René Thiel
_____

Title / Function

_Head of legal &_
_Compliance_

Name   GREGOR BERKE
      SENIOR LEGAL COUNSEL
_____

Title / Function

HWB Dachfonds - VeniVidiVici
as represented by its management company
**LRI Invest S.A.**

MILBERG LLP
attn. Michael C. Spencer
One Pennsylvania Plaza
New York
NY 10119
USA

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042),
Capital Federal - Argentina

Munsbach (Luxembourg), 25 April 2016

Re: *Argentina Bond Litigation* – **Claim Enforcement Letter for HWB Dachfonds - VeniVidiVici**

Dear Sir, dear Madam,

We refer to the engagement letter as dated and executed in August 2009, setting out the terms and conditions of your legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina *et al.* ("The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (*cf.* n°. 8, page 2) we herewith terminate the Claim Enforcement Engagement.

Pursuant to n° 8 of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgment(s) in favour of **HWB Dachfonds - VeniVidiVici**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgment handed down in favour of (*inter alia*) **HWB Dachfonds - VeniVidiVici**. The relevant court decision we refer to is the following:

- Judgment of the *United States District Court Southern District of New York* dated 24 February 2011 [DRAWAH LIMITED, et al. against THE REPUBLIC OF ARGENTINA - 09 Civ. 8299 (TPG)] ]

**LRI Invest S.A.**
9A, rue Gabriel Lippmann, L- 5365 Munsbach
R.C.S. Luxembourg B 28.101

Confidential

HWB Dachfonds - VeniVidiVici
as represented by its management company
**LRI Invest S.A.**

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Kind regards

**LRI Invest S.A.,**
on behalf and in representation of
**HWB Dachfonds - VeniVidiVici**

Name     René Thiel

Title / Function

*Head of legal & Compliance*

Name     GREGOR BERKE
        SENIOR LEGAL COUNSEL

Title / Function

as represented by its management company
**LRI Invest S.A.**


MILBERG LLP
attn. Michael C. Spencer
One Pennsylvania Plaza
New York
NY 10119
USA


Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042),
Capital Federal - Argentina

Munsbach (Luxembourg), 25 April 2016


**Re:** *Argentina Bond Litigation* **– Claim Enforcement Letter for HWB Renten Portfolio Plus**


Dear Sir, dear Madam,

We refer to the engagement letter by which you at MILBERG acceded and assumed the terms and conditions as agreed upon and entered into with the law firm DREIER LLP and stated in the claim enforcement engagement on 5 November 2007 setting out the terms and conditions of the legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina *et al.* ("The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (*cf.* n°. 7), page 2) we herewith terminate the Claim Enforcement Engagement with DREIER as assumed and continued by you.

Pursuant to n° 7) of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **HWB Renten Portfolio Plus**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (*inter alia*) **HWB Renten Portfolio Plus**. The relevant court decisions we refer to are the following:


**LRI Invest S.A.**
9A, rue Gabriel Lippmann, L- 5365 Munsbach
R.C.S. Luxembourg B 28.101

Confidential

HWB Renten Portfolio Plus
as represented by its management company
**LRI Invest S.A.**

- Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al.* against THE REPUBLIC OF ARGENTINA - 07 Civ. 10657 (TPG) ]

- Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al.* against THE REPUBLIC OF ARGENTINA - 07 Civ. 11382 (TPG) ]

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Kind regards

**LRI Invest S.A.,**
on behalf and in representation of
**HWB Renten Portfolio Plus**

Name        René Thiel

Title / Function
*Head of Legal*
*& Compliance*

Name   GREGOR BERKE
   SENIOR LEGAL COUNSEL

Title / Function

**LRI Invest S.A.**
9A, rue Gabriel Lippmann, L- 5365 Munsbach
R.C.S. Luxembourg B 28.101

Confidential

MILBERG_000000187

**HWB Portfolio Plus**
as represented by its management company
**LRI Invest S.A.**

MILBERG LLP
attn. Michael C. Spencer
One Pennsylvania Plaza
New York
NY 10119
USA

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042),
Capital Federal - Argentina

Munsbach (Luxembourg), 25 April 2016

Re: *Argentina Bond Litigation* – **Claim Enforcement Letter for HWB Portfolio Plus**

Dear Sir, dear Madam,

We refer to the engagement letter by which you at MILBERG acceded and assumed the terms and conditions as agreed upon and entered into with the law firm DREIER LLP and stated in the claim enforcement engagement on 5 November 2007 setting out the terms and conditions of the legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina *et al.* ("The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (*cf.* n°. 7), page 2) we herewith terminate the Claim Enforcement Engagement with DREIER as assumed and continued by you.

Pursuant to n° 7) of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **HWB Portfolio Plus**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (*inter alia*) **HWB Portfolio Plus**. The relevant court decisions we refer to are the following:

Confidential

MILBERG_000000188

**HWB Portfolio Plus**
as represented by its management company
**LRI Invest S.A.**

-   Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al.* against THE REPUBLIC OF ARGENTINA - 07 Civ. 10657 (TPG) ]

-   Judgment of the *United States District Court Southern District of New York* dated 6 February 2009 [HWB VICTORIA STRATEGIES PORTFOLIO *et al.* against THE REPUBLIC OF ARGENTINA - 07 Civ. 11382 (TPG) ]

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Kind regards

**LRI Invest S.A.,**
on behalf and in representation of
**HWB Portfolio Plus**

Name _____ René Thiel

Title / Function _____

*Head of Legal*
*& Compliance*

Name _____ GREGOR BERKE
SENIOR LEGAL COUNSEL

Title / Function

Confidential

MILBERG_000000189

# EXHIBIT F

# TERMINATION LETTERS –

# HWB CAPITAL MANAGEMENT

MILBERG_000000190



HWB Capital Management (Suisse) S.à r.l. | Aeschenvorstadt 71 | CH-4051 Basel

MILBERG LLP
Michael C. Spencer
One Pennsylvania Plaza
49th, Floor
New York NY 10119
U.S.A.


**Via: courier service**

Basel, May 17th, 2016


Dear Mike,

Please find enclosed termination letters for

- Victoria Strategies Portfolio Ltd.
- Drawrah Limited
- UVA Vaduz
- Klaus Bohrer

*+ Ute Kantner*

Best regards,

Willi

Encl: Termination Letter Victoria Strategies Portfolio Ltd.
                            Drawrah Limited
                            UVA Vaduz
                            Klaus Bohrer


Witness: --------------------                              --------------------------
                 Ulrike Endres                                   Françoise Steffens
                 Compliance Officer - HWB SA                     Internal Auditor - HWB SA

Victoria Strategies Portfolio Ltd.
c/o Delphinus S.a.r.l.
Rue Jean Pierre Sauvage 15
Le Corail B2/3rd Floor
L 2514.Luxembourg

MILBERG LLP
Attn. Mr. Michael C. Spencer
One Pennsylvania Plaza
New York NY 10119
U.S.A.

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042)
Capital Federal – Argentina

Luxembourg, 13.-5.-2016

**Re: Argentina Bond Litigation – Claim Enforcement Letter for Victoria Strategies Portfolio Ltd.**

**Sent 1) via facsimile to: 001 212 273 4395- Milberg LLP  2) via email to: MSpencer@milberg.com and pr@rositovago.com  3) via courier service to Milberg LLP**

Dear Sir, dear Madam,

We refer to the engagement letter by which you at MILBERG acceded and assumed the terms and conditions as agreed upon and entered into with the law firm DREIER LLP and stated in the claim enforcement engagement on November 5th, 2007 setting out the terms and conditions of the legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina et al. („The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (cf. n°.7), page 2) we herewith terminate the Claim Enforcement Engagement with DREIER as assumed and continued by you.

Pursuant to n°7) of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **Victoria Ltd.**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (inter alia) **Victoria Ltd.**. The relevant court decisions we refer to are the following:

- Judgment of the United States District Court Southern District of New York dated February 10th, 2009 [HWB Victoria Strategies Portfolio et al. against THE REPUBLIC OF ARGENTINA – 07 CV 10657 (TPG)]
- Judgment of the United States District Court Southern District of New York dated February 24h, 2011 [DRAWRAH LIMITED et al. against THE REPUBLIC OF ARGENTINA – 07 CV 8299 (TPG)]

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Yours sincerely,

Witness:

_____
Director

Confidential

MILBERG_000000192

Drawrah Limited
c/o Delphinus S.a.r.l.
Rue Jean Pierre Sauvage 15
La Corail B2/3rd Floor
L-254 Luxembourg

MILBERG LLP
Attn. Mr. Michael C. Spencer
One Pennsylvania Plaza
New York NY 10119
U.S.A.

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042)
Capital Federal – Argentina

Luxembourg, 13-5-2016

**Re: Argentina Bond Litigation – Claim Enforcement Letter for DRAWRAH LIMITED.**

**Sent 1) via facsimile to: 001 212 273 4395- Milberg LLP  2) via email to: MSpencer@milberg.com and pr@rositovago.com  3) via courier service to Milberg LLP**

Dear Sir, dear Madam,

We refer to the engagement letter  as dated and executed in August 2009 setting out the terms and conditions of your legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina et al. („The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (cf. n°.8,page 2), we herewith terminate the Claim Enforcement Engagement .

Pursuant to n°8) of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **DRAWRAH LIMITED..** We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (inter alia) **DRAWRAH LIMITED ..** The relevant court decisions we refer to are the following:

- Judgment of  the United States District Court Southern District of New York dated February 24th, 2011 [DRAWRAH LIMITED et al. against THE REPUBLIC OF ARGENTINA – 09 Civ. 8299 (TPG)

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Yours sincerely,

Witness :

_____
Director

MILBERG_000000193

U.V.A. Vaduz
Ludwig-Thoma-Str. 11
82031 Grünwald
Germany

MILBERG LLP
Attn. Mr. Michael C. Spencer
One Pennsylvania Plaza
New York NY 10119
U.S.A.

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042)
Capital Federal – Argentina

Grünwald (Germany), May 9th, 2016

**Sent 1) via facsimile to: 001 212 273 4395- Milberg LLP  2) via email to: MSpencer@milberg.com and pr@rositovago.com  3) via courier service to Milberg LLP**

**Re: Argentina Bond Litigation – Claim Enforcement Letter for U.V.A. Vaduz**

Dear Sir, dear Madam,

We refer to the engagement letter by which you at MILBERG acceded and assumed the terms and conditions as agreed upon and entered into with the law firm DREIER LLP and stated in the claim enforcement engagement on December 12, 2007 setting out the terms and conditions of the legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina et al. („The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (cf. n°.7), page 2) we herewith terminate the Claim Enforcement Engagement with DREIER as assumed and continued by you.

Pursuant to n°7) of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **U.V.A. Vaduz**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (inter alia) **U.V.A. Vaduz**. The relevant court decisions we refer to are the following:

- Judgment of the United States District Court Southern District of New York dated October 21st, 2008 [U.V.A. VADUZ et al. against THE REPUBLIC OF ARGENTINA – 07 CV 11497 (TPG)
- Judgment of the United States District Court Southern District of New York dated September 1st, 2011. [Michael Schmidt, Klaus Bohrer, Ute Kantner and U.V.A. Vaduz et al. against THE REPUBLIC OF ARGENTINA – 09 Civ 7059 (TPG)

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Yours sincerely,

Dr. Christel Bohrer   Max Bohrer
Managing Director

MILBERG_000000194

Klaus Bohrer
Ludwig-Thoma-Str. 11
82031 Grünwald
Germany

MILBERG LLP
Attn. Mr. Michael C. Spencer
One Pennsylvania Plaza
New York NY 10119
U.S.A.

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042)
Capital Federal – Argentina

Grünwald (Germany), ...May 9th, 2016

**Sent 1) via facsimile to: 001 212 273 4395- Milberg LLP  2) via email to: MSpencer@milberg.com and pr@rositovago.com  3) via courier service to Milberg LLP**

**Re: Argentina Bond Litigation – Claim Enforcement Letter for Klaus Bohrer**

Dear Sir, dear Madam,

We refer to the engagement letter by which you at MILBERG acceded and assumed the terms and conditions as agreed upon and entered into with the law firm DREIER LLP and stated in the claim enforcement engagement on December 12, 2007 setting out the terms and conditions of the legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina et al. („The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (cf. n°.7), page 2) we herewith terminate the Claim Enforcement Engagement with DREIER as assumed and continued by you.

Pursuant to n°7) of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **Klaus Bohrer**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (inter alia) **Klaus Bohrer**. The relevant court decisions we refer to are the following:

- Judgment of the United States District Court Southern District of New York dated October 21st, 2008 [U.V.A. VADUZ et al. against THE REPUBLIC OF ARGENTINA – 07 CV 11497 (TPG)
- Judgment of the United States District Court Southern District of New York dated September 1st, 2011. [Michael Schmidt, Klaus Bohrer, Ute Kantner and U.V.A. Vaduz et al. against THE REPUBLIC OF ARGENTINA – 09 Civ 7059 (TPG)

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Yours sincerely,

Klaus Bohrer

Confidential

MILBERG_000000195

Ute Kantner
Kerschenbachstraße 10
54310 Ralingen
Germany

MILBERG LLP
Attn. Mr. Michael C. Spencer
One Pennsylvania Plaza
New York NY 10119
U.S.A.

Abogada / Estudio de Abogados
Hilda Patricia Rosito Vago
Sarmiento 1586, A, 1
Capital Federal (1042)
Capital Federal – Argentina

Ralingen (Germany), 14.5. 16

**Re: Argentina Bond Litigation – Claim Enforcement Letter for Ute Kantner**

**Sent 1) via facsimile to: 001 212 273 4395- Milberg LLP  2) via email to: MSpencer@milberg.com and pr@rositovago.com  3) via courier service to Milberg LLP**

Dear Sir, dear Madam,

We refer to the engagement letter  as dated and executed in July 2009 setting out the terms and conditions of your legal services with regard to our claims, entitlements and enforcement titles against the Republic of Argentina et al. („The Claim Enforcement Engagement").

In accordance with the Claim Enforcement Engagement (cf. n°.8, page 2), page 2) we herewith terminate the Claim Enforcement Engagement with DREIER as assumed and continued by you.

Pursuant to n°8) of the Claim Enforcement Engagement we are entitled to terminate the Claim Enforcement Engagement when no partial payment on principal or interest has occurred within five years upon the dates of the court judgments in favour of **UTE KANTNER**. We note, acknowledge and confirm that as of the date of this termination letter no payments, neither on the principal nor on outstanding interest claims and neither in partial form nor in full, have been made since the dates of the respective court judgments handed down in favour of (inter alia) **UTE KANTNER** . The relevant court decisions we refer to are the following:

- Judgment of  the United States District Court Southern District of New York dated September 1st, 2011. [Michael Schmidt, Klaus Bohrer, Ute Kantner and U.V.A. Vaduz et al. against THE REPUBLIC OF ARGENTINA – 09 Civ 7059 (TPG)

This termination letter will be communicated via e-mail and telefax copy and – in its original and executed form – by express courier.

Yours sincerely,

Ute Kantner
_____
Ute Kantner

                                                                     MILBERG_000000196

# EXHIBIT G

# SETTLEMENT DATA
# FOR RESPONDENTS

**Comparison:**

**Actual Pending Settlement Amounts
Based Larger of 70% of Claim Value
or 150% of Face Value**

**vs.**

**Settlement Amounts If Only 150% of Face Value
Settlements Were Available
(No *Pari Passu* Injunctions)**

Confidential

## DOLLAR-DENOMINATED BONDS

| Case No. | PLAINTIFF'S NAME | BOND | BOND FACE AMT $ | TOTAL CLAIM VALUE 31-Jan-16 | | BEST SETTLEMENT | | BEST SETTLEMENT TOTALS | IF ALL 150% SETTLEMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 07cv10657 | HWB RENTEN PORTFOLIO PLUS | GLB 2018 | 675,000.00 | 1,699,806.60 | 70% | 1,189,864.62 | | | |
| | | GLB 2031 | 675,000.00 | 1,671,134.13 | 70% | 1,169,793.89 | | | |
| | | | | | | | | | |
| | | TOTAL | 1,350,000.00 | 3,370,940.73 | | 2,359,658.51 | | 2,359,659.00 | 2,025,000.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| 07cv11382 | HWB RENTEN PORTFOLIO PLUS | GLB 2018 | 250,000.00 | 629,558.00 | 70% | 440,690.60 | | | |
| | | GLB 2031 | 313,000.00 | 774,911.09 | 70% | 542,437.76 | | | |
| | | | | | | | | | |
| | | TOTAL | 563,000.00 | 1,404,469.09 | | 983,128.36 | | 983,128.00 | 844,500.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| 07cv10657 | HWB ALEXANDRA STRATEGIES PORTFOLIO | GLB 2018 | 750,000.00 | 1,888,674.00 | 70% | 1,322,071.80 | | | |
| | | GLB 2031 | 750,000.00 | 1,856,815.69 | 70% | 1,299,770.98 | | | |
| | | GLB 2018 | 750,000.00 | 1,888,674.00 | 70% | 1,322,071.80 | | | |
| | | GLB 2031 | 750,000.00 | 1,856,815.69 | 70% | 1,299,770.98 | | | |
| | | | | | | | | | |
| | | TOTAL | 3,000,000.00 | 7,490,979.38 | | 5,243,685.57 | | 5,243,686.00 | 4,500,000.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| 07cv11382 | HWB ALEXANDRA STRATEGIES PORTFOLIO | GLB 2018 | 250,000.00 | 629,558.00 | 70% | 440,690.60 | | | |
| | | GLB 2031 | 250,000.00 | 618,938.56 | 70% | 433,256.99 | | | |
| | | GLB 2018 | 250,000.00 | 629,558.00 | 70% | 440,690.60 | | | |
| | | GLB 2031 | 250,000.00 | 618,938.56 | 70% | 433,256.99 | | | |
| | | | | | | | | | |
| | | TOTAL | 1,000,000.00 | 2,496,993.13 | | 1,747,895.19 | | 1,747,895.00 | 1,500,000.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| 09cv8299 | HWB ALEXANDRA STRATEGIES PORTFOLIO | GLB 2027 | 570,000.00 | 1,034,247.65 | 100+50 | 855,000.00 | | 855,000.00 | 855,000.00 |
| | | GLB 2018 | 969,000.00 | 2,975,385.76 | 70% | 2,082,770.04 | | 2,082,770.00 | 1,453,500.00 |
| | | GLB 2031 | 774,000.00 | 2,329,539.55 | 70% | 1,630,677.68 | | 1,630,678.00 | 1,161,000.00 |
| | | GLB 2018 | 500,000.00 | 1,535,286.77 | 70% | 1,074,700.74 | | 1,074,701.00 | 750,000.00 |
| | | GLB 2031 | 500,000.00 | 1,504,870.51 | 70% | 1,053,409.36 | | 1,053,409.00 | 750,000.00 |
| | | GLB 2018 | 1,000,000.00 | 3,070,573.54 | 70% | 2,149,401.48 | | 2,149,401.00 | 1,500,000.00 |
| | | GLB 2031 | 1,070,000.00 | 3,220,422.88 | 70% | 2,254,296.01 | | 2,254,296.00 | 1,605,000.00 |
| | | | | | | | | | |
| | | TOTAL | 5,383,000.00 | 15,670,326.66 | | 11,100,255.31 | | | |
| | | | | | | | | | |
| 07cv10657 | NW GLOBAL STRATEGY | GLB 2018 | 3,000,000.00 | 7,554,696.00 | 70% | 5,288,287.20 | | | |
| | | GLB 2031 | 3,000,000.00 | 7,427,262.77 | 70% | 5,199,083.94 | | | |
| | | | | | | | | | |
| | | TOTAL | 6,000,000.00 | 14,981,958.78 | | 10,487,371.14 | | 10,487,371.00 | 9,000,000.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| 10cv4656 | NW GLOBAL STRATEGY | GLB 2018 | 300,000.00 | 932,143.71 | 70% | 652,500.60 | | | |
| | | GLB 2031 | 200,000.00 | 609,016.62 | 70% | 426,311.63 | | | |
| | | | | | | | | | |
| | | TOTAL | 500,000.00 | 1,541,160.32 | | 1,078,812.23 | | 1,078,812.00 | 750,000.00 |
| | | | | | | | | | |
| 13cv8887 | NW GLOBAL STRATEGY | GLB2017 | 109,000.00 | 402,180.50 | 70% | 281,526.00 | | | |
| | No money judgment | GLB2027 | 52,000.00 | 170,340.24 | 70% | 119,238.00 | | | |
| | | | | | | | | | |
| | | TOTAL | 161,000.00 | 572,520.74 | | 400,764.00 | | 400,764.00 | 241,500.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| 07cv10657 | VICTORIA STRATEGIES PORTFOLIO LTD. | GLB 2018 | 4,128,262.50 | 10,395,922.73 | 70% | 7,277,145.91 | | | |
| | | GLB 2031 | 5,938,120.00 | 14,701,325.86 | 70% | 10,290,928.11 | | | |
| | | | | | | | | | |
| | | TOTAL | 10,066,382.50 | 25,097,248.60 | | 17,568,074.02 | | 17,568,074.00 | 15,099,575.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| 07cv11382 | VICTORIA STRATEGIES PORTFOLIO LTD. | GLB 2018 | 795,937.50 | 2,004,355.27 | 70% | 1,403,048.69 | | | |
| | | GLB 2031 | 265,000.00 | 656,074.87 | 70% | 459,252.41 | | | |
| | | | | | | | | | |
| | | TOTAL | 1,060,937.50 | 2,660,430.15 | | 1,862,301.10 | | 1,862,301.00 | 1,591,407.00 |

MILBERG_000000198

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09cv8299 | VICTORIA STRATEGIES PORTFOLIO LTD. | GLB 2018 | 530,625.00 | 1,629,323.09 | 70% | 1,140,526.16 | | |
| | | GLB 2031 | 7,308,700.00 | 21,997,294.15 | 70% | 15,398,105.90 | | |
| | | | | | | | | |
| | | TOTAL | 7,839,325.00 | 23,626,617.24 | | 16,538,632.07 | 16,538,632.00 | 1,183,988.00 |
| | | | | | | | | |
| | | | | | | | | |
| 07cv10657 | HWB VICTORIA STRATEGIES PORTFOLIO | GLB 2018 | 5,524,000.00 | 13,910,713.58 | 70% | 9,737,499.51 | | |
| | | GLB 2031 | 6,725,000.00 | 16,649,447.38 | 70% | 11,654,613.17 | | |
| | | | | | | | | |
| | | TOTAL | 12,249,000.00 | 30,560,160.96 | | 21,392,112.67 | 21,392,113.00 | 18,373,500.00 |
| | | | | | | | | |
| | | | | | | | | |
| 07cv11382 | HWB VICTORIA STRATEGIES PORTFOLIO | GLB 2018 | 1,000,000.00 | 2,518,232.00 | 70% | 1,762,762.40 | | |
| | | GLB 2031 | 500,000.00 | 1,237,877.13 | 70% | 866,513.99 | | |
| | | | | | | | | |
| | | TOTAL | 1,500,000.00 | 3,756,109.13 | | 2,629,276.39 | 2,629,276.00 | 2,250,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| 07cv10657 | HWB PORTFOLIO PLUS | GLB 2018 | 8,400,000.00 | 21,153,148.81 | 70% | 14,807,204.17 | | |
| | | GLB 2031 | 8,250,000.00 | 20,424,972.61 | 70% | 14,297,480.83 | | |
| | | | | | | | | |
| | | TOTAL | 16,650,000.00 | 41,578,121.43 | | 29,104,685.00 | 29,104,685.00 | 24,975,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| 07cv11382 | HWB PORTFOLIO PLUS | GLB 2018 | 500,000.00 | 1,259,116.00 | 70% | 881,381.20 | | |
| | | GLB 2031 | 1,000,000.00 | 2,475,754.25 | 70% | 1,733,027.98 | | |
| | | | | | | | | |
| | | TOTAL | 1,500,000.00 | 3,734,870.26 | | 2,614,409.18 | 2,614,409.00 | 2,250,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| 09cv8299 | HWB DACHFONDS - VENIVIDIVICI | GLB 2018 | 500,000.00 | 1,535,286.77 | 70% | 1,074,700.74 | | |
| | | GLB 2031 | 1,000,000.00 | 3,009,741.01 | 70% | 2,106,818.71 | | |
| | | | | | | | | |
| | | TOTAL | 1,500,000.00 | 4,545,027.78 | | 3,181,519.45 | 3,181,519.00 | 2,250,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| 09cv8299 | HWB GOLD & SILBER PLUS | GLB 2018 | 1,050,000.00 | 3,224,102.23 | 70% | 2,256,871.56 | | |
| | | GLB 2031 | 670,000.00 | 2,016,526.47 | 70% | 1,411,568.53 | | |
| | | | | | | | | |
| | | TOTAL | 1,720,000.00 | 5,240,628.70 | | 3,668,440.09 | 3,668,440.00 | 2,580,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| 10cv4656 | HWB GOLD & SILBER PLUS | GLB 2017 | 521,000.00 | 989,975.21 | 70% | 781,500.00 | | |
| | | GLB 2018 | 222,803.00 | 692,281.37 | 70% | 484,596.96 | | |
| | | GLB 2027 | 2,171,000.00 | 3,808,273.71 | 70% | 3,256,500.00 | | |
| | | GLB 2031 | 518,000.00 | 1,577,353.05 | 70% | 1,104,147.14 | | |
| | | | | | | | | |
| | | TOTAL | 3,432,803.00 | 7,067,883.35 | | 5,626,744.10 | 5,626,744.00 | 5,149,205.00 |
| | | | | | | | | |
| | | | | | | | | |
| 09cv8299 | DRAWRAH LIMITED | GLB 2010 | 30,000.00 | 58,490.01 | 100+50 | 45,000.00 | | |
| | | | | | | | | |
| | | TOTAL | 30,000.00 | 58,490.01 | | 45,000.00 | 45,000.00 | 45,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| 07cv11497 | U.V.A. VADUZ | GLB 2009 | 1,000,000.00 | 2,121,360.81 | 100+50 | 1,500,000.00 | | |
| | | GLB 2003 | 4,500,000.00 | 7,742,048.09 | 100+50 | 6,750,000.00 | | |
| | | | | | | | | |
| | | TOTAL | 5,500,000.00 | 9,863,408.90 | | 8,250,000.00 | 8,250,000.00 | 8,250,000.00 |
| | | | | | | | | |
| 07cv11497 | BOHRER, KLAUS | GLB 2015 | 2,000,000.00 | 4,170,144.50 | 100+50 | 3,000,000.00 | | |
| | | | | | | | | |
| | | TOTAL | 2,000,000.00 | 4,170,144.50 | | 3,000,000.00 | 3,000,000.00 | 3,000,000.00 |

MILBERG_000000199

## DM- AND EURO- DENOMINATED BONDS
### (all 100+ 50 settlements)

| Case No. | PLAINTIFFS NAME | BOND | BOND PRIN AMT DM | TOTAL AMT DUE IN DM 31-Jan-16 | | BEST SETTLEMENT USD | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09cv7059 | U.V.A. VADUZ | DM Bond 2002 | 500,000.00 | 861,509.60 | 100+50 | 430,144.53 | | | |
| | | DM Bond 2003 | 3,000,000.00 | 4,902,512.94 | 100+50 | 2,580,867.17 | | | |
| | | DM Bond 2004 | 4,250,000.00 | 6,201,874.45 | 100+50 | 3,656,228.49 | | | |
| | | DM Bond 2008 | 5,000,000.00 | 8,095,524.34 | 100+50 | 4,301,445.29 | | | |
| | | | | | | | | | |
| | | TOTAL | 12,750,000.00 | 20,061,421.32 | | 10,968,685.48 | | 10,968,685.00 | 10,968,685.00 |
| | | | | | | | | | |
| Case No. | PLAINTIFFS NAME | BOND | BOND PRIN AMT € | TOTAL AMT DUE IN € 31-Jan-16 | | | | | |
| | | | | | | | | | |
| 09cv7059 | U.V.A. VADUZ | Euro Bond 2002 | 250,000.00 | 375,000.00 | 100+50 | 423,075.00 | | | |
| | | Euro Bond 2003 | 250,000.00 | 375,000.00 | 100+50 | 423,075.00 | | | |
| | | | | | | | | | |
| | | TOTAL | 500,000.00 | 750,000.00 | | 846,150.00 | | 846,150.00 | 846,150.00 |
| | | | | | | | | | |
| Case No. | PLAINTIFFS NAME | BOND | BOND PRIN AMT DM | TOTAL AMT DUE IN DM 31-Jan-16 | | | | | |
| 09cv7059 | BOHRER, KLAUS | DM Bond 2016 | 2,000,000.00 | 3,688,184.29 | 100+50 | 1,720,578.11 | | | |
| | | | | | | | | | |
| | | TOTAL | 2,000,000.00 | 3,688,184.29 | | 1,720,578.11 | | 1,720,578.00 | 1,720,578.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| 09cv7059 | KANTNER, UTE | DM Bond 2011 | 100,000.00 | 174,759.23 | 100+50 | 86,028.91 | | | |
| | | | | | | | | | |
| | | TOTAL | 100,000.00 | 174,759.23 | | 86,028.91 | | 86,029.00 | 86,029.00 |
| | | | | | | | | | |

| TOTAL | 162,504,206.87 |
|---|---|

|  | |
|---|---|
| TOTAL SETTLEMENT VALUES | 162,504,205.00 | 127,554,617.00 |
| DIFFERENCE | 34,949,588.00 |

MILBERG_000000200

# EXHIBIT H

# CONTINGENCY FEE DATA
# FOR RESPONDENTS

Confidential

| Case No. | PLAINTIFF NAME | BOND PRIN AMT $ | BOND PRIN AMT € | BOND PRIN AMT DM | CLAIM VALUE IN $ 31-Jan-16 | CLAIM VALUE IN € | CLAIM VALUE IN DM | BEST SETTLMT IN $ | BEST SETT IN € | BEST SETT IN DM | FEES $ | FEES € | FEES DM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07cv10657 | HWB RENTEN PORTFOLIO PLUS | 675,000.00 | | | 1,699,806.60 | | | 1,189,864.62 | | | - | | |
| | | 675,000.00 | | | 1,671,134.13 | | | 1,169,793.89 | | | - | | |
| 35 | | | | | | | | | | | - | | |
| | | 1,350,000.00 | | | 3,370,940.73 | | | 2,359,658.51 | | | 150,972.68 | | |
| | | | | | | | | - | | | | | |
| 07cv10657 | HWB ALEXANDRA STRATEGIES PORTFOLIO | 750,000.00 | | | 1,888,674.00 | | | 1,322,071.80 | | | - | | |
| | | 750,000.00 | | | 1,856,815.69 | | | 1,299,770.98 | | | - | | |
| | | 750,000.00 | | | 1,888,674.00 | | | 1,322,071.80 | | | - | | |
| 35 | | 750,000.00 | | | 1,856,815.69 | | | 1,299,770.98 | | | - | | |
| | | 3,000,000.00 | | | 7,490,079.38 | | | 5,243,685.57 | | | 335,494.85 | | |
| | | | | | | | | - | | | | | |
| 07cv10657 | NW GLOBAL STRATEGY | 3,000,000.00 | | | 7,554,696.00 | | | 5,288,287.20 | | | - | | |
| | | 3,000,000.00 | | | 7,427,262.77 | | | 5,199,083.94 | | | - | | |
| 35 | | 6,000,000.00 | | | 14,981,958.78 | | | 10,487,371.14 | | | 670,989.69 | | |
| | | | | | | | | - | | | | | |
| 07cv10657 | VICTORIA STRATEGIES PORTFOLIO LTD. | 4,128,262.50 | | | 10,395,922.73 | | | 7,277,145.91 | | | - | | |
| | | 5,938,120.00 | | | 14,701,325.86 | | | 10,290,928.11 | | | - | | |
| 35 | | 10,066,382.50 | | | 25,097,249.60 | | | 17,568,074.02 | | | 1,123,587.28 | | |
| | | | | | | | | - | | | | | |
| 07cv10657 | HWB VICTORIA STRATEGIES PORTFOLIO | 5,524,000.00 | | | 13,910,713.58 | | | 9,737,499.51 | | | - | | |
| | | 6,725,000.00 | | | 16,649,447.38 | | | 11,654,613.17 | | | - | | |
| 35 | | 12,249,000.00 | | | 30,560,160.96 | | | 21,392,112.67 | | | 1,368,397.01 | | |
| | | | | | | | | - | | | | | |
| 07cv10657 | HWB PORTFOLIO PLUS | 8,400,000.00 | | | 21,153,148.81 | | | 14,807,204.17 | | | - | | |
| | | 8,250,000.00 | | | 20,424,972.61 | | | 14,297,480.83 | | | - | | |
| 35 | | | | | | | | | | | - | | |
| | | 16,650,000.00 | | | 41,578,121.43 | | | 29,104,685.00 | | | 1,862,174.80 | | |
| | | | | | | | | - | | | | | |
| 07cv11382 | HWB RENTEN PORTFOLIO PLUS | 250,000.00 | | | 629,559.00 | | | 440,690.60 | | | - | | |
| | | 313,000.00 | | | 774,911.09 | | | 542,437.76 | | | - | | |
| 35 | | | | | | | | | | | - | | |
| | | 563,000.00 | | | 1,404,469.09 | | | 983,128.36 | | | 62,869.27 | | |
| | | | | | | | | - | | | | | |
| 07cv11382 | HWB ALEXANDRA STRATEGIES PORTFOLIO | 250,000.00 | | | 629,558.00 | | | 440,690.60 | | | - | | |
| | | 250,000.00 | | | 618,938.56 | | | 433,256.99 | | | - | | |
| | | 250,000.00 | | | 629,558.00 | | | 440,690.60 | | | - | | |
| | | 250,000.00 | | | 618,938.56 | | | 433,256.99 | | | - | | |
| 35 | | | | | | | | | | | - | | |
| | | 1,000,000.00 | | | 2,496,993.13 | | | 1,747,895.19 | | | 111,831.62 | | |
| | | | | | | | | - | | | | | |
| 07cv11382 | VICTORIA STRATEGIES PORTFOLIO LTD. | 795,937.50 | | | 2,004,355.27 | | | 1,403,048.69 | | | - | | |
| 35 | | 265,000.00 | | | 656,074.87 | | | 459,252.41 | | | - | | |
| | | 1,060,937.50 | | | 2,660,430.15 | | | 1,862,301.10 | | | 119,277.95 | | |
| | | | | | | | | - | | | | | |
| 07cv11382 | HWB VICTORIA STRATEGIES PORTFOLIO | 1,000,000.00 | | | 2,518,232.00 | | | 1,762,762.40 | | | - | | |
| 35 | | 500,000.00 | | | 1,237,877.13 | | | 866,513.99 | | | - | | |
| | | 1,500,000.00 | | | 3,756,109.13 | | | 2,629,276.39 | | | 168,342.11 | | |
| | | | | | | | | - | | | | | |
| 07cv11382 | HWB PORTFOLIO PLUS | 500,000.00 | | | 1,259,116.00 | | | 881,381.20 | | | - | | |
| 35 | | 1,000,000.00 | | | 2,475,754.25 | | | 1,733,027.98 | | | - | | |
| | | 1,500,000.00 | | | 3,734,870.26 | | | 2,614,409.18 | | | 167,152.73 | | |
| | | | | | | | | - | | | | | |
| 07cv11497 | U.V.A. VADUZ | 1,000,000.00 | | | 2,059,864.09 | | | 1,500,000.00 | | | - | | |
| | | 4,500,000.00 | | | 7,517,611.73 | | | 6,750,000.00 | | | - | | |
| | | 5,500,000.00 | | | 9,577,475.82 | | | 8,250,000.00 | | | 990,000.00 | | |
| | | | | | | | | - | | | | | |
| 07cv11497 | BOHRER, KLAUS | 2,000,000.00 | | | 4,049,255.03 | | | 3,000,000.00 | | | - | | |
| | | 2,000,000.00 | | | 4,049,255.03 | | | 3,000,000.00 | | | 360,000.00 | | |
| | | | | | | | | - | | | | | |
| 09cv7059 | U.V.A. VADUZ | | 500,000.00 | | | | 861,509.60 | | - | 750,000.00 | | | |
| | | | 3,000,000.00 | | | | 4,902,512.94 | | - | 4,500,000.00 | | | |
| | | | 4,250,000.00 | | | | 6,201,874.45 | | - | 6,375,000.00 | | | |
| | | | 5,000,000.00 | | | | 8,095,524.34 | | - | 7,500,000.00 | | | |
| | | 250,000.00 | | | 410,851.49 | | | - | 375,000.00 | | | | |
| | | 250,000.00 | | | 391,530.59 | | | - | 375,000.00 | | | | |
| 20 | | | | | | | | | - | | | | |
| | | 500,000.00 | 12,750,000.00 | | 802,382.08 | 20,061,421.32 | | 750,000.00 | 19,125,000.00 | | 78,000.00 | 1,989,000.00 | |
| | | | | | | | | 0 | | | | | |
| 09cv7059 | BOHRER, KLAUS | | 2,000,000.00 | | | | 3,688,184.29 | | - | 3,000,000.00 | | | |
| 20 | | | | | | | | 0 | | | | | |
| | | | 2,000,000.00 | | | | 3,688,184.29 | | - | 3,000,000.00 | | | 312,000.00 |
| | | | | | | | | 0 | | | | | |
| 09cv7059 | KANTNER, UTE | | 100,000.00 | | | | 174,759.23 | | - | 150,000.00 | | | |
| 20 | | | | | | | | 0 | | | | | |
| | | | 100,000.00 | | | | 174,759.23 | | - | 150,000.00 | | | 15,600.00 |
| | | | | | | | | 0 | | | | | |
| 09cv8299 | HWB ALEXANDRA STRATEGIES PORTFOLIO | 570,000.00 | | | 1,034,247.65 | | | 855,000.00 | | | - | | |
| | | 969,000.00 | | | 2,975,385.76 | | | 2,082,770.04 | | | - | | |
| | | 774,000.00 | | | 2,329,539.55 | | | 1,630,677.68 | | | - | | |
| | | 500,000.00 | | | 1,535,286.77 | | | 1,074,700.74 | | | - | | |
| | | 500,000.00 | | | 1,504,870.51 | | | 1,053,409.36 | | | - | | |
| | | 1,000,000.00 | | | 3,070,573.54 | | | 2,149,401.48 | | | - | | |
| | | 1,070,000.00 | | | 3,220,422.88 | | | 2,254,296.01 | | | - | | |
| 20 | | | | | | | | | | | - | | |
| | | 5,363,000.00 | | | 15,670,326.66 | | | 11,100,255.31 | | | 801,892.42 | | |
| | | | | | | | | 0 | | | | | |

MILBERG_000000202

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09cv8299 | HWB DACHFONDS - VENIVIDIVICI | 500,000.00 | | | 1,535,286.77 | | | 1,074,700.74 | | | | |
| | | 1,000,000.00 | | | 3,009,741.01 | | | 2,106,818.71 | | | | |
| | 20 | 1,500,000.00 | | | 4,545,027.78 | | | 3,181,519.45 | | | 230,521.56 | |
| | | | | | | | | 0 | | | | |
| 09cv8299 | HWB GOLD & SILBER PLUS | 1,050,000.00 | | | 3,224,102.23 | | | 2,256,871.56 | | | | |
| | | 670,000.00 | | | 2,016,526.47 | | | 1,411,568.53 | | | | |
| | 20 | 1,720,000.00 | | | 5,240,628.70 | | | 3,668,440.09 | | | 265,955.21 | |
| | | | | | | | | 0 | | | | |
| 09cv8299 | VICTORIA STRATEGIES | 530,625.00 | | | 1,629,323.09 | | | 1,140,526.16 | | | | |
| | PORTFOLIO LTD. | 7,308,700.00 | | | 21,997,294.15 | | | 15,398,105.90 | | | | |
| | 20 | 7,839,325.00 | | | 23,626,617.24 | | | 16,538,632.07 | | | 1,197,661.37 | |
| | | | | | | | | 0 | | | | |
| 09cv8299 | DRAWRAH LIMITED | 30,000.00 | | | 58,490.01 | | | 45,000.00 | | | | |
| | 20 | | | | | | | | | | | |
| | | 30,000.00 | | | 58,490.01 | | | 45,000.00 | | | 3,120.00 | |
| | | | | | | | | 0 | | | | |
| 10cv4656 | HWB GOLD & SILBER PLUS | 521,000.00 | | | 989,975.21 | | | 781,500.00 | | | | |
| | | 222,803.00 | | | 692,281.37 | | | 484,595.96 | | | | |
| | | 2,171,000.00 | | | 3,808,273.71 | | | 3,256,500.00 | | | | |
| | | 518,000.00 | | | 1,577,353.05 | | | 1,104,147.14 | | | | |
| | 20 | 3,432,803.00 | | | 7,067,883.35 | | | 5,626,744.10 | | | 395,214.73 | |
| 10cv4656 | NW GLOBAL STRATEGY | 300,000.00 | | | 932,143.71 | | | 652,500.60 | | | | |
| | | 200,000.00 | | | 609,016.92 | | | 426,311.63 | | | | |
| | 20 | 500,000.00 | | | 1,541,160.32 | | | 1,078,812.23 | | | 78,304.98 | |
| | | | | | | | | 0 | | | | |
| | | | | | | | | - | | | | |
| 13cv8887 | NW GLOBAL STRATEGY | 109,000.00 | | | 402,180.50 | | | 281,526.00 | | | | |
| | | 52,000.00 | | | 170,340.24 | | | 119,238.00 | | | | |
| | | 161,000.00 | | | 572,520.74 | | | 400,764.00 | | | 32,061.00 | |
| | | | | | | | | - | | | | |
| | | | | | | | | - | | | | |
| | TOTALS | 83,005,448.00 | - | - | 209,102,867.28 | - | - | 148,882,764.72 | 750,000.35 | 22,275,000.35 | 10,495,838.15 | 78,000.00 | 2,316,600.00 |

| | | |
|---|---|---|
| 10,495,838.15 | 87,534.00 | 1,323,395.00 |
| 1 | 2 | 3 |

| TOTAL 1+2+3 | 11,906,767 |
|---|---|

| |
|---|
| 148,882,764.72 |
| 846,138.00 |
| 12,775,064.00 |

| BEST SETTS IN $ | 162,503,966.72 |
|---|---|

MILBERG_000000203

# EXHIBIT I

# "TERMINATION DATE" DATA

MILBERG_000000204

| Case No. | Respondent | Total Judgment Amount | Judgment Dated | Termination Date |
|---|---|---|---|---|
| 07-cv-10657 | HWB Victoria Strategies Portfolio | $29,534,567.12 | 2/6/2009 | 5 years |
| | HWB Renten Portfolio Plus | $3,257,812.53 | 2/6/2009 | 5 years |
| | HWB Alexandra Strategies Portfolio | $7,239,583.38 | 2/6/2009 | 5 years |
| | NW Global Strategy | $14,479,166.77 | 2/6/2009 | 5 years |
| | Victoria Strategies Portfolio Ltd. | $24,254,989.17 | 2/6/2009 | 5 years |
| | HWB Portfolio Plus | $40,182,766.69 | 2/6/2009 | 5 years |
| 07-cv-11382 | HWB Victoria Strategies Portfolio | $3,630,054.74 | 2/6/2009 | 5 years |
| | HWB Renten Portfolio Plus | $1,357,335.34 | 2/6/2009 | 5 years |
| | HWB Alexandra Strategies Portfolio | $1,206,597.23 | 2/6/2009 | 5 years |
| | Victoria Strategies Portfolio Ltd. | $2,571,146.56 | 2/6/2009 | 5 years |
| | HWB Portfolio Plus | $3,609,528.64 | 2/6/2009 | 5 years |
| 07-cv-11497 | U.V.A. Vaduz | $8,749,398.32 | 10/17/2008 | 5 years |
| | Klaus Bohrer | $3,699,152.66 | 10/17/2008 | 5 years |
| 09-cv-07059 | Klaus Bohrer | DM 3,672,000 | 9/7/2011 | 5 years |
| | Ute Kantner | DM 173,992.36 | 9/7/2011 | 5 years |
| | U.V.A. Vaduz | DM 19,973,388.89 | 9/7/2011 | 5 years |
| | U.V.A. Vaduz | €798,861.11 | 9/7/2011 | 5 years |
| 09-cv-08299 | Drawrah Limited | $57,660.21 | 2/24/2011 | 5 years |
| | HWB Alexandra Strategies Portfolio | $6,249,239.06 | 2/24/2011 | 5 years |
| | HWB Dachfonds – VeniVidiVici | $4,480,547.43 | 2/24/2011 | 5 years |
| | HWB Gold & Silber Plus | $5,166,279.85 | 2/24/2011 | 5 years |
| | Victoria Strategies Portfolio Ltd. | $23,291,426.21 | 2/24/2011 | 5 years |
| 10-cv-04656 | NW Global Strategy | $1,521,919.23 | 3/31/2011 | 3 years |
| | HWB Gold & Silber Plus | $6,979,642.16 | 3/31/2011 | 3 years |
| 13-cv-08887 | NW Global Strategy | N/A * | N/A | 3 years after 5/3/12 |

*$161,000 face amount of bonds.