# EXHIBIT 15

# Spencer, Michael

| | |
|---|---|
| From: | Willi Brand (HWB CAPITAL MANAGEME) |
| Sent: | Thursday, April 28, 2016 7:21 AM |
| To: | Spencer, Michael |
| Subject: | hwb funds - termination letters LRI Invest S.A. |

Mike: You should know, that I am in negotiations with Mr. Pollack now!     In addition to this, LRI is actually exploiting 3 options for the hwb funds:   1. Selling the entire claim values to entities like RD Legal Funding LLC;     2. Selling the bonds to Argentina;                          3. Enforcing the entire claim value with enforcing specialists.         I will persuade LRI that they have to go for option 3, because it will be in the best interest of our clients: You should then not worry to much about performance fees. After all this years I promise to you, that I will include something reasonable for you in my final negotiations, when settling with the Gauchos, in the very near future. ( Remember: They paid 4% Lawyers Fee for NML as well!)                              Best Willi

---

HWB Capital Management (Suisse) Aeschenvorstadt 71 CH-4051 Basel     Fon 0041 6122 54 334     Fax 0041 6122 54 410     www.hwb-fonds.com         Please consider the impact on the environment before printing this e-mail. There is no guarantee that internet communication is secure. E-mail communication is not error-free. Any message, opinion or advice contained in this e-mail involving a commitment is not valid and does not engage HWB in liability unless followed by written and signed confirmation.

1

**CX 312**