UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MILBERG LLP,

                                          Plaintiff,

           -against-

HWB ALEXANDRA STRATEGIES PORTFOLIO; HWB
DACHDONDS-VENIVIDIVICI; HWB GOLD & SILBER
PLUS; HWB PORTFOLIO PLLUS; HWB RENTEN
PORTFOLIO PLUS; HWB VICTORIA STRATEGIES
PORTFOLIO; DRAWRAH LIMITED; NW GLOBAL
STRATEGY; U.B.A. VADUZ; VICTORIA STRATEGIES
PORTFOLIO LTD.; KLAUS BOHRER; and UTE KATNER,

                                          Defendants.
------------------------------------------------------------x

Index No. 19-cv-4058 (AT)

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

      PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Mara R. Lieber, an associate with the law firm of Wollmuth Maher & Deutsch LLP, attorneys for Plaintiff in the above-captioned action, hereby withdraw as an attorney of record. I hereby request that my name and e-mail address be removed from the case's official docket.

Dated: New York, New York
           September 25, 2019

                                                      Respectfully submitted,

                                                      By:   */s/ Mara R. Lieber*
                                                              Mara R. Lieber

**IT IS SO ORDERED.**

Date: September __, 2019                    _____

## **CERTIFICATE OF SERVICE**

      I, Mara R. Lieber, certify that on September 25, 2019, I electronically caused the Notice of Motion and Motion for Withdrawal of Appearance to be filed with the Clerk of Court using the CM/ECF system and to be served, via the Court's CM/ECF system, on counsel of record.


Date: September 25, 2019                        */s/ Mara R. Lieber*
       New York, New York                  Mara R. Lieber