UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MILBERG LLP,

          Plaintiff,

  -against-

HWB ALEXANDRA STRATEGIES PORTFOLIO; HWB
DACHDONDS-VENIVIDIVICI; HWB GOLD & SILBER
PLUS; HWB PORTFOLIO PLLUS; HWB RENTEN
PORTFOLIO PLUS; HWB VICTORIA STRATEGIES
PORTFOLIO; DRAWRAH LIMITED; NW GLOBAL
STRATEGY; U.B.A. VADUZ; VICTORIA STRATEGIES
PORTFOLIO LTD.; KLAUS BOHRER; and UTE KATNER,

          Defendants.

------------------------------------------------------------x

Index No. 19-cv-4058 (AT)

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND BE REMOVED FROM ANY ELECTRONIC NOTICE AND SERVICE LISTS PURSUANT TO LOCAL CIVIL RULE 1.4

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Mara R. Lieber ("Movant"), a former associate with the law firm of Wollmuth Maher & Deutsch LLP, hereby respectfully moves for an order withdrawing as attorney of record for Plaintiff Milberg LLP in the above-captioned proceeding (the "Motion").

Movant further requests that her name be removed from any applicable service lists, including the Court's CM/ECF electronic notification list.

In support of this Motion, Movant states that as of September 4, 2019 she is no longer affiliated with the law firm of Wollmuth Maher & Deutsch LLP. Attorney, William F. Dahill of

Dunnington, Bartholow & Miller LLP has previously appeared in this case and will continue serving as counsel of record for Plaintiff Milberg LLP going forward.  Thus, the Court's approval of this Motion will not result in prejudice or delay to any party.

    WHEREFORE, for the reasons set forth herein, Movant respectfully requests that the Court grant this Motion and Order to withdraw the Movant as counsel of record for Milberg LLP.  A proposed order granting the relief requested herein is annexed hereto as Exhibit A.

Dated: New York, New York                       Respectfully submitted,
        September 26, 2019

                                           By:    */s/ Mara R. Lieber*
                                                    Mara R. Lieber

## **CERTIFICATE OF SERVICE**

  I, Mara R. Lieber, certify that on September 26, 2019, I electronically caused the Motion to Withdraw to be filed with the Clerk of Court using the CM/ECF system and to be served, via the Court's CM/ECF system, on counsel of record.


Date: September 26, 2019         */s/ Mara R. Lieber*
   New York, New York         Mara R. Lieber