**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
:
MILBERG LLP,                                                         :
                                                                     :
                    Petitioner,                                      :
                                                                     :    Case No. 19 Civ. 04058 (AT)
        v.                                                         :
                                                                     :
HWB ALEXANDRA STRATEGIES PORTFOLIO;                                  :    **NOTICE OF MOTION**
HWB DACHFONDS--VENIVIDIVICI;                                         :
HWB GOLD & SILBER PLUS;                                              :
HWB PORTFOLIO PLUS;                                                  :
HWB RENTEN PORTFOLIO PLUS;                                           :
HWB VICTORIA STRATEGIES PORTFOLIO;                                   :
DRAWRAH LIMITED;                                                     :
NW GLOBAL STRATEGY;                                                  :
U.V.A. VADUZ;                                                        :
VICTORIA STRATEGIES PORTFOLIO LTD.;                                  :
KLAUS BOHRER; and                                                    :
UTE KANTNER,                                                         :
                                                                     :
                    Respondents.                                     :
                                                                     :
---------------------------------------------------------------------X

       PLEASE TAKE NOTICE that Victoria Strategies Portfolio Ltd. joins in the pending dismissal motion by HWB Alexandra Strategies Portfolio; HWB Dachfonds – Venividivici; HWB Gold & Silber Plus; HWB Portfolio Plus; HWB Renten Portfolio Plus; HWB Victoria Strategies Portfolio; Drawrah Limited; NW Global Strategy; U.V.A. Vaduz; Victoria Strategies Portfolio Ltd.; Klaus Bohrer; and Ute Kantner pursuant to which they will, as set forth in their Notice of Motion dated November 8, 2019 (Doc. 48), move this Court, before Hon. Analisa Torres, United States District Court Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl St., New York, NY 10007-1312, at a date and time to be designated by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure: (i) dismissing petitioner Milberg LLP's

01124907.1

Second Amended Petition (Doc. 42) with prejudice and (ii) granting Respondents any such other and further relief that the Court deems just and proper.

Dated: New York, New York
December 20, 2019

                    WILK AUSLANDER LLP

                    By: /s/ Julie Cilia
                         Jay S. Auslander (JA5866)
                         Julie Cilia (JC5917)
                         Scott Watnik (SW 8120)
                  1515 Broadway, 43rd Floor
                  New York, NY 10036
                  Tel.: (212) 981-2300
                  Email: jauslander@wilkauslander.com
                          jcilia@wilkauslander.com
                          swatnik@wilkauslander.com

*Attorneys for Respondents HWB Alexandra Strategies Portfolio; HWB Dachfonds – Venividivici; HWB Gold & Silber Plus; HWB Portfolio Plus; HWB Renten Portfolio Plus; HWB Victoria Strategies Portfolio; Drawrah Limited; NW Global Strategy; U.V.A. Vaduz; Victoria Strategies Portfolio Ltd.; Klaus Bohrer; and Ute Kantner*

TO: (VIA ECF)

William Dahill, Esq.
DUNNINGTON BATHOLOW & MILLER LLP
230 Park Avenue, 21st Floor
New York, NY 10169
Tel.: (212) 682-8811
wdahill@dunnington.com

*Attorneys for Petitioner Milberg LLP*

2

01124907.1