UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MILBERG LLP,

                     Petitioner,

    -against-

HWB ALEXANDRA STRATEGIES
PORTFOLIO; HWB DACHFONDS—
VENIVIDIVICI; HWB GOLD & SILBER
PLUS; HWB PORTFOLIO PLUS; HWB
RENTEN PORTFOLIO PLUS; HWB
VICTORIA STRATEGIES PORTFOLIO;
DRAWRAH LIMITED; NW GLOBAL
STRATEGY; U.V.A. VADUZ; VICTORIA
STRATEGIES PORTFOLIO LTD.; KLAUS
BOHRER; and UTE KANTNER,

                     Respondents.
------------------------------------------------------------X



19 CIVIL 4058 (AT)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 8, 2020, Respondents' motions to dismiss under Rule 12(b)(1) and Rule 12(b)(6) are GRANTED. Because amendment would be futile, dismissal is with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

        July 8, 2020

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                             **BY:**
                                                         **Deputy Clerk**